# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS
## CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for _____ hereby discloses the following organizational interests:

1.     If the subject organization is a corporation,

      a.     Its parent companies or corporations (if none, state "none"):

      b.     Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

      c.     Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

2.     If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

      N/A

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: _____
Address: _____
City/State/Zip: _____
Phone: _____

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
_____, 20_____.

_____
Signature