UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, CONNIE BRAUN CASEY, individually, ANDREW SAWYER, individually, and JANE DOES 1 and 2, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:16-cv-2163 ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. and ANGELA SCOTT a/k/a ANGELA G. CAGNASSO, individually, | ) ) COMPLAINT FOR ) DECLARATORY AND ) INJUNCTIVE RELIEF ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

COME NOW Kurtis B. Reeg, Lynn Lehnert, and the law firm of Goldberg Segalla, LLP, and enter their appearance on behalf of Plaintiffs Missouri Primate Foundation, Connie Braun Casey, Andrew Sawyer, and Jane Does 1 and 2 ("Plaintiffs").

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By: __/s/Kurtis B. Reeg_____
Kurtis B. Reeg, MO Bar #27684
*kreeg@goldbergsegalla.com*
Lynn Lehnert, MO Bar #54546
*llehnert@goldbergsegalla.com*
8000 Maryland Suite 640
St. Louis, Missouri 63105
Telephone: 314-446-3350
Facsimile: 314-446-3360

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on December 30, 2016, I electronically filed the foregoing United States District Court – Eastern District of Missouri by using the CM/ECF system.

                                                /s/ Kurtis B. Reeg