MOED-0001  DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

**Reset Form**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

```
MISSOURI PRIMATE FOUNDATION, CONNIE BRAU  )
CASEY, individually, ANDREW SAWYER,       )
individually, and JANE DOES 1 and 2       )
        Plaintiff(s),                     )
                                          )
    vs.                                   )   Case No. 4:16-cv-02163
                                          )
PEOPLE FOR THE ETHICAL TREATMENT OF       )
ANIMALS, INC. and ANGELA SCOTT a/k/a ANGELA )
G. CAGNASSO, individually                 )
                                          )
        Defendant(s).                     )
```

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for __Defendants__ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a.  Its parent companies or corporations (if none, state "none"):
        None.

    b.  Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
        None.

    c.  Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
        None.

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/James P. Martin
Signature (Counsel for Plaintiff/Defendant)
Print Name: James P. Martin
Address: 100 S. 4th Street, Ste 1000
City/State/Zip: St. Louis, MO 63102
Phone: 314.889.8000

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: __January 26,__, 20__17__.

/s/James P. Martin

Signature