# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, CONNIE BRAUN CASEY, individually, ANDREW SAWYER, individually, and JANE DOES 1 and 2,  <br><br>  Plaintiffs,  <br><br> vs.  <br><br> PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. and ANGELA SCOTT a/k/a ANGELA G. CAGNASSO, individually,  <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 4:16-cv-2163<br>)<br>)<br>) COMPLAINT FOR<br>) DECLARATORY AND<br>) INJUNCTIVE RELIEF<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW plaintiff, Jane Doe 1, prior owner of chimpanzee Allie, by and through her attorneys Goldberg Segalla, LLP, and pursuant to Fed.R.Civ.Proc. 41(a)(1)(A), hereby voluntarily dismisses the above cited case with respect to her claims only, without prejudice and without costs to any party, in the above-entitled matter.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By: /s/ Kurtis B. Reeg
Kurtis B. Reeg, MO Bar #27684
*kreeg@goldbergsegalla.com*
Lynn Lehnert, MO Bar #54546
*llehnert@goldbergsegalla.com*
8000 Maryland Suite 640
St. Louis, Missouri 63105
Telephone: 314-446-3350
Facsimile: 314-446-3360

Attorneys for Plaintiff

6165444.1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 9, 2017, I electronically filed the foregoing United States District Court – Eastern District of Missouri by using the CM/ECF system.


/s/ Kurtis B. Reeg

6165444.1