UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI PRIMATE FOUNDATION, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.  4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al. | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATED ORDER

Based upon stipulation of the parties, and the Court being duly advised in the premises,

- IT IS HEREBY ORDERED that Plaintiffs have up to and including **March 22, 2017**, during which to file a Response to Defendants' Motion to Dismiss;

- IT IS FURTHER ORDERED that Defendants have up to and including **April 5, 2017**, during which to file a reply to Plaintiffs' Response.

Date:_____   Signed: _____

**GOLDBERG SEGALLA LLP**
**Attorneys for Plaintiffs**
By:   __/s/Kurtis B. Reeg____
Kurtis B. Reeg, MO Bar #27684
*kreeg@goldbergsegalla.com*
Lynn Lehnert, MO Bar #54546
*llehnert@goldbergsegalla.com*
8000 Maryland Suite 640
St. Louis, Missouri  63105
Telephone:   314-446-3350
Facsimile:  314-446-3360

**POLSINELLI**
**Attorneys for Defendants**
 _/s/ James Martin_____
Mr. James Martin
JMartin@Polsinelli.com
100 S. Fourth Street, Suite 1000
St. Louis, MO  63102
Telephone:  314-552-6802