UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MISSOURI PRIMATE FOUNDATION, et al.

    Plaintiffs,

vs.

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al.

    Defendants.

No. 4:16-cv-02163

## STIPULATED ORDER

Based upon stipulation of the parties, and the Court being duly advised in the premises,

- IT IS HEREBY ORDERED that Plaintiffs have up to and including **March 22, 2017**, during which to file a Response to Defendants' Motion to Dismiss;

- IT IS FURTHER ORDERED that Defendants have up to and including **April 5, 2017**, during which to file a reply to Plaintiffs' Response.

Date: 3/7/17

Signed: _Catherine D. Perry_

**GOLDBERG SEGALLA LLP**
**Attorneys for Plaintiffs**
By: /s/Kurtis B. Reeg
Kurtis B. Reeg, MO Bar #27684
*kreeg@goldbergsegalla.com*
Lynn Lehnert, MO Bar #54546
*llehnert@goldbergsegalla.com*
8000 Maryland Suite 640
St. Louis, Missouri 63105
Telephone: 314-446-3350
Facsimile: 314-446-3360

**POLSINELLI**
**Attorneys for Defendants**
/s/ James Martin
Mr. James Martin
JMartin@Polsinelli.com
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
Telephone: 314-552-6802