UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MISSOURI PRIMATE FOUNDATION, )
CONNIE BRAUN CASEY, individually, )
ANDREW SAWYER, individually, )
and JANE DOES 1 and 2, )
                               )
     Plaintiffs, )
                               )
vs. )    Case No. 4:16-cv-02163
                               )
PEOPLE FOR THE ETHICAL )
TREATMENT OF ANIMALS, INC. and )
ANGELA SCOTT a/k/a ANGELA )
G. CAGNASSO, individually, )
                               )
     Defendants. )

## DECLARATION OF CONNIE BRAUN CASEY

Pursuant to 28 U.S.C. §1746, I, Connie Braun Casey, an adult over the age of 21 years, declare the following to be true and correct to the best of my knowledge and belief:

1. I am one of the Plaintiffs in the above-styled lawsuit.

2. I make this declaration based upon my personal knowledge.

3. The December, 2016, transfer of three (3) chimpanzees (in which I had ownership rights) from the Missouri Primate Foundation was the result of negotiations and discussions that were initiated well before the receipt of

PETA's Notice of Intent to Sue letter dated November 2, 2016, and before the filing of the above-styled lawsuit on December 30, 2016.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2017.

*Connie Braun Casey*
Connie Braun Casey

1

PLAINTIFF'S EXHIBIT A