# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI PRIMATE FOUNDATION, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.    4:16-cv-02163 |
| | ) | |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## (PROPOSED) ORDER

The Court, being duly advised in the premises, hereby GRANTS Plaintiffs Missouri Primate Foundation, Connie Braun Casey, Andrew Sawyer, and Jane Doe 2's Motion for Leave to File Supplemental Memorandum In Opposition to Defendants' Motion to Dismiss Instanter.

SO ORDERED:

Date:_____          Signed: _____