UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI PRIMATE FOUNDATION, <br> CONNIE BRAUN CASEY, individually, <br> ANDREW SAWYER, individually, and <br> JANE DOE 2, <br><br> Plaintiffs, <br><br> v. <br><br> PEOPLE FOR THE ETHICAL <br> TREATMENT OF ANIMALS, INC. and <br> ANGELA SCOTT a/k/a ANGELA G. <br> CAGNASSO, individually, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 4:16-cv-02163 |

## NOTICE OF DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Defendants People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a Angela G. Cagnasso (collectively, "Defendants") respectfully notify the Court that they do not oppose Plaintiffs' Motion for Leave to File Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss *Instanter* [ECF No. 18]. Defendants respectfully request that they be afforded three additional days to file their reply in support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim [ECF No. 11], as discussed in Plaintiffs' motion [ECF No. 18 at 2, ¶¶ 6-7], making the deadline April 10, 2017.

                                                                Respectfully submitted,

                                                                 By: /s/ Jared S. Goodman
                                                                     JARED S. GOODMAN (#1011876DC)
                                                                     (admitted *pro hac vice*)
                                                                     PETA Foundation
                                                                     2154 W. Sunset Blvd.

Los Angeles, CA 90032
323.210.2266
Fax No. 213.484.1648
jaredg@petaf.org

JAMES P. MARTIN (#50170)
MARISSA L. CURRAN (#61943)
Polsinelli PC
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
jmartin@polsinelli.com

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

I hereby certify that on **March 27, 2017**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

Kurtis B. Reeg and Lynn Lehnert
Goldberg Segalla
8000 Maryland, Suite 640
St. Louis, MO 63105
(314) 446-3350
Fax No. (314) 446-3360
kreeg@goldbergsegalla.com
llehnert@goldbergsegalla.com

ATTORNEYS FOR PLAINTIFFS

/s/ Jared S. Goodman