UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI PRIMATE FOUNDATION, <br> CONNIE BRAUN CASEY, individually, <br> ANDREW SAWYER, individually, <br> and JANE DOE 2, <br><br>     Plaintiffs and Counterclaim <br>                Defendants <br><br>vs. <br><br> PEOPLE FOR THE ETHICAL <br> TREATMENT OF ANIMALS, INC. and <br> ANGELA SCOTT a/k/a ANGELA <br> G. CAGNASSO, individually, <br><br>     Defendants and Counterclaim <br>                Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 4:16-cv-02163 |

## STIPULATED ORDER

Based upon stipulation of the parties, and the Court being duly advised in the premises,

- IT IS HEREBY ORDERED that Plaintiffs/Counterclaim Defendants have up to and including **July 21, 2017**, during which to file a Response to Defendants'/Counterclaim Plaintiffs' Counterclaim.

Date:_____  Signed: _____

| | |
|---|---|
| **GOLDBERG SEGALLA LLP** <br> **Attorneys for Plaintiffs** <br> By: /s/Kurtis B. Reeg____ <br> Kurtis B. Reeg, MO Bar #27684 <br> *kreeg@goldbergsegalla.com* <br> Lynn Lehnert, MO Bar #54546 <br> *llehnert@goldbergsegalla.com* <br> 8000 Maryland Suite 640 <br> St. Louis, Missouri 63105 <br> Telephone: 314-446-3350 <br> Facsimile: 314-446-3360 | **POLSINELLI** <br> **Attorneys for Defendants** <br> By: /s/ James Martin_____ <br> Mr. James Martin <br> JMartin@Polsinelli.com <br> 100 S. Fourth Street, Suite 1000 <br> St. Louis, MO 63102 <br> Telephone: 314-552-6802 |