UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, CONNIE BRAUN CASEY, individually, ANDREW SAWYER, individually, and JANE DOE 2,<br><br>    Plaintiffs and Counterclaim<br>           Defendants<br><br>vs.<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. and ANGELA SCOTT a/k/a ANGELA G. CAGNASSO, individually,<br><br>    Defendants and Counterclaim<br>           Plaintiffs. | No. 4:16-cv-02163 |

**PLAINTIFFS/COUNTERCLAIM DEFENDANTS' MOTION TO STRIKE**

Plaintiffs/Counterclaim Defendants Missouri Primate Foundation, Connie Braun Casey, Andrew Sawyer and Jane Doe 2 ("Plaintiffs" or "Counterclaim Defendants"), pursuant to Fed. R. Civ. Pro. 12(f), move to strike portions of Defendants/Counterclaim Plaintiffs' ("Defendants" or "Counterclaim Plaintiffs") Counterclaim on the following basis:

1.    Defendants have pleaded numerous allegations that are immaterial and/or scandalous.

WHEREFORE, Plaintiffs/Counterclaim Defendants Missouri Primate Foundation, Connie Braun Casey, Andrew Sawyer, and Jane Doe 2 respectfully request that paragraphs 40, 41, 51, 71, 77, 78, 79, 80, 81, 84, 86, 87, 120, 122, 132 of Defendants' Counterclaim be stricken.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By:   /s/ Kurtis B. Reeg
      Kurtis B. Reeg, MO Bar #27684
      *kreeg@goldbergsegalla.com*
      Lynn Lehnert, MO Bar #54546
      *llehnert@goldbergsegalla.com*
      8000 Maryland Suite 640
      St. Louis, Missouri 63105
      Telephone: 314-446-3350
      Facsimile: 314-446-3360

*Attorneys for Plaintiffs/Counterclaim Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 20, 2017, I electronically served the foregoing through filing it with the United States District Court – Eastern District of Missouri by using the CM/ECF system.

/s/ Kurtis B. Reeg