# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **MISSOURI PRIMATE FOUNDATION,** | ) | |
| **CONNIE BRAUN CASEY, individually,** | ) | |
| **ANDREW SAWYER, individually, and** | ) | |
| **JANE DOES 1 and 2,** | ) | |
| | ) | |
| **Plaintiffs and Counterclaim** | ) | |
| **Defendants,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:16-cv-02163** |
| | ) | |
| **PEOPLE FOR THE ETHICAL** | ) | |
| **TREATMENT OF ANIMALS, INC. and** | ) | |
| **ANGELA SCOTT a/k/a ANGELA G.** | ) | |
| **CAGNASSO, individually,** | ) | |
| | ) | |
| **Defendants and** | ) | |
| **Counterclaim Plaintiffs.** | ) | |

## ENTRY OF APPEARANCE

COME NOW Kelly J. Muensterman and the law firm of Polsinelli PC, and hereby enter their appearance as attorneys of record for Defendants/Counterclaim Plaintiffs People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a Angela G. Cagnasso, in the above-referenced matter, reserving all defenses of any nature whatsoever.

Respectfully submitted,

POLSINELLI PC


By: /s/Kelly J. Muensterman
    KELLY J. MUENSTERMAN (#66968)
    JAMES P. MARTIN (#50170)
    100 S. Fourth Street, Suite 1000
    St. Louis, MO 63102
    314.889.8000
    Fax No: 314.231.1776
    kmuensterman@polsinelli.com
    jmartin@polsinelli.com

    PETA FOUNDATION
    JARED S. GOODMAN
    (Admitted *Pro Hac Vice*)
    2154 W. Sunset Blvd.
    Los Angeles, CA 90032
    323.210.2266
    Fax No: 213.484.1648

    ATTORNEYS FOR DEFENDANTS/
    COUNTERCLAIM PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on **July 21, 2017**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

Kurtis B. Reeg
Lynn Lehnert
8000 Maryland, Suite 640
St. Louis, MO 63105
(314) 446-3350
Fax No. (314) 446-3360
kreeg@goldbergsegalla.com
llehnert@goldbergsegalla.com

ATTORNEYS FOR PLAINTIFFS


    /s/Kelly J. Muensterman

022927/484160-59637221.1