# Exhibit 1

UNOFFICIAL COPY

| Form 668 (Y)(c) (Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service<br># Notice of Federal Tax Lien |
|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #4<br>Lien Unit Phone: (800) 829-3903 | Serial Number<br>659853610 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

*2010TL-001832*

2010TL-001832
FILED FOR RECORD

06/03/2010    02:18:12PM

MARLENE CASTLE, RECORDER
JEFFERSON COUNTY, MO

Name of Taxpayer  JAMES M & CONNIE S CASEY

Residence  1168 W GANNON DR 200
FESTUS, MO 63028-2601

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-1501 | 02/23/2009 | 03/25/2019 | 27617.73 |
| 1040 | 12/31/2006 | XXX-XX-1501 | 02/23/2009 | 03/25/2019 | 104199.85 |

Place of Filing    Recorder of Deeds
Jefferson County
Hillsboro, MO 63050

Total $   131817.58

This notice was prepared and signed at _____CHICAGO, IL_____, on this,

the __25th__ day of __May__, __2010__.

Signature  K. A. Mitchell
for MICHAEL W. COX

Title  ACS
(800) 829-3903

24-00-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

DOC#2010TL-001832 1 of 1

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

UNOFFICIAL COPY



2010TL-002929
FILED FOR RECORD

08/17/2010    09:08:43AM

MARLENE CASTLE, RECORDER
JEFFERSON COUNTY, MO

UNOFFICIAL COPY

| | | |
|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>TAXATION DIVISION<br>P O BOX 3800<br>JEFFERSON CITY, MO 65105-3800 | FORM<br>**5207**<br>(Rev 03-10) | Date<br>**AUGUST 13, 2010**<br>Phone: (573) 522-6276<br>Fax: (573) 522-2404 |

## CERTIFICATE OF TAX LIEN - INDIVIDUAL INCOME TAX

| | |
|---|---|
| **RECORDER OF DEEDS**<br>**JEFFERSON COUNTY COURTHOUSE**<br>**P O BOX 100**<br>**HILLSBORO MO 63050** | Case No: <br> Primary SSN: XXX-XX-1501 <br> Secondary SSN: XXX-XX-6394 <br> Lien No: 09141391222 01 <br> Total Amount Due: 22,576.46 |

The Director of Revenue, under Section 143.902, RSMo, hereby certifies that the following assessment of tax, interest, additions to tax, penalties, and fees have been made and become final. Interest continues to accrue as provided by law until the full amount of the tax liability is paid.

Name of Debtor(s): CASEY, JAMES M
CASEY, CONNIE S

County Location: JEFFERSON     099

| FILE PERIOD | DLN | TAX DUE | INTEREST | ADDITIONS TO TAX | PENALTIES | LIEN FEES | BALANCE DUE | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 2005 | 09141391220 | 3,530.00 | 987.91 | 176.50 | 0.00 | 4.50 | 4,698.91 | 12/06/2009 |
| 2006 | 09141391222 | 14,222.00 | 2,944.45 | 711.10 | 0.00 | 0.00 | 17,877.55 | 11/22/2009 |
| TOTAL | | 17,752.00 | 3,932.36 | 887.60 | 0.00 | 4.50 | 22,576.46 | |

Official Use Only

Under Section 143.902, RSMo, the certificate of lien filed with the Recorder of Deeds shall be a lien against all real and personal property of the debtor(s) listed above and all real and personal property acquired by manner after the filing of this lien. Under Section 143.902, RSMo, the certificate of lien filed with the circuit clerk of the circuit court shall have the full force and effect of a default judgment upon entry in the record of the circuit court and execution shall issue at the request of the Director of Revenue or agent as provided in the case of all other judgments.

**DIRECTOR OF REVENUE OR DELEGATE**
**STATE OF MISSOURI**

BY: _[signature]_
**Administrator**

(DT1686)