UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, ) <br> CONNIE BRAUN CASEY, individually, ) <br> ANDREW SAWYER, individually, ) <br> and JANE DOE 2, ) <br> ) <br>     Plaintiffs and Counterclaim ) <br>                Defendants ) <br> ) <br> vs. ) <br> ) <br> PEOPLE FOR THE ETHICAL ) <br> TREATMENT OF ANIMALS, INC. and ) <br> ANGELA SCOTT a/k/a ANGELA ) <br> G. CAGNASSO, individually, ) <br> ) <br>     Defendants and Counterclaim ) <br>                Plaintiffs. ) | No. 4:16-cv-02163 |

## **PROPOSED ORDER**

The Court, having considered Plaintiffs'/Counterclaim Defendants' Verified Emergency Motion to Withdraw as Counsel, finds said Motion to be filed in good faith and well-founded, and in the interests of justice, GRANTS said Motion *instanter*. Each of the Plaintiffs/Counterclaim Defendants is granted forty-five (45) days from the date of this Order to engage and retain new counsel who shall enter their appearance on their behalf. The Court further stays discovery and the time frames to respond to previously served discovery until new counsel for each of the Plaintiffs/Counterclaim Defendants enter their appearance.

SO ORDERED: _____

DATE ENTERED: _____

8453445.1                              1