

**State of Missouri**
Robin Carnahan, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

File Number:
N01085070
Date Filed: 09/13/2010
Robin Carnahan
Secretary of State

### Articles of Incorporation of a Nonprofit Corporation
*(Submit with a filing fee of $25.00)*

The undersigned natural person(s) of the age of eighteen years or more for the purpose of forming a corporation under the Missouri Nonprofit Corporation Act adopt the following Articles of Incorporation:

1. The name of the corporation is __Missouri Primate Foundation__

2. This corporation is a __Public__ Benefit Corporation.
   *Public or Mutual*

3. The period of duration of the corporation is __perpetual__
   *"Perpetual" unless stated otherwise*

4. The name and street address of the Registered Agent and Registered Office in Missouri is:
   __Connie Braun Casey__  __12338 Hwy CC__  __Festus Mo 63028__
   *Name*  *Address*  *City/State/Zip*

5. The name(s) and address(es) of each incorporator:
   __Connie Braun Casey  12338 Hwy CC Festus Mo 63028__

6. Does the corporation have members? __X__ YES  ____ NO

7. The assets of the corporation will be distributed on dissolution as follows: __See Attached Exhibit 'A' Number #7 Disolution Clause__

8. The corporation is formed for the following purpose(s): __A Sanctuary for Chimpanzees and other Animals in need of a forever home__

9. The effective date of this document is the date it is filed by the Secretary of State of Missouri unless a future date is otherwise indicated: __Date filed__
   *(Date may not be more than 90 days after the filing date in this Office)*

*(Please see next page)*

Name and address to return filed document:
Name: __Connie Braun Casey__
Address: __12338 Hwy CC__
City, State, and Zip Code: __Festus Mo 63028__

State of Missouri
Creation - NonProfit 3 Page(s)

T1025611646
T1024402181

258-

EXHIBIT 1

# EXHIBIT 'A'

**PURPOSE:** The corporation is organized exclusively for charitable purposes and within the meaning of Section 501 c (3) of the Internal Revenue Code.

**INUREMENT OF INCOME:** No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to, its members, directors, officers or other private persons except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered.

**LEGISLATIVE OR POLITICAL ACTIVITIES:** No substantial part of the activities of the corporation will be carrying on of propaganda or otherwise attempting to influence.

**OPERATIONAL LIMITATIONS:** The corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from Federal Income Tax under Section 501 (c) (3) of the Internal Revenue Code of 1954 or (b) by a corporation, contributions to which are deductible under Section 170 (c) (2) of the Internal Revenue Code of 1954 (or the corresponding provision of any future U.S. Internal Revenue Law).

#7.
**DISSOLUTION CLAUSE:** Upon the dissolution of the corporation, the Board of Directors shall, after paying or making provisions for the payment of all of the liabilities of the corporation, dispose of all the assets of the corporation exclusively for the purposes of the corporation in such manner, or the such organization or organizations under Section 501 c (3) of the IR Code of 1954 (or the corresponding provision of any future US Internal Revenue Law), as the Board of Directors shall determine.

Any such assets not so disposed of shall be disposed of by the Circuit Court of the county in which the principal office of the corporation is then located, exclusively for such purposed or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

*Connie Braun Casey*

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

Must be signed by all Incorporator(s):

*Connie Braun Casey*        CONNIE BRAUN CASEY    8/21/10

---

Signature                    Printed Name                    Date Signed

Corp. 52 (11/2008)

# State of Missouri



Robin Carnahan
Secretary of State

CERTIFICATE OF INCORPORATION
MISSOURI NONPROFIT

WHEREAS, Articles of Incorporation of

*Missouri Primate Foundation*
*N01085070*

have been received and filed in the Office of the Secretary of State, which Articles, in all respects, comply with the requirements of Missouri Nonprofit Corporation Law;

NOW, THEREFORE, I, ROBIN CARNAHAN, Secretary of the State of Missouri do by virtue of the authority vested in me by law, do hereby certify and declare this entity a body corporate, duly organized this date and that it is entitled to all rights and privileges granted corporations organized under the Missouri Nonprofit Corporation Law.

IN TESTIMONY WHEREOF, I hereunto
set my hand and cause to be affixed the
GREAT SEAL of the State of Missouri.
Done at the City of Jefferson, this
13th day of September, 2010.



_____
Secretary of State

# ADMINISTRATIVE DISSOLUTION
# OR REVOCATION FOR A
# NON-PROFIT CORPORATION

N01085070
Missouri Primate Foundation
Connie Braun Casey
12338 Hwy CC
Festus MO 63028

1/3/2018

### Missouri Primate Foundation
### N01085070

The above corporation has failed to comply with Section 355.706 of the Revised Statutes of Missouri (RSMo), by:

### *Failure to file a Registration Report*

Therefore, the above corporation stands **administratively dissolved or revoked** under the provisions of Section 355.711 of the RSMo, as of 1/3/2018, subject to rescission as in these acts provided. **A corporation administratively dissolved may not carry on any business except that necessary to wind up and liquidate its business and affairs under Section 355.691.**

**To request reinstatement forms please include your name, mailing address, telephone number, entity name and entity charter number by email to rescissions@sos.mo.gov; by fax (573) 751-5841 or call toll free (866) 223-6535.**

For further information, please contact the Corporations Division at (866) 223-6535 toll free.

John R. Ashcroft
Secretary of State



| JAMES C. KIRKPATRICK | JOHN R. ASHCROFT | CORPORATIONS |
|---|---|---|
| STATE INFORMATION CENTER | SECRETARY OF STATE | (573) 751-4153 |
| (573) 751-4936 | STATE OF MISSOURI | |

N01085070
Missouri Primate Foundation
Connie Braun Casey
12338 Hwy CC
Festus MO 63028

10/11/2017

## IMPORTANT WRITTEN NOTICE
## YOUR REGISTRATION REPORT MUST BE RECEIVED BY 12/10/2017

Immediate action is required! Our records indicate your registration report is PAST DUE. Failure to file your registration report by the date indicated above will result in:

### ADMINISTRATIVE DISSOLUTION (Missouri Corporation)
or
### REVOCATION OF AUTHORITY TO DO BUSINESS (Foreign Corporation)

For your business to remain in Good Standing, you are required to file the Registration Report by the date above. Failure to file this report will result in the administrative dissolution of your corporate status; if administratively dissolved, you cannot legally conduct business in Missouri.

File your Registration Report online 24 hours a day from our website at: (http://www.sos.mo.gov/fileonline). Login with your username and password or click 'Create Account' if you do not already have an account. Once logged in, look under 'Registration Reports' and click on the Registration Report you wish to file. Enter your Charter Number (which appears above your corporate name on this notice) and click 'File Online'. You will need a credit card to complete this filing online.

If you wish to file your registration report by mail, the paper form may be printed from the website above or ordered from our office by calling toll free (866) 223-6535. If filing a paper report, please complete and mail the registration report form, along with the appropriate filing and late fee, to:

Secretary of State
PO Box 1366
Jefferson City, MO 65102

If you have any questions regarding your Registration Report, please contact us at the toll free number above.

For your convenience, you may also contact one of our field offices:

| **Kansas City Office** | **St. Louis Office** | **Springfield Office** |
|---|---|---|
| 615 E. 13th St 5th Floor | 815 Olive Street Suite 210 | 149 Park Central Sq. |
| Kansas City, MO 64106 | St. Louis, MO 63101 | Room 624 |
| (816) 889-2925 | (314) 340-7490 | Springfield, MO 65806 |
| | | (417) 895-6330 |

Jason Kander Secretary of State
2016 ANNUAL REGISTRATION REPORT
NONPROFIT

**N01085070**
**Date Filed: 12/5/2016**
**Jason Kander**
**Missouri Secretary of State**

*SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: 8/31/2016

N01085070
Missouri Primate Foundation
CONNIE BRAUN CASEY
12338 HWY CC
FESTUS MO 63028

ORGANIZED UNDER THE LAWS OF:
Missouri

PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:
12338 state rd cc    (Required)

STREET
Festus    MO    63028
CITY / STATE    ZIP

1

2 | If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.
☐ The new registered agent _____
IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.
☐ The new registered office address _____
Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

### OFFICERS (A)
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW

**PRESIDENT**
Casey, Connie Braun
STREET: 12338 Hwy cc
CITY/STATE/ZIP: Festus MO 63028

**SECRETARY**
Harned, Lisa Ann
STREET: 511 Market St
CITY/STATE/ZIP: Festus MO 63028

### BOARD OF DIRECTORS (B)
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST THREE DIRECTORS BELOW

**NAME** Pernikoff, Dr Doug
STREET: 32 Clarkson-wilson centre
CITY/STATE/ZIP: st louis MO 63017

**NAME** Marshall, Debbie
STREET: 4609 Eier rd
CITY/STATE/ZIP: Villa Ridge MO 63089

**NAME** Harned, Lisa
STREET: 511 Market st
CITY/STATE/ZIP: Festus MO 63028

3

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

4 | The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 576.060 RSMo. Photocopy or stamped signature not acceptable.

Authorized party or officer sign here    Connie Braun Casey    (Required)

Please print name and title of signer:    Connie Braun Casey    /    President
NAME    TITLE

REGISTRATION REPORT FEE IS:
__ $10.00 If filed on or before 8/31/2016
__ $15.00 If filed after 9/30/2016

Corporation will be administratively dissolved if report is not filed by 11/29/2017

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL): _____

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 1366, Jefferson City, MO 65102

Jason Kander Secretary of State
2015 ANNUAL REGISTRATION REPORT
NONPROFIT

**N01085070**
**Date Filed: 12/6/2015**
**Jason Kander**
**Missouri Secretary of State**

*SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: 8/31/2015

N01085070
Missouri Primate Foundation
CONNIE BRAUN CASEY
12338 HWY CC
FESTUS MO 63028

### 1

ORGANIZED UNDER THE LAWS OF:
Missouri

PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:
12338 state rd cc            (Required)

STREET
Festus   MO         63028
CITY / STATE        ZIP

### 2

If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent _____
IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address _____
Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

### 3

**OFFICERS** — A
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW

| | |
|---|---|
| PRESIDENT | Casey, Connie Braun |
| STREET | 12338 Hwy cc |
| CITY/STATE/ZIP | Festus MO 63028 |
| SECRETARY | Harned, Lisa Ann |
| STREET | 511 Market St |
| CITY/STATE/ZIP | Festus MO 63028 |
| STREET | |
| CITY/STATE/ZIP | |
| STREET | |
| CITY/STATE/ZIP | |

**BOARD OF DIRECTORS** — B
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST THREE DIRECTORS BELOW

| | |
|---|---|
| NAME | Pernikoff, Dr Doug |
| STREET | 32 Clarkson-wilson centre |
| CITY/STATE/ZIP | st louis MO 63017 |
| NAME | Marshall, Debbie |
| STREET | 4609 Eler rd |
| CITY/STATE/ZIP | Villa Ridge MO 63089 |
| NAME | Harned, Lisa |
| STREET | 511 Market st |
| CITY/STATE/ZIP | Festus MO 63028 |
| NAME | |
| STREET | |
| CITY/STATE/ZIP | |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

### 4

The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 576.060 RSMo. Photocopy or stamped signature not acceptable.

Authorized party or officer sign here    connie braun casey                    (Required)

Please print name and title of signer:    connie braun casey    /    President
                                          NAME                        TITLE

REGISTRATION REPORT FEE IS:
__ $10.00 If filed on or before 8/31/2015
__ $15.00 If filed after 9/30/2015

Corporation will be administratively dissolved if report is not filed by 11/29/2016

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL): _____

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 1366, Jefferson City, MO 65102

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al.<br><br>Defendants. | Case No. 4:16 CV 2163 CDP |

## ORDER

Counsel for plaintiffs and counterclaim defendants Missouri Primate Foundation, Connie Braun Casey, Andrew Sawyer, and Jane Doe 2 have filed a Verified Emergency Motion to Withdraw and Proposed Order. Defendants' counsel, Kurtis Reeg, seeks to withdraw from this case for health reasons and asserts that because his co-counsel resides in Michigan, it is impractical for her to take over the case.[1] Counsel avers that notice was given to his clients and opposing counsel was advised during the Rule 26 conference.

---

[1] Reeg is apparently referring to Lynn Lehnert, whose name is on the pleadings, but who has never properly entered her appearance and so does not appear as counsel on the docket sheet. Although Doc. 3, filed on December 30, 2016, purports to enter Lehnert's appearance, pursuant to the Administrative Procedures for Case Management Electronic Case Filing, attorneys who wish to appear as co-counsel with the filing attorney of record must file a separate Entry of Appearance using the e-filing login and password assigned to them by the Court.

1

Counterclaim defendants' counsel asks that the Court permit him to withdraw, provide "at least 45 days following the entry of an order granting said Motion" to retain substitute counsel, and stay all discovery until substitute counsel enters an appearance in this case. ECF No. 44. In their response, counterclaim plaintiffs People for the Ethical Treatment of Animals, Inc. and Angela Scott oppose the requested stay, claiming the long delay would cause undue prejudice and is unnecessary under the circumstances.

Although it is this Court's normal practice in the event of a serious medical condition to allow withdrawal and a reasonable amount of time for obtaining new counsel, there are several deficiencies in the motion to withdraw that must be addressed. Specifically, I find the motion deficient because: 1) the motion does not state the clients' agreement to counsels' withdrawal; 2) the motion does not state how the Missouri Primate Foundation can proceed without a lawyer (and granting the motion would leave the Foundation unrepresented); 3) the motion does not tell the Court how to reach the clients in the event I allow the withdrawal; and 4) the motion does not adequately explain why this is an emergency or why Ms. Lehnert cannot remain as counsel. Because of these issues, I will hold a hearing on the motion to withdraw.

Accordingly,

**IT IS HEREBY ORDERED** that a **hearing** on the Motion to Withdraw [44] will be held on **Monday, March 12, 2018 at 9:00 a.m.** in Courtroom 14-South.   In addition to counsel, all counterclaim defendants and an officer or director of Missouri Primate Foundation must be present in person at the hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2018.

**Reeg, Kurtis B.**

**From:** Suedkamp, Laura M.
**Sent:** Monday, March 05, 2018 8:20 AM
**To:** Reeg, Kurtis B.
**Subject:** Vito

This is what I have on Vito:

Mr. Vito Stramaeglia
2841 Penbrooke
Birmingham, MI 48009

vitodemo@aol.com

ICS
832 Jones Creek Rd.
Dickson TN 37055

615-943-1022 — Connie thinks this is the only working number
954-235-0000
317-614-5755

## GOLDBERG SEGALLA

New York  Illinois  Florida  California  Maryland  Missouri
North Carolina  Pennsylvania  New Jersey  Connecticut  United Kingdom

**Laura M. Suedkamp**
**Legal Assistant**
8000 Maryland Avenue, Suite 640 | St. Louis, MO 63105
DIRECT 314.446.3363 | FAX 314.446.3360
lsuedkamp@goldbergsegalla.com

vCard | www.GoldbergSegalla.com

*This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.*

*Privileged Attorney-Client Communication / Attorney's Work Product*

1

# Reeg, Kurtis B.

**From:** Reeg, Kurtis B.
**Sent:** Friday, March 02, 2018 10:28 AM
**To:** Andrew Sawyer (Andrew.Sawyer@carringtonres.com)
**Cc:** Bullard, Sarah L.
**Subject:** PETA case

Hi Andrew:

I'll call you shortly.

I wanted to let you know that PETA has specifically highlighted a rules and law about preserving evidence, so that no records/docs should be altered or destroyed, and no evidence/animals should be moved. I am letting you know because they made a point of this in our call last week and I am fulfilling my obligation as your attorney to so advise you. Kurt.



## GOLDBERG SEGALLA

New York  Illinois  Florida  California  Maryland  Missouri
North Carolina  Pennsylvania  New Jersey  Connecticut  United Kingdom

**Kurtis B. Reeg, Esq.**
**Partner**
8000 Maryland Avenue, Suite 640 | St. Louis, MO 63105
DIRECT 314.446.3351 | FAX 314.446.3360
MOBILE 314.574.2287
kreeg@goldbergsegalla.com

**vCard** | www.GoldbergSegalla.com

*This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.*

*Privileged Attorney-Client Communication / Attorney's Work Product*

1