# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

**Date** March 12, 2018   **Case No.** 4:16CV2163CDP

Missouri Primiate Foundation et al. v. People for the Ethical Treatment of Animals, Inc.

**Judge** Honorable Catherine D. Perry

**Court Reporter** G. Madden   **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** Kurtis Reeg

**Attorneys for Defendant(s)** James Martin

**Parties present for** hearing on [44] and [49] Plaintiff's Motion to Withdraw as Counsel. Motion is Granted. Case to be stayed until May 1, 2018 to allow counterclaim defendants to retain new counsel. Orders to issue.

Attorneys Present : _____

Proceedings commenced: 9:02 a.m.

Proceedings concluded: 9:21 a.m.