UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al.<br><br>      Defendants. | Case No. 4:16 CV 2163 CDP |

## **ORDER**

As discussed with counsel and the counterclaim defendants on the record at the hearing held today, I will grant counterclaim defendants' counsel's motion to withdraw and will stay this case until **May 1, 2018** for counterclaim defendants to have time to find new counsel. As explained at the hearing, if no new counsel enters an appearance by that time these parties will be deemed to be representing themselves. I will also order Vito Stramaeglia substituted for Jane Doe 2, as counsel indicates that is the identity of that plaintiff/counterclaim defendant. I am separately entering a Case Management Order that will apply once the case is no longer stayed.

Accordingly,

**IT IS HEREBY ORDERED** that the motion and amended motion of plaintiffs'/counterclaim defendants' counsel's motion to withdraw [44, 49] are granted.

**IT IS FURTHER ORDERED** that this case is STAYED until **May 1, 2018.** The parties' responses to outstanding discovery requests are now due on or before **May 31, 2018.**

**IT IS FURTHER ORDERED** that if no counsel enters an appearance for these parties they will be deemed to be representing themselves.

**IT IS FURTHER ORDERED** that Vito Stramaeglia is substituted for party Jane Doe 2 in all respects.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of March, 2018.