UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counter-Defendants, | ) ) |
| vs. | ) ) Case No. 4:16 CV 2163 CDP ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) ) |
| Defendant and Counter-Plaintiff. | ) |

**AMENDED CASE MANAGEMENT ORDER - TRACK 3: COMPLEX**

Pursuant to the joint proposed scheduling plan filed by the parties and the discussions held at the hearing on **March 12, 2018,**

**IT IS HEREBY ORDERED** that this case is stayed until **May 1, 2018** and the following schedule shall apply once the case is no longer stayed. If new counsel enter an appearance for plaintiffs-counterclaim defendants counsel are directed to meet and confer and file any motion to change this schedule no later than **June 1, 2018**.

**I.  SCHEDULING PLAN**

1. This case has been assigned to Track 3 (Complex).

2. All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **June 29, 2018**.

3. Disclosure shall proceed in the following manner:

(a) The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **May 18, 2018**.

(b) Counterclaim Plaintiff PETA shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2)(B), Fed. R. Civ. P., no later than **September 14, 2018**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **October 4, 2018.**

(c) Counterclaim Defendants shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **October 24, 2018**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **November 14, 2018.**

(d) Both sides must disclose any rebuttal experts and provide the reports required by Rule 26(a)(2) no later than **November 30, 2018** and shall make expert witnesses available for depositions, and have depositions completed, no later than **December 18, 2018**.

(e) The presumptive limits of **ten (10)** depositions per side as set forth in Rule 30(a)(2)(A), Fed. R. Civ. P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

(f) The parties shall complete <u>all</u> discovery in this case no later than **December 18, 2018.**

(g) Motions to compel shall be pursued in a diligent and timely manner, but in no event filed more than eleven (11) days following the discovery deadline set out above.

4. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or any motions to limit or exclude expert testimony must be filed no later than **January 14, 2019**. Opposition briefs shall be filed no later than twenty-eight days after the motion or **February 4, 2019**, whichever is earlier. Any reply brief may be filed no later than fourteen days following the response brief or **February 19, 2019**, whichever is earlier.

## II. ORDER RELATING TO TRIAL

This action is set for a **NON-JURY** trial on **Monday, May 13,2019** at **9:00 a.m.** This is a **two**-week docket.

**In this case, unless otherwise ordered by the Court, the attorneys shall, not less than twenty (20) days prior to the date set for trial:**

1.      **Stipulation:** Meet and jointly prepare and file with the Clerk a JOINT Stipulation of all uncontested facts, which may be read into evidence subject to any objections of any party set forth in said stipulation (including a brief summary of the case which may be used on Voir Dire).

2.      **Witnesses:**

(a)     Deliver to opposing counsel, and to the Clerk, a list of all proposed witnesses, identifying those witnesses who will be called to testify and those who may be called.

(b)     Except for good cause shown, no party will be permitted to call any witnesses not listed in compliance with this Order.

3.      **Exhibits:**

(a)     Mark for identification all exhibits to be offered in evidence at the trial (Plaintiffs to use Arabic numerals and defendants to use letters, e.g., Pltf-1, Deft.-A, or Pltf Jones-1, Deft Smith-A, if there is more than one plaintiff or defendant), and deliver to opposing counsel and to the Clerk a list of such exhibits, identifying those that will be introduced into evidence and those that may be introduced. The list shall clearly indicate for each business record whether the proponent seeks to authenticate the business record by affidavit or declaration pursuant to Fed.R.Evid. 902(11) or 902(12).

(b)     Submit said exhibits or true copies thereof, and copies of all affidavits or declarations pursuant to Fed.R.Evid. 902(11)or 902(12), to opposing counsel for examination. Prior to trial, the parties shall stipulate which exhibits may be introduced without objection or preliminary identification, and shall file written objections to all other exhibits.

(c) Except for good cause shown, no party will be permitted to offer any exhibits not identified or not submitted by said party for examination by opposing counsel in compliance with this Order. Any objections not made in writing at least ten (10) days prior to trial may be considered waived.

**4. Depositions, Interrogatory Answers, and Request for Admissions:**

(a) Deliver to opposing counsel and to the Clerk a list of all interrogatory answers or parts thereof and depositions or parts thereof (identified by page and line numbers), and answers to requests for admissions proposed to be offered in evidence. At least ten (10) days before trial, opposing counsel shall state in writing any objections to such testimony and shall identify any additional portions of such depositions not listed by the offering party which opposing counsel proposes to offer.

(b) Except for good cause shown, no party will be permitted to offer any interrogatory answer, or deposition or part thereof, or answer to a request for admissions not listed in compliance with this Order. Any objections not made as above required may be considered waived.

**5. Findings of Fact, conclusions of Law and Trial Brief:** Submit to the Court and to opposing counsel full, complete, and specific proposed findings of fact and conclusions of law, together with a trial brief, citing authorities, in support of said party's legal theories and discussing any anticipated substantive or procedural problems.

**7. Motions In Limine:** File all motions in limine to exclude evidence at least ten (10) days before trial.

Failure to comply with any part of this order may result in the imposition of sanctions.

_/s/ Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2018.