**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*Eastern District of Missouri*
*111 S. Tenth Street*
*St. Louis, Missouri 63102*

OFFICIAL BUSINESS

RECEIVED
MAR 16 2018
BY MAIL

Hasler
03/13/2018
US POSTAGE $00.68⁰

FIRST-CLASS MAIL



ZIP 63102
011D11622820

```
              631 NFE 1    117I0003/13/18
FORWARD TIME EXP    RTN TO SEND
STRAMAGLIA VITO
832 JONES CREEK RD
DICKSON TN 37055-6023
              RETURN TO SENDER
```

63102>1125
48009-751541

Vito  Stramaeglia
2841 Penbrooke
Birmington, MI 48009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MISSOURI PRIMATE FOUNDATION, )
et al., )
)
   Plaintiffs and Counter-Defendants, )
)
vs. ) Case No. 4:16 CV 2163 CDP
)
PEOPLE FOR THE ETHICAL )
TREATMENT OF ANIMALS, INC., )
)
   Defendant and Counter-Plaintiff. )

## CASE MANAGEMENT ORDER - TRACK 3: COMPLEX

Pursuant to the joint proposed scheduling plan filed by the parties and the discussions held at the hearing on **March 12, 2018,**

**IT IS HEREBY ORDERED** that this case is stayed until **May 1, 2018** and the following schedule shall apply once the case is no longer stayed. If new counsel enter an appearance for plaintiffs-counterclaim defendants counsel are directed to meet and confer and file any motion to change this schedule no later than **June 1, 2018**.

**I.   SCHEDULING PLAN**

1.   This case has been assigned to Track 3 (Complex).

2.   All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **June 29, 2018**.

3.   Disclosure shall proceed in the following manner:

(a) The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **May 18, 2018**.

(b) Counterclaim Plaintiff PETA shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2)(B), Fed. R. Civ. P., no later than **September 14, 2018**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **October 4, 2018.**

(c) Counterclaim Defendants shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **October 24, 2018**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **November 14, 2018.**

(d) Both sides must disclose any rebuttal experts and provide the reports required by Rule 26(a)(2) no later than **November 30, 2018** and shall make rebuttal expert witnesses available for depositions, and have depositions completed, no later than **December 18, 2018**.

(e) The presumptive limits of five (5) depositions per side as set forth in Rule 30(a)(2)(A), Fed. R. Civ. P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

(f) The parties shall complete all discovery in this case no later than **December 18, 2018.**

(g) Motions to compel shall be pursued in a diligent and timely manner, but in no event filed more than eleven (11) days following the discovery deadline set out above.

4. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or any motions to limit or exclude expert testimony must be filed no later than **January 14, 2019**. Opposition briefs shall be filed no later than twenty-eight days after the motion or **February 4, 2019**, whichever is earlier. Any reply brief may be filed no later than fourteen days following the response brief or **February 19, 2019**, whichever is earlier.

## II. ORDER RELATING TO TRIAL

This action is set for a **NON-JURY** trial on **Monday, May 13, 2019** at **9:00 a.m.** This is a **two**-week docket.

**In this case, unless otherwise ordered by the Court, the attorneys shall, not less than twenty (20) days prior to the date set for trial:**

1. **Stipulation:** Meet and jointly prepare and file with the Clerk a JOINT Stipulation of all uncontested facts, which may be read into evidence subject to any objections of any party set forth in said stipulation (including a brief summary of the case which may be used on Voir Dire).

2. **Witnesses:**

   (a) Deliver to opposing counsel, and to the Clerk, a list of all proposed witnesses, identifying those witnesses who will be called to testify and those who may be called.

   (b) Except for good cause shown, no party will be permitted to call any witnesses not listed in compliance with this Order.

3. **Exhibits:**

   (a) Mark for identification all exhibits to be offered in evidence at the trial (Plaintiffs to use Arabic numerals and defendants to use letters, e.g., Pltf-1, Deft.-A, or Pltf Jones-1, Deft Smith-A, if there is more than one plaintiff or defendant), and deliver to opposing counsel and to the Clerk a list of such exhibits, identifying those that will be introduced into evidence and those that may be introduced. The list shall clearly indicate for each business record whether the proponent seeks to authenticate the business record by affidavit or declaration pursuant to Fed.R.Evid. 902(11) or 902(12).

   (b) Submit said exhibits or true copies thereof, and copies of all affidavits or declarations pursuant to Fed.R.Evid. 902(11) or 902(12), to opposing counsel for examination. Prior to trial, the parties shall stipulate which exhibits may be introduced without objection or preliminary identification, and shall file written objections to all other exhibits.

(c) Except for good cause shown, no party will be permitted to offer any exhibits not identified or not submitted by said party for examination by opposing counsel in compliance with this Order. Any objections not made in writing at least ten (10) days prior to trial may be considered waived.

4. **Depositions, Interrogatory Answers, and Request for Admissions:**

(a) Deliver to opposing counsel and to the Clerk a list of all interrogatory answers or parts thereof and depositions or parts thereof (identified by page and line numbers), and answers to requests for admissions proposed to be offered in evidence. At least ten (10) days before trial, opposing counsel shall state in writing any objections to such testimony and shall identify any additional portions of such depositions not listed by the offering party which opposing counsel proposes to offer.

(b) Except for good cause shown, no party will be permitted to offer any interrogatory answer, or deposition or part thereof, or answer to a request for admissions not listed in compliance with this Order. Any objections not made as above required may be considered waived.

5. **Findings of Fact, conclusions of Law and Trial Brief:** Submit to the Court and to opposing counsel full, complete, and specific proposed findings of fact and conclusions of law, together with a trial brief, citing authorities, in support of said party's legal theories and discussing any anticipated substantive or procedural problems.

7. **Motions In Limine:** File all motions in limine to exclude evidence at least ten (10) days before trial.

Failure to comply with any part of this order may result in the imposition of sanctions.

/s/ Catherine D. Perry
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of March, 2018.

- 4 -

```
MIME-Version:1.0
From:Moed_AutoSend@moed.uscourts.gov
To:MOED_ECF_Notification@moed.uscourts.gov
--Case Participants: Martina Bernstein (martinab@petaf.org), Marissa Lauren Cu
rran (mcurran@polsinelli.com, stldocketing@polsinelli.com, tnelsonburris@polsin
elli.com), Jared S. Goodman (jaredg@petaf.org), James P. Martin (jmartin@polsin
elli.com, jsnyder@polsinelli.com, rthompson@polsinelli.com, stldocketing@polsin
elli.com), Kelly J. Muensterman (kmuensterman@polsinelli.com, ljsmith@polsinell
i.com, rthompson@polsinelli.com, stldocketing@polsinelli.com), Kurtis B. Reeg (
bbuhmann@goldbergsegalla.com, kreeg@goldbergsegalla.com, sbullard@goldbergsegal
la.com), District Judge Catherine D. Perry (moed_cdp_notifications@moed.uscourt
s.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<7459572@moed.uscourts.gov>
Subject:Activity in Case 4:16-cv-02163-CDP Missouri Primate Foundation et al v.
 People for the Ethical Treatment of Animals, Inc. et al Case Management Order
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States poli
cy permits attorneys of record and parties in a case (including pro se litigant
s) to receive one free electronic copy of all documents filed electronically, i
f receipt is required by law or directed by the filer. PACER access fees apply
to all other users. To avoid later charges, download a copy of each document d
uring this first viewing. However, if the referenced document is a transcript,
the free copy and 30 page limit do not apply.


U.S. District Court

Eastern District of Missouri

Notice of Electronic Filing
The following transaction was entered on 3/12/2018 4:12 PM CDT and filed
on 3/12/2018


Case Name: Missouri Primate Foundation
et al v. People for the Ethical Treatment of Animals, Inc. et al

Case Number: 4:16-cv-02163-CDP https://ecf.moed.uscourts.gov/cgi-bin/DktRpt.pl?
150887

Filer:


Document Number: 53


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.moed.uscourts.gov/doc1/10717766196?caseid=150887&de_seq_num=196&mag
ic_num=MAGIC


Docket Text:
CASE MANAGEMENT ORDER.   Pursuant to
the joint proposed scheduling plan filed by  the parties and the discussions
held at the hearing on March 12, 2018, IT IS HEREBY ORDERED that this case
is stayed until May 1, 2018 and the  following schedule shall apply once
the case is no longer stayed.  (See Full Order.) This case is assigned to
Track: 3 (Complex).    Motion to Join Parties due by 6/29/2018.   Discovery
Completion due by 12/18/2018.  Non-Dispositive  Motions due by 12/29/2018.
 Dispositive Motions due by 1/14/2019.   Bench Trial set for 5/13/2019 09:00
AM in Courtroom 14S before District Judge Catherine D. Perry.   Pretrial Complia
nce
due by 4/23/2019.   Motion in Limine due by 5/3/2019.      Signed by District
Judge Catherine D. Perry on 3/12/2018. (CBL)

4:16-cv-02163-CDP Notice has been electronically mailed to:
Kurtis B. Reeg    kreeg@goldbergsegalla.com, BBuhmann@goldbergsegalla.com, sbullard@goldbergsegalla.com
James P. Martin    jmartin@polsinelli.com, jsnyder@polsinelli.com, rthompson@polsinelli.com, stldocketing@polsinelli.com
Marissa Lauren Curran    mcurran@polsinelli.com, STLDocketing@polsinelli.com, tnelsonburris@polsinelli.com
Jared S. Goodman    JaredG@petaf.org
Kelly J. Muensterman    kmuensterman@polsinelli.com, ljsmith@polsinelli.com, rthompson@polsinelli.com, stldocketing@polsinelli.com
Martina Bernstein    MartinaB@petaf.org

4:16-cv-02163-CDP Notice has been delivered by other means to:

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1037221849 [Date=3/12/2018] [FileNumber=7459571-0]
[8eb3faedf2f7ba803e364dfac66fea02132bfd1b1deebf3846d6673d061a4b75e3944a8b23b538
c174e2e8b288b1dbc024f7d799b172141c5c06f0cce43d247d]]

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
*Eastern District of Missouri*
*111 S. Tenth Street*
*St. Louis, Missouri 63102*

OFFICIAL BUSINESS

RECEIVED
MAR 16 2018
BY MAIL

Hasler
03/13/2018
US POSTAGE $00.68⁰



ZIP 63102
011D11622820

FIRST-CLASS MAIL

```
        631 NFE 1    11710003/13/18
FORWARD TIME EXP    RTN TO SEND
STRAMAGLIA VITO
832 JONES CREEK RD
DICKSON TN 37055-6023
        RETURN TO SENDER
```

Vito  Stramaeglia
2841 Penbrooke
Birmington, MI 48009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MISSOURI PRIMATE FOUNDATION, )
et al., )
 )
    Plaintiffs and Counter-Defendants, )
 )
    vs. ) Case No. 4:16 CV 2163 CDP
 )
PEOPLE FOR THE ETHICAL )
TREATMENT OF ANIMALS, INC., )
 )
    Defendant and Counter-Plaintiff. )

### AMENDED CASE MANAGEMENT ORDER - TRACK 3: COMPLEX

Pursuant to the joint proposed scheduling plan filed by the parties and the discussions held at the hearing on **March 12, 2018,**

**IT IS HEREBY ORDERED** that this case is stayed until **May 1, 2018** and the following schedule shall apply once the case is no longer stayed. If new counsel enter an appearance for plaintiffs-counterclaim defendants counsel are directed to meet and confer and file any motion to change this schedule no later than **June 1, 2018**.

**I. SCHEDULING PLAN**

1. This case has been assigned to Track 3 (Complex).

2. All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **June 29, 2018**.

3. Disclosure shall proceed in the following manner:

(a) The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **May 18, 2018**.

(b) Counterclaim Plaintiff PETA shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2)(B), Fed. R. Civ. P., no later than **September 14, 2018**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **October 4, 2018.**

(c) Counterclaim Defendants shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **October 24, 2018**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **November 14, 2018.**

(d) Both sides must disclose any rebuttal experts and provide the reports required by Rule 26(a)(2) no later than **November 30, 2018** and shall make expert witnesses available for depositions, and have depositions completed, no later than **December 18, 2018**.

(e) The presumptive limits of **ten (10)** depositions per side as set forth in Rule 30(a)(2)(A), Fed. R. Civ. P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

(f) The parties shall complete all discovery in this case no later than **December 18, 2018.**

(g) Motions to compel shall be pursued in a diligent and timely manner, but in no event filed more than eleven (11) days following the discovery deadline set out above.

4. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or any motions to limit or exclude expert testimony must be filed no later than **January 14, 2019**. Opposition briefs shall be filed no later than twenty-eight days after the motion or **February 4, 2019**, whichever is earlier. Any reply brief may be filed no later than fourteen days following the response brief or **February 19, 2019**, whichever is earlier.

## II. ORDER RELATING TO TRIAL

This action is set for a **NON-JURY** trial on **Monday, May 13, 2019** at **9:00 a.m.** This is a **two**-week docket.

**In this case, unless otherwise ordered by the Court, the attorneys shall, not less than twenty (20) days prior to the date set for trial:**

1. **Stipulation:** Meet and jointly prepare and file with the Clerk a JOINT Stipulation of all uncontested facts, which may be read into evidence subject to any objections of any party set forth in said stipulation (including a brief summary of the case which may be used on Voir Dire).

2. **Witnesses:**

    (a) Deliver to opposing counsel, and to the Clerk, a list of all proposed witnesses, identifying those witnesses who will be called to testify and those who may be called.

    (b) Except for good cause shown, no party will be permitted to call any witnesses not listed in compliance with this Order.

3. **Exhibits:**

    (a) Mark for identification all exhibits to be offered in evidence at the trial (Plaintiffs to use Arabic numerals and defendants to use letters, e.g., Pltf-1, Deft.-A, or Pltf Jones-1, Deft Smith-A, if there is more than one plaintiff or defendant), and deliver to opposing counsel and to the Clerk a list of such exhibits, identifying those that will be introduced into evidence and those that may be introduced. The list shall clearly indicate for each business record whether the proponent seeks to authenticate the business record by affidavit or declaration pursuant to Fed.R.Evid. 902(11) or 902(12).

    (b) Submit said exhibits or true copies thereof, and copies of all affidavits or declarations pursuant to Fed.R.Evid. 902(11) or 902(12), to opposing counsel for examination. Prior to trial, the parties shall stipulate which exhibits may be introduced without objection or preliminary identification, and shall file written objections to all other exhibits.

- 3 -

(c) Except for good cause shown, no party will be permitted to offer any exhibits not identified or not submitted by said party for examination by opposing counsel in compliance with this Order. Any objections not made in writing at least ten (10) days prior to trial may be considered waived.

4. **Depositions, Interrogatory Answers, and Request for Admissions:**

(a) Deliver to opposing counsel and to the Clerk a list of all interrogatory answers or parts thereof and depositions or parts thereof (identified by page and line numbers), and answers to requests for admissions proposed to be offered in evidence. At least ten (10) days before trial, opposing counsel shall state in writing any objections to such testimony and shall identify any additional portions of such depositions not listed by the offering party which opposing counsel proposes to offer.

(b) Except for good cause shown, no party will be permitted to offer any interrogatory answer, or deposition or part thereof, or answer to a request for admissions not listed in compliance with this Order. Any objections not made as above required may be considered waived.

5. **Findings of Fact, conclusions of Law and Trial Brief:** Submit to the Court and to opposing counsel full, complete, and specific proposed findings of fact and conclusions of law, together with a trial brief, citing authorities, in support of said party's legal theories and discussing any anticipated substantive or procedural problems.

7. **Motions In Limine:** File all motions in limine to exclude evidence at least ten (10) days before trial.

Failure to comply with any part of this order may result in the imposition of sanctions.

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2018.

- 4 -

MIME-Version:1.0
From:Moed_AutoSend@moed.uscourts.gov
To:MOED_ECF_Notification@moed.uscourts.gov
--Case Participants: Jared S. Goodman (jaredg@petaf.org), Martina Bernstein (martinab@petaf.org), Kelly J. Muensterman (kmuensterman@polsinelli.com, ljsmith@polsinelli.com, rthompson@polsinelli.com, stldocketing@polsinelli.com), Marissa Lauren Curran (mcurran@polsinelli.com, stldocketing@polsinelli.com, tnelsonburris@polsinelli.com), James P. Martin (jmartin@polsinelli.com, jsnyder@polsinelli.com, rthompson@polsinelli.com, stldocketing@polsinelli.com), Kurtis B. Reeg (bbuhmann@goldbergsegalla.com, kreeg@goldbergsegalla.com, sbullard@goldbergsegalla.com), District Judge Catherine D. Perry (moed_cdp_notifications@moed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<7461738@moed.uscourts.gov>
Subject:Activity in Case 4:16-cv-02163-CDP Missouri Primate Foundation et al v. People for the Ethical Treatment of Animals, Inc. et al Case Management Order - Amended
Content-Type: text/plain

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Missouri

Notice of Electronic Filing

The following transaction was entered on 3/13/2018 3:30 PM CDT and filed on 3/13/2018

Case Name: Missouri Primate Foundation et al v. People for the Ethical Treatment of Animals, Inc. et al

Case Number: 4:16-cv-02163-CDP https://ecf.moed.uscourts.gov/cgi-bin/DktRpt.pl?150887

Filer:

Document Number: 54

Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.moed.uscourts.gov/doc1/10717768511?caseid=150887&de_seq_num=200&magic_num=MAGIC

Docket Text:
AMENDED CASE MANAGEMENT ORDER - 3e.
The presumptive limits of ten (10) depositions per side as set forth in Rule 30(a)(2)(A), Fed. R. Civ. P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply. (See Full Order for Complete Details) This case is assigned to Track: 3. Motion to Join Parties due by 6/29/2018. Discovery Completion due by 12/18/2018. Non-Dispositive Motions due by 12/29/2018. Dispositive Motions due by 1/14/2019.
Bench Trial set for 5/13/2019 at 9:00 AM in Courtroom 14S before District Judge Catherine D. Perry. Pretrial Compliance due by 4/23/2019. Motion in Limine due by 5/3/2019. Signed by District Judge Catherine D. Perry on 3/12/18. (EAB)

4:16-cv-02163-CDP Notice has been electronically mailed to:
Kurtis B. Reeg (Terminated)     kreeg@goldbergsegalla.com, BBuhmann@goldbergsegalla.com,
sbullard@goldbergsegalla.com
James P. Martin   jmartin@polsinelli.com, jsnyder@polsinelli.com,
rthompson@polsinelli.com, stldocketing@polsinelli.com
Marissa Lauren Curran   mcurran@polsinelli.com, STLDocketing@polsinelli.com,
tnelsonburris@polsinelli.com
Jared S. Goodman   JaredG@petaf.org
Kelly J. Muensterman   kmuensterman@polsinelli.com, ljsmith@polsinelli.com,
rthompson@polsinelli.com, stldocketing@polsinelli.com
Martina Bernstein   MartinaB@petaf.org


4:16-cv-02163-CDP Notice has been delivered by other means to:
Missouri Primate Foundation

Andrew Sawyer
8022 South Rainbow Blvd.
Suite 344
Las Vegas,  NV 89139

Connie Braun Casey
12338 State Road CC
Festus,  MO 63028

Vito Stramaeglia



The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1037221849 [Date=3/13/2018] [FileNumber=7461737-0]
[5ef75124455e0f84d204c91114703137efc8dbdb604a293b9cc0f666752bab326ca827c19f791fc
29de25c4367df9883de1aae52c40eb2e4a6d5882f4c9125a2a]]