

# Oregon State Bar

# Certificate

State of Oregon )
) ss.
County of Washington )

I, Stacy R. Owen, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**GEORDIE DUCKLER**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on September 28, 1987.

There are no inquiries, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Duckler is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 13th day of April, 2018.

_____
Stacy R. Owen
Assistant Disciplinary Counsel
Oregon State Bar