UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al.,<br><br>   Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br><br>   Defendant and Counter-Plaintiff. | Case No. 4:16 CV 2163 CDP |

## **ORDER**

The Case Management Order in this case stayed the case until May 1, 2018, to give counterclaim defendants the opportunity to obtain new counsel. That date has passed, and so the stay is no longer in effect.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to lift the stay of this matter.

                                                                                _____
                                                                               CATHERINE D. PERRY
                                                                               UNITED STATES DISTRICT JUDGE

Dated this 14th day of May, 2018.