UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, ) <br> CONNIE BRAUN CASEY, individually, ) <br> ANDREW SAWYER, individually, and ) <br> JANE DOES 1 and 2, ) <br> ) <br>     Plaintiffs and Counterclaim ) <br>     Defendants, ) <br> ) <br> v. ) <br> ) <br> PEOPLE FOR THE ETHICAL ) <br> TREATMENT OF ANIMALS, INC. and ) <br> ANGELA SCOTT a/k/a ANGELA G. ) <br> CAGNASSO, individually, ) <br> ) <br>     Defendants and ) <br>     Counterclaim Plaintiffs. ) <br> ) | Case No. 4:16-cv-02163 |

## ENTRY OF APPEARANCE

COME NOW BRIAN D. KLAR and the law firm of Klar, Izsak & Stenger, LLC, and hereby enters his appearance on behalf of Plaintiff Connie Braun Casey in the above matter.

Dated this 17th day of May, 2018.

                                                         Respectfully Submitted,

                                                         KLAR, IZSAK & STENGER, L.L.C.

                                  By:   /s/ Brian D. Klar_____
                                                BRIAN D. KLAR, #36430
                                                DANIEL T. BATTEN, #58810
                                                Attorneys for Defendant
                                                1505 S. Big Bend Blvd.
                                                St. Louis, Missouri 63117
                                                Phone: 314-863-1117
                                                Fax: 314-863-1118
                                                Email: bklar@lawsaintlouis.com
                                                           dbatten@lawsaintlouis.com

# CERTIFICATE OF SERVICE

I hereby certify that on **May 17, 2018**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

POLSINELLI PC
KELLY J. MUENSTERMAN (#66968)
JAMES P. MARTIN (#50170)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
kmuensterman@polsinelli.com
jmartin@polsinelli.com

PETA FOUNDATION
JARED S. GOODMAN
(Admitted *Pro Hac Vice*)
2154 W. Sunset Blvd.
Los Angeles, CA 90032
323.210.2266
Fax No: 213.484.1648
ATTORNEYS FOR DEFENDANTS

/s/ Brian D. Klar