UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, CONNIE BRAUN CASEY, individually, ANDREW SAWYER, individually, and JANE DOES 1 and 2, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. and ANGELA SCOTT a/k/a ANGELA G. CAGNASSO, individually, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 4:16-cv-02163 |

## ENTRY OF APPEARANCE

COME NOW DANIEL T. BATTEN and the law firm of Klar, Izsak & Stenger, LLC, and hereby enters his appearance on behalf of Plaintiff Connie Braun Casey in the above matter.

Dated this 17th day of May, 2018.

                                            Respectfully Submitted,

                                            KLAR, IZSAK & STENGER, L.L.C.

                    By:   /s/ Daniel T. Batten_____
                              BRIAN D. KLAR, #36430
                              DANIEL T. BATTEN, #58810
                              Attorneys for Defendant
                              1505 S. Big Bend Blvd.
                              St. Louis, Missouri 63117
                              Phone: 314-863-1117
                              Fax: 314-863-1118
                              Email: bklar@lawsaintlouis.com
                                                dbatten@lawsaintlouis.com

# CERTIFICATE OF SERVICE

I hereby certify that on **May 17, 2018**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

POLSINELLI PC
KELLY J. MUENSTERMAN (#66968)
JAMES P. MARTIN (#50170)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
kmuensterman@polsinelli.com
jmartin@polsinelli.com

PETA FOUNDATION
JARED S. GOODMAN
(Admitted *Pro Hac Vice*)
2154 W. Sunset Blvd.
Los Angeles, CA 90032
323.210.2266
Fax No: 213.484.1648
ATTORNEYS FOR DEFENDANTS

/s/ Daniel T. Batten