UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, <br> CONNIE BRAUN CASEY, individually, <br> ANDREW SAWYER, individually, and <br> JANE DOES 1 and 2, <br><br>     Plaintiffs and Counterclaim <br>     Defendants, <br><br> v. <br><br> PEOPLE FOR THE ETHICAL <br> TREATMENT OF ANIMALS, INC. and <br> ANGELA SCOTT a/k/a ANGELA G. <br> CAGNASSO, individually, <br><br>     Defendants and <br>     Counterclaim Plaintiffs. | Case No. 4:16-cv-02163 |

## ENTRY OF APPEARANCE

COME NOW DANIEL T. BATTEN and the law firm of Klar, Izsak & Stenger, LLC, and hereby enters his appearance on behalf of Co-Defendant Connie Braun Casey in the above matter.

Dated this 18th day of May, 2018.

                                              Respectfully Submitted,

                                              KLAR, IZSAK & STENGER, L.L.C.

                  By:    /s/ Daniel T. Batten_____
                            BRIAN D. KLAR, #36430
                            DANIEL T. BATTEN, #58810
                            Attorneys for Co-Defendant
                            1505 S. Big Bend Blvd.
                            St. Louis, Missouri 63117
                            Phone: 314-863-1117
                            Fax: 314-863-1118
                            Email: bklar@lawsaintlouis.com
                                        dbatten@lawsaintlouis.com

# CERTIFICATE OF SERVICE

I hereby certify that on **May 18, 2018**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

| | |
|---|---|
| POLSINELLI PC<br>KELLY J. MUENSTERMAN (#66968)<br>JAMES P. MARTIN (#50170)<br>100 S. Fourth Street, Suite 1000<br>St. Louis, MO 63102<br>314.889.8000<br>Fax No: 314.231.1776<br>kmuensterman@polsinelli.com<br>jmartin@polsinelli.com | Vito Stramaeglia<br>ICS<br>832 Jones Creek Rd.<br>Dickson, TN 37055<br><br>Missouri Primate Foundation<br>12338 State Road CC<br>Festus, MO 63028 |

PETA FOUNDATION
JARED S. GOODMAN
(Admitted *Pro Hac Vice*)
2154 W. Sunset Blvd.
Los Angeles, CA 90032
323.210.2266
Fax No: 213.484.1648
ATTORNEYS FOR DEFENDANTS

                                                                       /s/ Daniel T. Batten