UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, ) <br> CONNIE BRAUN CASEY, individually, ) <br> ANDREW SAWYER, individually, and ) <br> JANE DOES 1 and 2, ) <br> ) <br>     Plaintiffs and Counterclaim ) <br>     Defendants, ) <br> ) <br> v. ) <br> ) <br> PEOPLE FOR THE ETHICAL ) <br> TREATMENT OF ANIMALS, INC. and ) <br> ANGELA SCOTT a/k/a ANGELA G. ) <br> CAGNASSO, individually, ) <br> ) <br>     Defendants and ) <br>     Counterclaim Plaintiffs. ) <br> ) | Case No. 4:16-cv-02163 |

## ENTRY OF APPEARANCE

COME NOW BRIAN D. KLAR and the law firm of Klar, Izsak & Stenger, LLC, and hereby enters his appearance on behalf of Co-Defendant Connie Braun Casey in the above matter.

Dated this 18th day of May, 2018.

                                        Respectfully Submitted,

                                      KLAR, IZSAK & STENGER, L.L.C.

                     By:    /s/ Brian D. Klar_____
                             BRIAN D. KLAR, #36430
                             DANIEL T. BATTEN, #58810
                             Attorneys for Co-Defendant
                             1505 S. Big Bend Blvd.
                             St. Louis, Missouri 63117
                             Phone: 314-863-1117
                             Fax: 314-863-1118
                             Email: bklar@lawsaintlouis.com
                                         dbatten@lawsaintlouis.com

# CERTIFICATE OF SERVICE

I hereby certify that on **May 18, 2018**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

| | |
|---|---|
| POLSINELLI PC<br>KELLY J. MUENSTERMAN (#66968)<br>JAMES P. MARTIN (#50170)<br>100 S. Fourth Street, Suite 1000<br>St. Louis, MO 63102<br>314.889.8000<br>Fax No: 314.231.1776<br>kmuensterman@polsinelli.com<br>jmartin@polsinelli.com | Vito Stramaeglia<br>ICS<br>832 Jones Creek Rd.<br>Dickson, TN 37055<br><br>Missouri Primate Foundation<br>12338 State Road CC<br>Festus, MO 63028 |
| PETA FOUNDATION<br>JARED S. GOODMAN<br>(Admitted *Pro Hac Vice*)<br>2154 W. Sunset Blvd.<br>Los Angeles, CA 90032<br>323.210.2266<br>Fax No: 213.484.1648<br>ATTORNEYS FOR DEFENDANTS | |

/s/ Brian D. Klar