Exhibit C

Primate Care Summary

| DOCTOR | DATE | NAME | GENDER | AGE | HEALTH ISSUE | RESPONSE | OUTCOME |
|---|---|---|---|---|---|---|---|
| DSP | 7/27/17 | COBY | M | 32 YEARS | RELOCATION | PRIMATE PANEL, RECTAL C/S- | NO PATHOGENS/MICHIGAN |
| DSP | 7/27/17 | COOPER | M | 14 YEARS | RELOCATION | PRIMATE PANEL, | MICHIGAN |
| DSP | 7/9/13 | MICHAELA | F | 4 YEARS | DIARRHEA | PRIMATE PANEL, PARASITE CHK, RECTAL C/S | E.COLI AT MO. PRIMATE |
| DSP | 4/23/12 | TASH | M | 1 YEAR | RELOCATION | - | DOC ANTELS-TIGERS |
| DSP | 5/19/15 | WILLOW NEWBORN | F | 5 DAYS | PREMIE WITH DEHYDRATION & RESPIRATORY | TREATMENT/NEBULIZE | AT MO PRIMATE |
| DSP | 3/23/12 | TAMMY | F | 34 YEARS | NOT FEELING WELL | WORK UP | AT MO. PRIMATE |
| DSP/BJ | 4/23/13 | KELLY | F | 17 YEARS | DIARRHEA, VOMITING, INAPPETANCE | TREATMENT | DIED- STOMACH CANCER |
| DSP | 12/22/16 | K.K. | F | 28 YEARS? | RELOCATION | PRIMATE PANEL, CBC/SMAC, RECTAL C/S, TETANUS | MICHIGAN |
| DSP | 12/22/16 | KIRBY | M | 26 YEARS | RELOCATION | | MICHIGAN |
| DSP | 9/14/13 | ANGEL | F | 34 YEARS | VAGINAL MATERIAL PROLAPSED | SEDATE & EXAMINE WITH HUMAN OBGYN | //// |
| DSP | 11/27/13 | ANGEL | F | 34 YEARS | EXPLORATORY- LARGE GENITAL TUMOR REMOVAL | SURGERY WITH HUMAN SURGEON | DIED POST SX. CANCER |
| DSP | 12/22/16 | DAISY | F | 29 YEARS | RELOCATION | | MICHIGAN |
| DSP | 12/22/16 | BABOON | F | 13 YEARS | RELOCATION | | MICHIGAN |
| DSP/BJ | 7/23/11 | KITZEL | F | 40 YEARS | EXPLORATORY- ABDOMEN | GIT SYMPTOMS, LARGE 5 # TUMOR INVOLVING STOMACH | DIED ON TABLE |
| BJ | 8/27/12 | ERIC | M | 25 YEARS | DISTENDED ABDOMEN -JAUNDICE | NECROPSY SHOWS PROMINENT LIVER CANCER | DIED PRIOR EXAM |
| DSP/BJ | 8/24/17 | TONKA | M | 37 YEARS | WOUNDS FROM ANOTHER MALE | SURGICAL REPAIR | SURGICAL HEAL COMPLETE |
| BJ | 8/29/01 | MANDI | F | ?? | EAR INFECTION? | ?? | ?? |
| BJ | 8/27/01 | JOJO | J | 14 YEARS | ?? | BLOOD PANEL | ?? |
| DSP/BJ | 4/19/01 | SUSIE | F | 28 YEARS? | NEIGHBOR KID SHOT | | EUTHANIZED |
| BJ | 4/9/09 | HELEN | F | 27 YEARS | SEIZURES/NYSTAGMUS | BLOOD PANEL | //// |
| BJ | 4/15/09 | HELEN | F | 27 YEARS | SEIZURES/NYSTAGMUS | | EUTHANIZED |
| BJ | 5/3/05 | KIWI | M | | GIT- POOR DOER | BLOOD PANEL | DIED |
| BJ | 11/6/02 | CALEB | M | 1.5 MTHS | DIARRHEA | RECTAL C/S | CALIFORNIA |
| BJ | 4/9/09 | KARI | M | 13 YEARS | | BLOOD PANEL | AT MO PRIMATE |
| BJ | | KRAMER | M | 9-12 MTHS | RELOCATION | H.C. | AT SAVE THE CHIMPS |
| DSP | 4/10/13 | DOUGIE CAPUCHIN | F | 4 YEARS | C-SECTION DELIVERT | C-SECTION- BABY BORN HEALTHY | BABY AT MO PRIMATE |
| BJ | | CONNER JR. | M | 3 MONTHS | RELOCATION | H.C. | AT SAVE THE CHIMPS |
| DSP/BJ | 2/?/16 | TONI | F | 63 YEARS | PNEUMONIA, CHF-STARTED IN FEBRUARY 2016 | TREATMENT | DIED 3/23/16 |
| DSP | 4/10/13 | SARAH CAPUCHIN | F | 27 YEARS | DYSTOCIA, C-SECTION | HEALTHY BABY (STILL ALIVE) | RELOCATED |
| DSP | 10/9/17 | INDY-GIBBON | F | 17 YEARS | YELLOW STOOL | WORK UP | AT MO. PRIMATE |
| DSP | 7/10/09 | HANNAH | F | 9 YEARS? | RELOCATION WITH MIKE CASEY | H.C. | CENTER FOR GREAT APES |
| DSP | 7/10/09 | KINZY | M | 4 YEARS | RELOCATION WITH MIKE CASEY | H.C. | CENTER FOR GREAT APES |
| DSP | 10/10/09 | BENTLEY | M | 1 YEAR | RELOCATION WITH MIKE CASEY | H.C. | CENTER FOR GREAT APES |
| DSP | 6/7/12 | GABBY | F | 35 YEARS | PARALYZED- STROKE OR OTHER VASCULAR INCIDENT. - | | EUTHANIZED |
| DSP | 6/14/12 | DUSTY GIBBON | M | 5 YEARS | CHRONIC WASTING/DIARRHEA | | DIED IN HOSPITAL |
| DSP | 6/24/17 | YOGI GIBBON | M | 13 YEARS | PRESENTED DOA | | DIED 6/24/17 |

JOEY OWNED BY ANDREW SAWYER- NEVER MANAGED MEDICALLY
CHLOE OWNED BY VITO ??? - NEVER MANAGED MEDICALLY

Clarkson Wilson Veterinary Clinic
32 Clarkson Wilson Centre
Chesterfield, MO  63017
636-530-1808

**Patient Chart** for Coby
Date: 3/25/2018, Time: 11:00a

Client: Connie Casey
Page: 2

| Date | Time | By | Code | Description | Qty (Variance) | Amount |
|---|---|---|---|---|---|---|
| 7/28/2017 | 12:15p | DSP | RX2001 | Primate Panel 2 | 1 | 300.00 |
|  | 12:15p |  | RX4022 | Fecal Enteric Pathogen Culture 1 with Ca | 1 | 205.00 |
|  | 12:16p |  | 4579 | Primate Serology to Lab | 1 | 250.00 |
|  | 12:17p |  | IDXREQ | IDEXX LabREXX Requisition #29505222-3100 | 1 |  |
|  | 12:29p |  | EHC | Exotic Health Certificate | 1 | 50.00 |

## Clarkson Wilson Veterinary Clinic

Patient Chart

Printed: 3/25/2018 at 11:09a

### CLIENT INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Connie Casey (835) | | |
| **Address** | 12338 Hwy Cc | **Spouse** | Mike |
| | Festus, MO 63028 | | |

### PATIENT INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Cooper | **Species** | Primate |
| **Sex** | Male | **Breed** | Chimpanzee |
| **Birthday** | 7/28/2017 | **Age** | 8m |
| **ID** | | **Rabies** | |
| **Color** | | **Weight** | 60.00 lbs |
| **Reminded** | (none) | **Codes** | |

**Cooper's weight history** (in lbs)

| | |
|---|---|
| 7/28/2017 | 60.00 |

### MEDICAL HISTORY - S.O.A.P. View

| Date | By | Code | Description | Qty (Variance) |
|---|---|---|---|---|
| 7/28/2017 | DSP | EXT | Examination - Large Exotic | |
| **Age:** | **Weight:** 60.00 | | | |



**VRL Laboratories**
7540 LOUIS PASTEUR, SUITE 250
SAN ANTONIO, TX 78229
Phone 210-615-7275

```
***************
*    FINAL    *
***************
```

Requesting Facility: A288
CLARKSON-WILSON VETERINARY CLINIC
32 CLARKSON-WILSON CENTER
CHESTERFIELD, MO
63017

Species: CHIMP
Requested By: DOUG PERNIKOFF
Purchase Order:
Special Instructions:

Date Received: 08/01/2017

Date Report Generated: 03/06/2018
Time: 09:07

| VRLlabs Accession | Client Specimen I.D. | HVZ Ab | CHIMPCMV Ab | EBV-VCA Ab |
|---|---|---|---|---|
| | Methodology -> | (DIA) | (DIA) | (DIA) |
| us17045079 | COOPER DEYOUNG | NEGATIVE | NEGATIVE | POSITIVE ** |
| us17045080 | COBY | POSITIVE ** | POSITIVE ** | POSITIVE ** |

LABORATORY DIRECTOR: ANTHONY COOKE