Exhibit E



# State of Missouri

No. X **300823**

Rebecca McDowell Cook, Secretary of State

Corporation Division

## Registration of Fictitious Name
(Submit in duplicate with a filing fee of $7)

This information is for the use of the public and gives no protection to the name. There is no provision in this Chapter to keep another company or corporation from adopting and using the same name. (RSMo 417).

We, the undersigned, are doing business under the following name, and at the following address:

Name to be registered: **Missouri Primate Foundation**

Missouri Business Address: **12338 Hwy CC**
(P.O. Boxes not accepted)

City, State and Zip Code: **Festus, MO 63028**

The parties having an interest in the business, and the percentage they own are (if a corporation is owner, indicate corporation name and percentage owned). If all parties are jointly and severally liable, percentage of ownership need not be listed:

| Name of Owners, Individual or Corporate | Street and Number | City | State and Zip Code | If listed, Percentage of ownership must equal 100% |
|---|---|---|---|---|
| Connie S. Braun | 12338 Hwy CC | Festus, MO | 63028 | 50% |
| James M. Casey | 12338 Hwy CC | Festus, MO | 63028 | 50% |

(Must be typed or printed)

Return to: Secretary of State
Corporation Division
P.O. Box 778
Jefferson City, Mo. 65102

Corp. #56 (12-94)

(Over)

**FILED**

MAR 08 1996

Rebecca McDowell Cook
SECRETARY OF STATE

The undersigned, being all the parties owning interest in the above company, being duly sworn, upon their oaths each did say that the statements and matters set forth herein are true.

Individual Owners Sign Here

X _Connie Braun_
X _James M Casey_
X _____

X _____
X _____
X _____

300823

The undersigned corporation has caused this application to be executed in its name by its President or Vice-President and its Secretary or Assistant Secretary, this _____ day of _____, 19_____.

If Corporation is Owner, Corporate Officers Execute Here

_____
(Exact Corporate Title)

By _____
Its President or Vice-President

By _____
Its Secretary or Assistant Secretary

(Corporate Seal)
If no seal, state "none".

State of Missouri
County of _Jefferson_ } ss

I, _Dawn R Duncan_, A Notary Public, do hereby certify that on the _6th_ day of _March_, 19_96_, personally appeared before me _Connie S Braun & James M Casey_ and being first duly sworn by me, acknowledged that _they_ he signed as his own free act and deed the foregoing document in the capacity therein set forth and declared that the statements therein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

(Notarial Seal)
DAWN R. DUNCAN
Notary Public-Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: 3-26-98

_Dawn R Duncan_
Notary Public

My commission expires _3-26-98_