Exhibit F

Aug 31 09 03:13p          "CHIMPARTY CHIMPS"          636-937



## State of Missouri
**Robin Carnahan, Secretary of State**

Corporations Division
PO Box 2050 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

| File Number: |
| --- |
| X00997779 |
| Date Filed: 09/02/2009 |
| Expiration Date: 09/02/2014 |
| Robin Carnahan |
| Secretary of State |

### Registration of Fictitious Name
*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check all that apply:**

[X] New Registration   [ ] Renewal _____   [ ] Amendment  X_____   [ ] Correction  X_____
                        Registration #                        Registration #                   Registration #

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered: __Missouri Primate Foundation__

Business Address: __12338 Hwy CC__
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: __Festus, Mo 63028__

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # of Owner Required If Owned by a Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
| --- | --- | --- | --- | --- | --- |
| Connie Braun | | 12338 Hwy CC | Festus, MO | 63028 | 100% |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

*Connie Braun*                    *Connie Braun*                    8/12/09
Authorized Signature              Printed Name                       Date

_____     _____     _____
*Authorized Signature*            *Printed Name*                     *Date*

_____     _____     _____
*Authorized Signature*            *Printed Name*                     *Date*

**Name and address to return filed document:**

Name: __Connie Braun Casey__

Address: __12338 Hwy CC__

City, State, and Zip Code: __Festus, MO 63028__

State of Missouri
Fictitious Creation 1 Page(s)

T0924603298
T0923003074