Exhibit H



**State of Missouri**
Robin Carnahan, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

File Number: N01085070
Date Filed: 09/13/2010
Robin Carnahan
Secretary of State

## Articles of Incorporation of a Nonprofit Corporation
*(Submit with a filing fee of $25.00)*

The undersigned natural person(s) of the age of eighteen years or more for the purpose of forming a corporation under the Missouri Nonprofit Corporation Act adopt the following Articles of Incorporation:

1. The name of the corporation is __Missouri Primate Foundation__

2. This corporation is a __Public__ Benefit Corporation.
   *Public or Mutual*

3. The period of duration of the corporation is __perpetual__
   *"Perpetual" unless stated otherwise*

4. The name and street address of the Registered Agent and Registered Office in Missouri is:
   __Connie Braun Casey__   __12338 Hwy CC__   __Festus Mo 63028__
   Name                     Address              City/State/Zip

5. The name(s) and address(es) of each incorporator:
   __Connie Braun Casey   12338 Hwy CC Festus Mo 63028__

6. Does the corporation have members? __X__ YES ____ NO

7. The assets of the corporation will be distributed on dissolution as follows: __See Attached Exhibit 'A' Number #7 Disolution Clause__

8. The corporation is formed for the following purpose(s): __A Sanctuary for Chimpanzees and Other Animals in need of a forever home__

9. The effective date of this document is the date it is filed by the Secretary of State of Missouri unless a future date is otherwise indicated: __Date filed__
   *(Date may not be more than 90 days after the filing date in this Office)*

*(Please see next page)*

Name and address to return filed document:
Name: __Connie Braun Casey__
Address: __12338 Hwy CC__
City, State, and Zip Code: __Festus Mo 63028__

State of Missouri
Creation - NonProfit 3 Page(s)

T1025611646
T1024402181

# EXHIBIT 'A'

**PURPOSE:** The corporation is organized exclusively for charitable purposes and within the meaning of Section 501 c (3) of the Internal Revenue Code.

**INUREMENT OF INCOME:** No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to, its members, directors, officers or other private persons except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered.

**LEGISLATIVE OR POLITICAL ACTIVITIES:** No substantial part of the activities of the corporation will be carrying on of propaganda or otherwise attempting to influence.

**OPERATIONAL LIMITATIONS:** The corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from Federal Income Tax under Section 501 (c) (3) of the Internal Revenue Code of 1954 or (b) by a corporation, contributions to which are deductible under Section 170 (c) (2) of the Internal Revenue Code of 1954 (or the corresponding provision of any future U.S. Internal Revenue Law).

#7. **DISSOLUTION CLAUSE:** Upon the dissolution of the corporation, the Board of Directors shall, after paying or making provisions for the payment of all of the liabilities of the corporation, dispose of all the assets of the corporation exclusively for the purposes of the corporation in such manner, or the such organization or organizations under Section 501 c (3) of the IR Code of 1954 (or the corresponding provision of any future US Internal Revenue Law), as the Board of Directors shall determine.

Any such assets not so disposed of shall be disposed of by the Circuit Court of the county in which the principal office of the corporation is then located, exclusively for such purposed or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

*Connie Braun Casey*

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

Must be signed by all Incorporator(s):

*Connie Braun Casey*          CONNIE BRAUN CASEY    8/21/10

---

*Signature*                    *Printed Name*                          *Date Signed*

Corp. 52 (11/2008)

# State of Missouri



Robin Carnahan
Secretary of State

CERTIFICATE OF INCORPORATION
MISSOURI NONPROFIT

WHEREAS, Articles of Incorporation of

*Missouri Primate Foundation*
*N01085070*

have been received and filed in the Office of the Secretary of State, which Articles, in all respects, comply with the requirements of Missouri Nonprofit Corporation Law;

NOW, THEREFORE, I, ROBIN CARNAHAN, Secretary of the State of Missouri do by virtue of the authority vested in me by law, do hereby certify and declare this entity a body corporate, duly organized this date and that it is entitled to all rights and privileges granted corporations organized under the Missouri Nonprofit Corporation Law.

IN TESTIMONY WHEREOF, I hereunto
set my hand and cause to be affixed the
GREAT SEAL of the State of Missouri.
Done at the City of Jefferson, this
13th day of September, 2010.



Secretary of State