Exhibit I

# NOTICE OF EXPIRATION
## FOR A FICTITIOUS NAME REGISTRATION

X00997779
Missouri Primate Foundation
12338 Hwy CC
Festus MO  63028

12/16/2014

*Missouri Primate Foundation*
*X00997779*

The above business has failed to comply with Section 417.210 RSMo, by:

*Failure to renew a fictitious name registration.*

Therefore, the above business stands **expired** under the provisions of Section 417.210 as of 12/16/2014.

If you wish to file a new fictitious name registration, please visit our web site at www.sos.mo.gov/business/corporations or for further information, please contact the Corporations Division toll free at (866) 223-6535.

Abe Rakov
Executive Deputy Secretary of State