UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) ) Case No. 4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) ) |

## [PROPOSED] ORDER

Before the Court is the Motion for an Order Compelling Discovery Against Counterclaim Defendant Connie Braun Casey ("Casey") brought by Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a Angela G. Cagnasso (together, "Plaintiffs") pursuant to Rule 37 of the Federal Rules of Civil Procedure. Good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** as follows.

**IT IS ORDERED** that Casey shall produce all documents responsive to Plaintiffs' Rule 34 requests (Exhibit A attached to Plaintiffs' motion) within seven business days of the date of the order.

**IT IS FURTHER ORDERED** that all objections to Plaintiffs' Rule 34 requests have been waived.

**IT IS FURTHER ORDERED** that Casey shall provide to Plaintiffs copies of all documents in accordance with Local Rule 26 - 3.01(A) within seven business days of the date of the order.

**IT IS FURTHER ORDERED** that Casey shall pay Plaintiffs' costs and attorneys' fees relating to the motion to compel, and that Plaintiffs have 14 days from the date of the order granting this motion for sanctions to file an affidavit detailing these attorneys' fees and costs.

Date: _____ _____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE