Geordie Duckler, OSB #873780
9397 SW Locust St.
Tigard, Oregon 97223
Telephone: (503) 546-8052
Facsimile: (503) 241-5553
geordied@animallawpractice.com
Attorney for Plaintiff/Counter-Defendant
Andrew Sawyer

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et. al., <br><br> Plaintiffs and Counter-Defendants, <br><br> vs. <br><br> PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et. al., <br><br> Defendants and Counter-Plaintiffs. | Case no. 4:16 CV 2163 CDP <br><br> NOTICE OF SERVICE OF DEFENDANT ANDREW SAWYER'S OPPOSITION TO COUNTERCLAIM PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE |

I hereby certify that DEFENDANT ANDREW SAWYER'S OPPOSITION TO COUNTERCLAIM PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE was electronically filed with the Clerk of the Court using the CM/ECF system on June 11, 2018, by which notification of such filing was electronically sent and served to the following:

Brian D. Klar, bklar@lawsaintlouis.com
Daniel T. Batten, dbatten@lawsaintlouis.com
 *Attorneys for Plaintiffs/Counter-Defendants*
 *Connie Braun Casey and Missouri Primate Foundation*

1

Martina Bernstein, MartinaB@petaf.org
Marissa Lauren Curran, mcurran@polsinelli.com
Jared S. Goodman, JaredG@petaf.org
James P. Martin, jmartin@polsinelli.com
Kelly J. Muensterman, kmuensterman@polsinelli.com
    *Attorneys for Defendants/Counter-Claimants*
    *People for the Ethical Treatment of Animals, Inc.*
    *and Angela Scott*

And was served by U.S. Mail on June 14, 2018, on the following:

Missouri Primate Foundation
c/o Connie Braun Casey
12338 State Rd. CC
Festus, MO 63028

Vito Stramaeglia
ICS 832 Jones Creek Rd
Dickson, TN 37055

Patrick Hanley
214 E. Fourth St
Covington, KY 41011
    *Attorney for Plaintiff and*
    *Counter-Defendant Vito Stramaeglia*
    *and who was assigned on June 13, 2018,*
    *after the above-referenced document was filed.*

DATED: June 14, 2018

    GEORDIE DUCKLER, P.C.

    By: _____
    Geordie Duckler, OSB #873780
    Attorney for Plaintiff/Counter-Defendant
    Andrew Sawyer

Geordie Duckler, OSB #873780
9397 SW Locust St.
Tigard, Oregon 97223
Telephone: (503) 546-8052
geordied@animallawpractice.com
Attorney for Plaintiff /Counter-Defendant
Andrew Sawyer