**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MISSOURI PRIMATE FOUNDATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Plaintiffs and** | ) | |
| **Counterclaim Defendants,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:16-cv-02163** |
| | ) | |
| **PEOPLE FOR THE ETHICAL** | ) | |
| **TREATMENT OF ANIMALS, INC., et al.,** | ) | |
| | ) | |
| **Defendants and** | ) | |
| **Counterclaim Plaintiffs.** | ) | |

**NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER COMPELLING**
**DISCOVERY AGAINST COUNTERCLAIM DEFENDANT CASEY**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, on June 13, 2018,

Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a

Angela G. Cagnasso (together, "Plaintiffs") moved for an order compelling Counterclaim

Defendant Connie Braun Casey ("Casey") to comply with this Court's ordered deadlines to make

all required disclosures and to respond to outstanding discovery requests. [ECF Nos. 72, 73.]

On the afternoon of June 14, 2018, Plaintiffs' counsel received via first class mail

Casey's amended disclosures, discovery responses, and a production of documents. Accordingly,

Plaintiffs hereby withdraw their motion to compel.

Dated:  June 15, 2018                           Respectfully submitted,

/s/ Jared S. Goodman
JARED S. GOODMAN (#1011876DC)
(Admitted *pro hac vice*)
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90032

323.210.2266
Fax No: 213.484.1648
jaredg@petaf.org

MARTINA BERNSTEIN (#230505CA)
PETA Foundation
1536 16th St. NW
Washington, DC 20036
202.483.7382
Fax No: 202.540.2208
martinab@petaf.org

POLSINELLI PC
JAMES P. MARTIN (#50170)
KELLY J. MUENSTERMAN (#66968)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
jmartin@polsinelli.com

*Attorneys for Defendants/*
*Counterclaim Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 15, 2018, the foregoing Notice of Withdrawal of Motion for an Order Compelling Discovery Against Counterclaim Defendant Casey was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

Brian Klar, bklar@lawsaintlouis.com
Daniel T. Batten, dbatten@lawsaintlouis.com
*Attorneys for Plaintiff/Counterclaim Defendant Connie Braun Casey*

Geordie Duckler, geordied@animallawpractice.com
*Attorney for Plaintiff/Counterclaim Defendant Andrew Sawyer*

Patrick Hanley, p.hanley@att.net
*Attorney for Plaintiff/Counterclaim Defendant Vito Stramaeglia*

And was served by regular mail on the following:

Missouri Primate Foundation
c/o Connie Braun Casey
12338 State Rd. CC
Festus, MO 63028

/s/ Jared S. Goodman