UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, ) <br> CONNIE BRAUN CASEY, individually, ) <br> ANDREW SAWYER, individually, and ) <br> JANE DOES 1 and 2, ) <br> ) <br>     Plaintiffs and Counterclaim ) <br>     Defendants, ) <br> ) <br> v. ) <br> ) <br> PEOPLE FOR THE ETHICAL ) <br> TREATMENT OF ANIMALS, INC. and ) <br> ANGELA SCOTT a/k/a ANGELA G. ) <br> CAGNASSO, individually, ) <br> ) <br>     Defendants and ) <br>     Counterclaim Plaintiffs. ) <br> ) | Case No. 4:16-cv-02163 |

## CONSENTED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE

COMES NOW Plaintiff/Counterclaim Defendant Connie Braun Casey ("Ms. Casey"), by and through the undersigned counsel, and with the consent of Counterclaim Plaintiffs People for the Ethical Treatment of Animals, Inc. and Angela Scott, respectfully move this Court for its Order extending the period of time for which Ms. Casey may respond to Counterclaim Plaintiffs' Motion for Sanctions for Spoliation of Evidence, up to and including June 18, 2018.

Dated this 18th day of June, 2018.

                                                                        Respectfully Submitted,

                                                                         KLAR, IZSAK & STENGER, L.L.C.

By:   /s/ Daniel T. Batten
        BRIAN D. KLAR, #36430
        DANIEL T. BATTEN, #58810
        Attorneys for Co-Defendant
        1505 S. Big Bend Blvd.
        St. Louis, Missouri 63117
        Phone: 314-863-1117
        Fax: 314-863-1118
        Email: bklar@lawsaintlouis.com
                 dbatten@lawsaintlouis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 18, 2018**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served via first class mail, postage prepaid, to the following:

| | |
|---|---|
| POLSINELLI PC<br>KELLY J. MUENSTERMAN (#66968)<br>JAMES P. MARTIN (#50170)<br>100 S. Fourth Street, Suite 1000<br>St. Louis, MO 63102<br>314.889.8000<br>Fax No: 314.231.1776<br>kmuensterman@polsinelli.com<br>jmartin@polsinelli.com | Patrick J. Hanley, Esq.<br>214 E. Fourth Street<br>Covington, KY 41011<br>*Attorney for Plaintiff/Counterclaim Defendant Vito Stramaglia*<br><br>Missouri Primate Foundation<br>12338 State Road CC<br>Festus, MO 63028 |
| PETA FOUNDATION<br>JARED S. GOODMAN<br>(Admitted *Pro Hac Vice*)<br>2154 W. Sunset Blvd.<br>Los Angeles, CA 90032<br>323.210.2266<br>Fax No: 213.484.1648<br>*Attorneys for Defendant/Counterclaim Plaintiff* | Geordie Duckler<br>9397 SW Locust Street<br>Tigard, OR 97223<br>geordied@animallawpractice.com<br>*Attorneys for Plaintiff/Counterclaim Defendant Andrew Sawyer* |

                                                                       /s/ Daniel T. Batten