UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DEYOUNG FAMILY ZOO, a corporation, )
and HAROLD DEYOUNG, individually, )
                                              )
      Plaintiffs,                        )
                                              )
vs.                                                )    No. 2:16-cv-282
                                              )
PEOPLE FOR THE ETHICAL )
TREATMENT OF ANIMALS, INC. and )
MARTI MCDOWELL, individually, )
                                              )
      Defendants.                    )

---

Kurtis Reeg (MO Bar #27684)                  Jonathan Frank
Lynn Lehnert (P76279)
Goldberg Segalla LLP                            Maddin Hauser Roth & Heller P.C.
Attorney for DeYoung Family Zoo         Attorney for PETA and Marti McDowell
8000 Maryland Suite 640                       28400 Northwestern Highway
St. Louis, Missouri    63105                Southfield, Michigan 48034
314-446-3350                                       248-208-0715
kreeg@goldbergsegalla.com                  jfrank@maddinhauser.com
llehnert@goldbergsegalla.com

## PLAINTIFFS' NOTICE OF DISMISSAL

COME Now Plaintiffs, DeYoung Family Zoo and Harold DeYoung ("Plaintiffs"), by and through their attorneys, Goldberg Segalla, LLP, and because Defendants PETA and McDowell have withdrawn their Notice of Intent to Sue Letter dated October 28, 2016, Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss this action, without prejudice, each party to bear their own costs.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By:   /s/ Kurtis B. Reeg
        Kurtis B. Reeg, (MO Bar #27684) (Lead Attorney)
        *kreeg@goldbergsegalla.com*

1

EXHIBIT 2

                            Lynn Lehnert, P76279
                            *llehnert@goldbergsegalla.com*
                            8000 Maryland Suite 640
                            St. Louis, Missouri 63105
                            Telephone:   314-446-3350
                            Facsimile: 314-446-3360

                            Attorneys for Plaintiff DeYoung Family Zoo and
                            Harold DeYoung

Date: March 29, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, I electronically filed the foregoing United States District Court – Western District of Michigan by using the CM/ECF system.


/s/ Kurtis B. Reeg