U.S. GOVERNMENT PRINTING OFFICE 1997-975-137/42589

This record is authorized by law (7 USC 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS (Other Than Dogs and Cats)

☐ SALE    ☐ EXCHANGE OR TRANSFER    ☒ DONATION

**INSTRUCTIONS:** Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made - items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

1. INVOICE NO.
2. PAGE: 1 OF 1
3. DATE OF DISPOSITION: 7-28-17
4. DEALER'S LICENSE NO.: 43-C-315

5. SELLER OR DONOR (Name and Address, Include Zip Code):
Connie Casey
12338 St W CC
Festus MO 63028

6. BUYER OR RECEIVER (Name and Address, Include Zip Code):
DeYoung Family Zoo
N5406 CR577
Wallace MI

7. USDA LICENSE NO. (if any): 34-C-0141

## 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG M/F | G. NO. ADULT M/F | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Casper By | Chimpanzee | | M | 80 | excellent | social group | |
| | | 3/4 | Coby 3B | Chimpanzee | | M | 160 | | | |

9. DELIVERY BY ("X" one): ☒ Buyer's Truck  ☐ Dealer's Truck (Seller or Donor)  ☐ DELIVERY BY COMMERCIAL CARRIER
10. TRUCK LICENSE NO.: ZOO
11. BILL OF LADING NO.

12. NAME AND ADDRESS OF COMPANY OR FIRM:
DeYoung Family Zoo
N5406 CR577
Wallace MI

13. NAME AND ADDRESS OF TRUCK DRIVER:
DeYoung Family Zoo
Harold DeYoung
same address

## DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

14. ANIMALS DELIVERED WERE ("X" one): ☒ IN APPARENT GOOD CONDITION  ☐ POOR CONDITION  ☐ REJECTED (Attach explanation for rejection)
15. TOTAL NUMBER RECEIVED: 2
16. NUMBER DEAD: 0
17. NUMBER ALIVE: 2
18. BY (signature): [signature]
19. TITLE: owner
20. DATE: 7-28-17

EXHIBIT 3

APHIS FORM 7020 (APR 93) (Replaces VS FORM 18-20, which is now obsolete, and APHIS Form 7020 (10-90) which may be used.)    COPY 1 - RETURN TO DEALER (Seller/Donor)

This record is authorized by law (7 USC 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS (Other Than Dogs and Cats)

☐ SALE ☐ EXCHANGE OR TRANSFER ☒ DONATION

1. INVOICE NO.
2. PAGE: 1 OF
3. DATE OF DISPOSITION: 12-22-16
4. DEALER'S LICENSE NO.: 43-C-315

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made – items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. SELLER OR DONOR** (Name and Address, include Zip Code)
Connie Casey
12338 State Rd CC
Festus, MO 63028

**5. BUYER OR RECEIVER** (Name and Address, include Zip Code)
DeYoung Family Zoo
N5406 CR577
Wallace, Mich 49893

**7. USDA LICENSE NO.** (if any): 34-C-0141

### 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. AGE NO. YOUNG | G. SEX NO. ADULT | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | J. RECEIVER'S USE | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | | | Chimpanzee | | (M) F | 160 | excellent | | |
| | | | | | | M (F) | 125 | | | |
| | | | | | | M (F) | 115 | | | |
| | 1 | | | Baboon | | M (F) | 25 | | | |

**DELIVERY BY COMMERCIAL CARRIER**

9. DELIVERY BY ("X" one):
☒ Receivers / Buyer's Truck
☐ Dealer's Truck (Seller or Donor)

10. TRUCK LICENSE NO.: Zoo Man
11. BILL OF LADING NO.:

12. NAME AND ADDRESS OF COMPANY OR FIRM:
DeYoung Family Zoo
N5406 CR577
Wallace, Mi.

13. NAME AND ADDRESS OF TRUCK DRIVER:
DeYoung Family Zoo
Harold DeYoung
same address

**DELIVERY RECEIPT – TO BE COMPLETED BY BUYER OR RECEIVER**

14. ANIMALS DELIVERED WERE ("X" one):
☒ IN APPARENT GOOD CONDITION ☐ POOR CONDITION ☐ REJECTED (Attach explanation for rejection)

15. TOTAL NUMBER RECEIVED: 4
16. NUMBER DEAD:
17. NUMBER ALIVE: 4
18. BY (Signature): Harold DeYoung
19. TITLE: Donor
20. DATE: 12-22-16

APHIS FORM 7020 (APR 93) (Replaces VS FORM 18-20, which is now obsolete, and APHIS Form 7020 (10-90) which may be used.)

COPY 1 – RETURN TO DEALER (Donor)