

December 13, 2016

*Via e-mail, first-class mail and certified mail return receipt requested*

Connie Braun Casey, President  
Missouri Primate Foundation  
12338 State Rd. CC  
Festus, MO 63028  
Chimparty@aol.com; Connie2me@aol.com

Andrew Sawyer  
8022 S. Rainbow Blvd., Unit 344  
Las Vegas, NV 89139-6477  
AndrewSawyer@cox.net

Re:   Retirement of Chimpanzees at Missouri Primate Foundation to Sanctuary

Dear Ms. Casey and Mr. Sawyer:

I am writing to follow-up on my letter of November 2, 2016, in which I informed you of PETA and Angela Scott's intent to file suit against Missouri Primate Foundation, Ms. Casey, Mr. Sawyer, and the owner(s) of chimpanzees Allie and Chloe, under the Endangered Species Act (ESA) unless the chimpanzees at the facility are placed in a reputable sanctuary or sanctuaries accredited by the Global Federation of Animal Sanctuaries (GFAS).

As described in my previous letter, PETA has secured placement and would arrange—at no cost to you—the transport and veterinary care necessary for the chimpanzees' relocation to an appropriate sanctuary with expert staff and state-of-the-art facilities, where they would be provided with large, complex environments that would give them the opportunity to engage in species-typical behavior.

Should you wish to transfer the chimpanzees to remedy the described ESA violations and avoid litigation, PETA hereby offers to connect you with the sanctuary director(s), including facilitating an in-person visit to the facility or facilities.

Recall that transferring the chimpanzees to another zoo or private party/facility absent a permit issued only for limited purposes, which does not include private ownership or public display, could lead to additional ESA violations.

Please share this correspondence with the owners of Allie and Chloe, or provide me with their identities and contact information. Please also contact me immediately to facilitate communication with the sanctuary director(s). If definitive plans to move the chimpanzees to an accredited sanctuary are not underway at the conclusion of the 60-day notice period—January 12, 2017—PETA and Ms. Scott are prepared to and will move forward with the costly and time-consuming litigation.

Very truly yours,

Jared Goodman  
Director of Animal Law  
2154 W. Sunset Blvd., Los Angeles, CA 90026  
323-210-2266 | JaredG@petaf.org

CC:   Lisa Harned, Secretary and Board Member  
        Dr. Doug Pernikoff, Board Member  
        Debbie Marshall, Board Member

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS FOUNDATION

Washington, D.C.  
1536 16th St. N.W.  
Washington, DC 20036  
202-483-PETA

Los Angeles  
2154 W. Sunset Blvd.  
Los Angeles, CA 90026  
323-644-PETA

Norfolk  
501 Front St.  
Norfolk, VA 23510  
757-622-PETA

Oakland  
554 Grand Ave.  
Oakland, CA 94610  
510-763-PETA

PETA FOUNDATION IS AN OPERATING NAME OF FOUNDATION TO SUPPORT ANIMAL PROTECTION.

AFFILIATES:
- PETA U.S.
- PETA Asia
- PETA India
- PETA France
- PETA Australia
- PETA Germany
- PETA Netherlands
- PETA Foundation (U.K.)