# Exhibit B

# ENVIRONMENTAL ENRICHMENT PROGRAM

USDA License #43-C- 0315
Connie Casey

Missouri primate Foundation
12338 HWY CC
Festus, MO 63028

### Psychological Enhancement

As part of an ongoing effort to provide all of our animals with an environment that is mentally and socially stimulating, we continue to implement new protocols that will provide environmental enrichment.

Most of our primate groups are housed in family groups separated by age, rank etc. All of our primate groups interact socially by playing and grooming each other, which is beneficial to all primate's mental stimulation and essential to their intellectual, very organized socially structured societies.

Our chimpanzees are separated into two or more groups: The adult group, which consists of an alpha male and two, sometimes three females who hold matriarch status. We also have a younger adult group and adolescent groups made up of one or two males and two or three females; we have made it so our groups are interchangeable, depending on different situations, i.e. females coming into estrus, pregnancy and the like. All of our adolescent groups are housed around the adult group(s) for the opportunity to witness breeding, childbearing, maternal/paternal care and the interaction of newborn infants. Our adolescent's benefit greatly from watching the older chimp group(s) socialize and it also enables them to learn social skills that will prepare them for adult-hood as well as integration into an adult group. These family groups are also consistent with those witnessed in the wild.

Our capuchins and macaques are also housed in groups, there are two capuchin troops comprised mostly of adult breeding females and males that range in age. However, in an effort to make sure all troops are compatible, we may have to change the groups around. Our macaques are in pairs; most of them are adult mates and have been together for a number of years. Because most of our pairs are close and are capable of producing off spring we try to keep them in their pairs as adding another member into the equation may not work out, especially if there is an infant. All of our monkeys are kept such that they are able to see and interact with the other troops; most of their enclosures have a high and low perch, a ladder and toys, etc. for exercise and enrichment. We also use food puzzles as well as other food sources for foraging. Having to "work" to get food stimulates their natural instincts and provides them with mental stimulation.

CASEY-00315

In addition to being housed in groups, all of our primates are given toys, clothing, blankets, and tools for foraging techniques as well as a variety of foods they love. We use food items such as raisins, nuts and popcorn hidden inside their enclosures or in special toys so they can forage, which provides them with hours of physical exercise and mental enrichment, too.

We also have both indoor and outdoor enclosures. Our indoor habitat's are spacious, painted with bright colors, and have many toys, mirrors, bars or poles to climb on and are layered with soft bedding. Our outdoor enclosures are habitats designed such that our primates are able to experience nature as they would in the wild. Most are equipped with hammocks to mimic nesting and several different apparatuses to climb and swing on, they also have access to grass, leaves and the sites and smells that nature provides.

Licensee X *Connie S Casey*

Vet pg. X *[signature]*