# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **MISSOURI PRIMATE FOUNDATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Plaintiffs and** | ) | |
| **Counterclaim Defendants,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:16-cv-02163** |
| | ) | |
| **PEOPLE FOR THE ETHICAL** | ) | |
| **TREATMENT OF ANIMALS, INC., et al.,** | ) | |
| | ) | |
| **Defendants and** | ) | |
| **Counterclaim Plaintiffs.** | ) | |

## [PROPOSED] ORDER

Before the Court is the Second Motion for an Order Compelling Discovery Against Counterclaim Defendant Connie Braun Casey ("Casey") brought by Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a Angela G. Cagnasso (together, "Plaintiffs") pursuant to Rules 26, 33, 36, and 37 of the Federal Rules of Civil Procedure. Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** as follows.

**IT IS ORDERED** that Casey's objections to Plaintiffs' First Requests for Admission to Counterclaim Defendant Connie Braun Casey Nos. 1-28 and 37 are overruled, and that Casey shall provide substantive responses within one week of the date of this Order;

**IT IS FURTHER ORDERED** that Casey's objections to Plaintiffs' First Interrogatories to Counterclaim Defendant Connie Braun Casey Nos. 4, 7, 10, 11, 12, 13, 14, 16, 17, 19, 20, and 21 are overruled, and that Casey shall provide substantive responses within one week of the date of this Order;

**IT IS FURTHER ORDERED** that Casey's objections to Plaintiffs' Second Requests for Admission to Counterclaim Defendant Connie Braun Casey Nos. 1-92 are overruled, and that Casey shall provide substantive responses within one week of the date of this Order;

**IT IS FURTHER ORDERED** that Casey shall pay Plaintiffs' costs and attorneys' fees relating to the motion to compel, and that Plaintiffs have 14 days from the date of the order granting this motion to file an affidavit detailing these attorneys' fees and costs.

Date: _____          _____
                                                CATHERINE D. PERRY
                                                UNITED STATES DISTRICT JUDGE