# Exhibit D

# Addison Lantz

**From:** Kristen Bonn <secretary@lawsaintlouis.com>
**Sent:** Friday, July 20, 2018 5:17 PM
**To:** Jared Goodman; Martina Bernstein
**Cc:** Brian Klar; Dan Batten
**Subject:** Casey v. PETA

**FOR SETTLEMENT PURPOSES ONLY**

Counselors,

As you know, Ms. Casey does not have the funds to continue defending against PETA's claims in this case. This includes continuing to pay for our representation. We have therefore been instructed by our client to conduct no other work on this case besides potentially settling this matter, including any discovery. If we cannot settle this matter, Ms. Casey is likely going to be representing herself for the remainder of the case.

In light of this, we are canceling the upcoming inspection so that we can focus on settling this matter. You have previously made a settlement offer that essentially provided that (1) Ms. Casey would agree to a consent judgment as to her alleged violation of the ESA and its regulations, and enjoining her from future violations and owning or possessing endangered chimpanzees in the future, (2) transferring her chimpanzees to a GFAS accredited sanctuary at PETA's selection, and (3) Ms. Casey would agree to transfer ownership and possession of all remaining exotic animals she owns to a facility of PETA's selection.

Ms. Casey is generally agreeable to the proposed terms. However, be advised that Ms. Casey no longer owns any other exotic animals. She has recently had to sell them in order to finance her defense of PETA's claims. Also, she is not going to agree not to own or possess exotic animals in the future. Not only is this term vague, it is irrelevant to PETA's claims and is a relief that PETA could not receive.

We request that you advise us by July 25, 2018, whether your clients are still willing to settle under the above proposed terms, not to include Ms. Casey's exotic animals (since she doesn't own any) or any injunction regarding her future possession of exotic animals.

Very Truly Yours,
Brian D. Klar
Attorney at Law
Klar, Izsak & Stenger, LLC
1505 S. Big Bend Blvd.
St. Louis, MO 63117
PH: 314-863-1117, Ext. 102
FX: 314-863-1118
e-mail: bklar@lawsaintlouis.com

IRS CIRCULAR 230 DISCLOSURE: In compliance with requirements imposed by the IRS relating to IRS Circular 230, this is to inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.

CONFIDENTIAL PRIVILEGED COMMUNICATION: The information contained in or attached to the above message is or may be confidential and subject to the attorney-client privilege as well as protection under the attorney work-product

doctrine. Such information is intended only for use by the individual or entity named as addressee above. If the reader of this message is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any reading, copying, duplication, dissemination, forwarding, distributing, or printing of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message, and thereafter delete it from your computer. Thank you. Klar, Izsak & Stenger, L.L.C.