# Exhibit F

# Addison Lantz

| | |
|---|---|
| **From:** | Martina Bernstein |
| **Sent:** | Friday, July 6, 2018 4:51 PM |
| **To:** | 'Dan Batten' |
| **Cc:** | Brian Klar; Jared Goodman; 'James Martin'; Martina Bernstein |
| **Subject:** | follow up re: OBJECTIONS AND RESPONSES TO COUNTERCLAIM PLAINTIFFS' SECOND REQUESTS FOR ADMISSION TO COUNTERCLAIM DEFENDANT CONNIE BRAUN CASEY. |

Dan:

This follows up on our conference regarding Casey's OBJECTIONS AND RESPONSES TO COUNTERCLAIM PLAINTIFFS' SECOND
REQUESTS FOR ADMISSION TO COUNTERCLAIM DEFENDANT CONNIE BRAUN CASEY.

We noted the failure of your client to comply with the requirement of Rule 36(a)(4) that "The answering party may assert lack of knowledge or information as a reason for failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny."

You agreed to let us know this coming Tuesday whether (and/or by when) your client will provide responses that comply with Rule 36(a)(4).

Martina Bernstein
Senior Litigation Counsel

PETA Foundation
1536 16th Street NW
Washington DC, 20036
T: 626.376.3744
F: 202.540.2208