UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) ) ) Case No. 4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) ) |

### [PROPOSED] ORDER

Before the Court is the Motion for an Order Compelling Inspection of Premises Against Counterclaim Defendant Connie Braun Casey ("Casey") brought by Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a Angela G. Cagnasso (together, "Plaintiffs") pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure. Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** as follows:

**IT IS ORDERED** that on or before August 31, 2018, Casey shall permit entry on land, pursuant to Plaintiffs' previously noticed and served Rule 34 Inspection Request (Exhibit A to Declaration of Jared Goodman);

**IT IS FURTHER ORDERED** that Casey shall pay Plaintiffs' costs and attorneys' fees relating to the motion to compel, and that Plaintiffs have 14 days from the date of the order granting this motion to file an affidavit detailing these attorneys' fees and costs; and

**IT IS FURTHER ORDERED** that Casey shall pay Plaintiffs' costs and fees associated

with Casey's "cancellation" of the previously noticed and served Rule 34 Inspection Request, and that Plaintiffs have 14 days from the date of the order granting this motion to file an affidavit detailing these fees and costs.

Date: _____  _____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE