# Exhibit E

# Jared Goodman

| | |
|---|---|
| **From:** | Martina Bernstein |
| **Sent:** | Friday, July 20, 2018 3:06 PM |
| **To:** | 'Kristen Bonn' |
| **Cc:** | Brian Klar; Dan Batten; Jared Goodman; 'jmartin@polsinelli.com'; Martina Bernstein |
| **Subject:** | PETA v. MPF - discovery will proceed as scheduled |
| | |
| **Importance:** | High |

Mr. Klar:

We will be providing a more fulsome response to your email below after conferring with our client. However, we respond immediately to make crystal clear that we expect <u>Defendant Casey to fully comply with her outstanding discovery obligations</u>, including complying with the inspection demand, that was validly served pursuant to Rule 34 more than one month ago to take place on a date that your co-counsel Mr. Batten provided. Defendant Casey has not moved for a protective order to quash the inspection, nor would there be any valid basis for doing so, and we intend to proceed as previously agreed upon. We are hereby putting you and your client on notice that we will seek all available relief, including costs, if Defendant Casey refuses to proceed with the inspection next week. We consider the attempted cancellation improper and of no effect.

We also note that there was no effort made to even confer, as required by the applicable rules of the court, which compounds this latest attempt to obstruct discovery.

Martina Bernstein
Senior Litigation Counsel

PETA Foundation
1536 16th Street NW
Washington DC, 20036
T: 626.376.3744
F: 202.540.2208

---

**From:** Kristen Bonn [mailto:secretary@lawsaintlouis.com]
**Sent:** Friday, July 20, 2018 2:17 PM
**To:** Jared Goodman ; Martina Bernstein
**Cc:** Brian Klar ; Dan Batten
**Subject:** Casey v. PETA

**FOR SETTLEMENT PURPOSES ONLY**

Counselors,

As you know, Ms. Casey does not have the funds to continue defending against PETA's claims in this case. This includes continuing to pay for our representation. We have therefore been instructed by our client to conduct no other work on this case besides potentially settling this matter, including any discovery. If we cannot settle this matter, Ms. Casey is likely going to be representing herself for the remainder of the case.

In light of this, we are canceling the upcoming inspection so that we can focus on settling this matter.



Very Truly Yours,

# Brian D. Klar

Attorney at Law
Klar, Izsak & Stenger, LLC
1505 S. Big Bend Blvd.
St. Louis, MO 63117
PH: 314-863-1117, Ext. 102
FX: 314-863-1118
e-mail: bklar@lawsaintlouis.com

IRS CIRCULAR 230 DISCLOSURE: In compliance with requirements imposed by the IRS relating to IRS Circular 230, this is to inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.

CONFIDENTIAL PRIVILEGED COMMUNICATION: The information contained in or attached to the above message is or may be confidential and subject to the attorney-client privilege as well as protection under the attorney work-product doctrine. Such information is intended only for use by the individual or entity named as addressee above. If the reader of this message is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any reading, copying, duplication, dissemination, forwarding, distributing, or printing of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message, and thereafter delete it from your computer. Thank you. Klar, Izsak & Stenger, L.L.C.

# Jared Goodman

| | |
|---|---|
| **From:** | Martina Bernstein |
| **Sent:** | Saturday, July 21, 2018 11:15 AM |
| **To:** | 'Brian Klar' |
| **Cc:** | Dan Batten; Jared Goodman; jmartin@polsinelli.com; Martina Bernstein |
| **Subject:** | RE: PETA v. MPF - discovery will proceed as scheduled |

Brian:

Even if Defendant Casey had moved for a protective order to stay discovery (and she has not, nor has any attempt been made by her counsel to comply with Local Rule 37-3.04), your personal subjective assessment that time and money spent on discovery is "unnecessar[y]" falls far short of demonstrating good cause. As far as I know there is no "pending settlement" for Plaintiff to "back out of," and your presumption to the contrary is spurious. We will not let your client put an offer on the table—no matter how insufficient—as cover for her continuing discovery obstruction.

It should go without saying that changing the inspection date will not only incur significant costs and burdens for the Plaintiffs and their experts (which your client has tellingly not offered to pay), it also unfairly prejudices the Plaintiffs' and their experts' ability to gather, prepare, and present evidence by the court ordered deadline for Plaintiffs' expert disclosures. Additionally, as you are aware, Casey already delayed the resolution of this case once, over the strong objection of the Plaintiffs. As we explained then, and reiterate now: whenever the mistreatment of animals is at issue in a case, delaying relief causes irreparable harm because the animals continue to suffer. Your cavalier suggestion that there is no prejudice does not withstand even the mildest scrutiny.

Martina Bernstein
Senior Litigation Counsel

PETA Foundation
1536 16th Street NW
Washington DC, 20036
T: 626.376.3744
F: 202.540.2208

---

**From:** Brian Klar [mailto:bklar@lawsaintlouis.com]
**Sent:** Friday, July 20, 2018 4:25 PM
**To:** Martina Bernstein
**Subject:** Re: PETA v. MPF - discovery will proceed as scheduled

I am literate, but thank you. We consider this matter to be at a point of clear resolution. No need for money and time to be expended unnecessarily. There is no imminent trial date. A 30 day delay in the inspection ( in the event you choose to back out of our pending settlement) will in no way prejudice your client. Moving forward with that inspection next week severely prejudices my client

Thanks.

Brian.

Sent from my iPhone

On Jul 20, 2018, at 6:10 PM, Martina Bernstein <MartinaB@petaf.org> wrote:

> Brian:
>
> Please see my "re" line below, highlighted for your convenience.
>
> Thank you.
>
> Martina Bernstein
> Senior Litigation Counsel
>
> PETA Foundation
> 1536 16th Street NW
> Washington DC, 20036
> T: 626.376.3744
> F: 202.540.2208
>
> **From:** Brian Klar [mailto:bklar@lawsaintlouis.com]
> **Sent:** Friday, July 20, 2018 4:06 PM
> **To:** Martina Bernstein <MartinaB@petaf.org>
> **Cc:** Kristen Bonn <secretary@lawsaintlouis.com>; Dan Batten <dbatten@lawsaintlouis.com>; Jared Goodman <JaredG@PetaF.org>; jmartin@polsinelli.com
> **Subject:** Re: PETA v. MPF - discovery will proceed ==as scheduled==
>
> No obstruction intended. We will gladly reschedule.
>
> Sent from my iPhone
>
> On Jul 20, 2018, at 5:05 PM, Martina Bernstein <MartinaB@petaf.org> wrote:
>
>> Mr. Klar:
>>
>> We will be providing a more fulsome response to your email below after conferring with our client. However, we respond immediately to make crystal clear that we expect <u>Defendant Casey to fully comply with her outstanding discovery obligations</u>, including complying with the inspection demand, that was validly served pursuant to Rule 34 more than one month ago to take place on a date that your co-counsel Mr. Batten provided. Defendant Casey has not moved for a protective order to quash the inspection, nor would there be any valid basis for doing so, and we intend to proceed as previously agreed upon. We are hereby putting you and your client on notice that we will seek all available relief, including costs, if Defendant Casey refuses to proceed with the inspection next week. We consider the attempted cancellation improper and of no effect.
>>
>> We also note that there was no effort made to even confer, as required by the applicable rules of the court, which compounds this latest attempt to obstruct discovery.

Martina Bernstein
Senior Litigation Counsel

PETA Foundation
1536 16th Street NW
Washington DC, 20036
T: 626.376.3744
F: 202.540.2208

**From:** Kristen Bonn [mailto:secretary@lawsaintlouis.com]
**Sent:** Friday, July 20, 2018 2:17 PM
**To:** Jared Goodman <JaredG@PetaF.org>; Martina Bernstein <MartinaB@petaf.org>
**Cc:** Brian Klar <bklar@lawsaintlouis.com>; Dan Batten <dbatten@lawsaintlouis.com>
**Subject:** Casey v. PETA

**FOR SETTLEMENT PURPOSES ONLY**

Counselors,

As you know, Ms. Casey does not have the funds to continue defending against PETA's claims in this case. This includes continuing to pay for our representation. We have therefore been instructed by our client to conduct no other work on this case besides potentially settling this matter, including any discovery. If we cannot settle this matter, Ms. Casey is likely going to be representing herself for the remainder of the case.

In light of this, we are canceling the upcoming inspection so that we can focus on settling this matter.



Very Truly Yours,

3

Brian D. Klar
Attorney at Law
Klar, Izsak & Stenger, LLC
1505 S. Big Bend Blvd.
St. Louis, MO 63117
PH: 314-863-1117, Ext. 102
FX: 314-863-1118
e-mail: bklar@lawsaintlouis.com

IRS CIRCULAR 230 DISCLOSURE: In compliance with requirements imposed by the IRS relating to IRS Circular 230, this is to inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.

CONFIDENTIAL PRIVILEGED COMMUNICATION: The information contained in or attached to the above message is or may be confidential and subject to the attorney-client privilege as well as protection under the attorney work-product doctrine. Such information is intended only for use by the individual or entity named as addressee above. If the reader of this message is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any reading, copying, duplication, dissemination, forwarding, distributing, or printing of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message, and thereafter delete it from your computer. Thank you. Klar, Izsak & Stenger, L.L.C.