# Exhibit G

**Jared Goodman**

---

**From:**          Brian Klar <bklar@lawsaintlouis.com>
**Sent:**          Tuesday, July 24, 2018 2:27 PM
**To:**            Jared Goodman; Martina Bernstein
**Cc:**            Dan Batten
**Subject:**       Confirmation of cancellation of 7/25 inspection

This will reconfirm the cancellation (subject to rescheduling) of the inspection of our client's facility previously scheduled for 7/25/18. Thank you.

Brian

Very Truly Yours,
Brian D. Klar
Attorney at Law
Klar, Izsak & Stenger, LLC
1505 S. Big Bend Blvd.
St. Louis, MO 63117
PH: 314-863-1117, Ext. 102
FX: 314-863-1118
e-mail: bklar@lawsaintlouis.com

IRS CIRCULAR 230 DISCLOSURE: In compliance with requirements imposed by the IRS relating to IRS Circular 230, this is to inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any matters addressed herein.

CONFIDENTIAL PRIVILEGED COMMUNICATION: The information contained in or attached to the above message is or may be confidential and subject to the attorney-client privilege as well as protection under the attorney work-product doctrine. Such information is intended only for use by the individual or entity named as addressee above. If the reader of this message is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any reading, copying, duplication, dissemination, forwarding, distributing, or printing of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message, and thereafter delete it from your computer. Thank you. Klar, Izsak & Stenger, L.L.C.