# Exhibit I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MISSOURI PRIMATE FOUNDATION, et al.,**<br><br>    Plaintiffs and Counterclaim Defendants;<br>v.<br><br>**PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al.,**<br><br>    Defendants and Counterclaim Plaintiffs. | **Case No. 4:16-cv-02163** |

## PLAINTIFF/COUNTERCLAIM DEFENDANT CONNIE BRAUN CASEY'S SECOND SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, counsel of record for Plaintiff/Counterclaim Defendant Connie Braun Casey ("Ms. Casey") hereby gives her second supplemental notice of the following disclosures based on the information reasonably available to her.

2. Copies, or a description by category and location, of all documents, electronically stored information, and tangible things in Ms. Casey's possession, custody or control, which Ms. Casey may use to support its claims or defenses, unless the use would be solely for impeachment:

**DISCLOSURE:**

Ms. Casey identifies the following documents and tangible things in Ms. Casey's possession, custody or control, which Ms. Casey may use to support her claims or defenses except for the sole purpose of impeachment:

a. Enclosures located at Ms. Casey's premises and all of the various and numerous enrichment items, tools, toys, feeding aids, devices, machines, electronic devices, and equipment located and/or used therein for the care, treatment, and enrichment of her chimpanzees that are the subject of the case, which change from day to day as a result of wear and tear, replacement, and otherwise supplemented as necessary and appropriate for the proper care of the chimpanzees.

b. Documents produced concurrently herewith reflecting statements made by and/or on behalf of and/or at the behest of Counterclaim Plaintiffs People for the Ethical Treatment of Animals, Inc. and/or Angela Scott.

c. Documents previously produced by Counterclaim Plaintiffs in their Rule 26 disclosures and responses to requests for production.

Dated this 26th day of June, 2018.

                Respectfully Submitted,

                KLAR, IZSAK & STENGER, L.L.C.

By:  /s/Daniel T. Batten
      BRIAN D. KLAR, #36430
      DANIEL T. BATTEN, #58810
      Attorneys for Co-Defendant
      1505 S. Big Bend Blvd.
      St. Louis, Missouri 63117
      Phone: 314-863-1117
      Fax: 314-863-1118
      Email: bklar@lawsaintlouis.com
             dbatten@lawsaintlouis.com

# CERTIFICATE OF SERVICE

I hereby certify that on **June 26, 2018**, the foregoing was served via email to the following:

POLSINELLI PC
KELLY J. MUENSTERMAN (#66968)
JAMES P. MARTIN (#50170)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
kmuensterman@polsinelli.com
jmartin@polsinelli.com

PETA FOUNDATION
JARED S. GOODMAN
(Admitted *Pro Hac Vice*)
2154 W. Sunset Blvd.
Los Angeles, CA 90032
323.210.2266
Fax No: 213.484.1648
*Attorneys for Defendant/Counterclaim Plaintiff*

Patrick J. Hanley, Esq.
214 E. Fourth Street
Covington, KY 41011
p.hanley@att.net
*Attorney for Plaintiff/Counterclaim Defendant Vito Stramaglia*

Missouri Primate Foundation
12338 State Road CC
Festus, MO 63028

Geordie Duckler
9397 SW Locust Street
Tigard, OR 97223
geordied@animallawpractice.com
*Attorneys for Plaintiff/Counterclaim Defendant Andrew Sawyer*

/s/ Daniel T. Batten