UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) | |
| v. | ) ) | Case No. 4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) | |
| Defendants and Counterclaim Plaintiffs. | ) ) | |

**COUNTERCLAIM PLAINTIFFS'
MOTION TO COMPEL THE DEPOSITION OF
<u>COUNTERCLAIM DEFENDANT CONNIE BRAUN CASEY</u>**

Pursuant to Rules 26, 30, and 37 of the Federal Rules of Civil Procedure, Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a Angela G. Cagnasso (together, "Plaintiffs") hereby move for an order compelling Counterclaim Defendant Connie Braun Casey ("Casey") to appear for deposition. In support of this motion, Plaintiffs' state as follows:

1. On July 6, 2018, Plaintiffs served a notice for Casey to appear for deposition on August 8, at the offices of her attorneys. (Exhibit A to Declaration of Martina Bernstein ("Bernstein Decl.")) Both the date and the location were negotiated and agreed to in advance by Casey's counsel. (Bernstein Decl. ¶ 2.)

2. On July 20, Casey's counsel informed Plaintiffs' counsel that they had been instructed by Casey "to conduct no other work on this case besides potentially settling this matter, including any discovery." (*Id.* ¶ 3.) During the ensuing days, however, after Plaintiffs

rejected Casey's inadequate settlement proposal, Casey's counsel made no further efforts to pursue settlement negotiations. (*Id.*)

3. Indeed, when Plaintiffs' counsel Martina Bernstein scheduled a conference pursuant to Local Rule 37-3.04 to discuss Casey's upcoming deposition and other discovery matters, at a date and time provided by Casey's counsel (Monday, July 30, at 2 p.m.), Casey's counsel failed to participate and appeared to have no further time to devote to this matter. (*Id.*)

4. Notwithstanding several requests by Ms. Bernstein, Casey's counsel offered no further dates and times for conferring. (*Id.* ¶ 4.)

5. Given Casey's counsel's unwillingness or inability to confer by telephone, in an abundance of caution, on July 30, Plaintiffs' counsel wrote to confirm whether Casey's duly noticed deposition would still proceed as scheduled. (*Id.* ¶ 5.) Casey's counsel Brian Klar responded on July 31, "The depo will NOT proceed as scheduled." (*Id.*) As apparent justification for the unilateral cancellation, Mr. Klar made another cryptic reference to "possibilities of settlement," but still made no actual attempts to pursue any settlement negotiations. (*Id.* ¶ 6.)

6. Mr. Klar also failed to respond to several requests from Plaintiffs' counsel to even schedule a conference—and he proposed no date in the future by which their client would appear for deposition. (*Id.*)

**WHEREFORE,** Plaintiffs respectfully request that the Court enter an Order in the form submitted herewith,

**ORDERING** Casey to appear for deposition no later than one week from the date of the order and warning Casey that she will suffer a default judgment if she continues to obstruct discovery; and

**GRANTING** Plaintiffs an award of costs and attorneys' fees relating to the motion to

compel; and

**GRANTING** that Plaintiffs have 14 days from the date of the Order granting this motion to file an affidavit detailing these fees and costs.

Dated: August 1, 2018                    Respectfully submitted,

/s/ Martina Bernstein
MARTINA BERNSTEIN (#230505CA)
PETA Foundation
1536 16th St. NW
Washington, DC 20036
202.483.7382
Fax No: 202.540.2208
martinab@petaf.org

JARED S. GOODMAN (#1011876DC)
(Admitted *pro hac vice*)
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90032
323.210.2266
Fax No: 213.484.1648
jaredg@petaf.org

POLSINELLI PC
JAMES P. MARTIN (#50170)
KELLY J. MUENSTERMAN (#66968)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
jmartin@polsinelli.com

*Attorneys for Defendants/
Counterclaim Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 1, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

Brian Klar, bklar@lawsaintlouis.com
Daniel T. Batten, dbatten@lawsaintlouis.com
*Attorneys for Plaintiff/Counterclaim Defendant Connie Braun Casey*

Geordie Duckler, geordied@animallawpractice.com
*Attorney for Plaintiff/Counterclaim Defendant Andrew Sawyer*

Patrick Hanley, p.hanley@att.net
*Attorney for Plaintiff/Counterclaim Defendant Vito Stramaeglia*

And was served by regular mail on the following:

Missouri Primate Foundation
c/o Connie Braun Casey
12338 State Rd. CC
Festus, MO 63028


/s/ Jared S. Goodman