# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) Case No. 4:16-cv-02163 ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) |

## [PROPOSED] ORDER

Before the Court is the Motion to Compel the Deposition of Counterclaim Defendant Connie Braun Casey ("Casey") brought by Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a Angela G. Cagnasso (together, "Plaintiffs") pursuant to Rules 26, 30, and 37 of the Federal Rules of Civil Procedure. Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** as follows:

**IT IS ORDERED** that within one week of the entry of this Order, Casey shall appear for deposition at the offices of Plaintiffs' counsel at 100 S. Fourth Street, Suite 1000, St. Louis, MO 63102. Casey is hereby put on notice that she may suffer a default judgment if she continues to obstruct discovery, including by instructing her counsel of record not to perform work relating to discovery.

**IT IS FURTHER ORDERED** that Casey shall pay Plaintiffs' costs and attorneys' fees relating to the motion to compel, and that Plaintiffs have 14 days from the date of the order granting this motion to file an affidavit detailing these attorneys' fees and costs.

Date: _____  _____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE