# Exhibit A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MISSOURI PRIMATE FOUNDATION,** et al., | ) ) ) | |
|     **Plaintiffs and**     **Counterclaim Defendants,** | ) ) ) | |
| v. | ) ) | Case No. 4:16-cv-02163 |
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al.,** | ) ) ) | |
|     **Defendants and**     **Counterclaim Plaintiffs.** | ) ) | |

**AMENDED NOTICE OF DEPOSITION OF CONNIE BRAUN CASEY**

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott, will take the deposition by oral examination of Counterclaim Defendant Connie Braun Casey on Wednesday, August 8, 2018, beginning at 9:00 a.m. The deposition will take place at the offices of Klar, Izsak & Stenger, LLC, 1505 S. Big Bend Blvd., St. Louis, Missouri 63117.

Pursuant to Rule 28 of the Federal Rules of Civil Procedure, the deposition will be taken before an officer authorized to administer oaths either by federal law or by the law in the place of examination. It will be recorded by stenographic means and it will be taken for the purpose of discovery and for use in this action.

Dated: July 6, 2018                                       Respectfully submitted,

                                                                            /s/ Jared S. Goodman
                                                                            JARED S. GOODMAN (#1011876DC)

(Admitted *pro hac vice*)
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90032
323.210.2266
Fax No: 213.484.1648
jaredg@petaf.org

MARTINA BERNSTEIN (#230505CA)
PETA Foundation
1536 16th St. NW
Washington, DC 20036
202.483.7382
Fax No: 202.540.2208
martinab@petaf.org

POLSINELLI PC
JAMES P. MARTIN (#50170)
KELLY J. MUENSTERMAN (#66968)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
jmartin@polsinelli.com

*Attorneys for Defendants/*
*Counterclaim Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that on July 6, 2018, the foregoing notice of deposition was served by electronic mail and regular mail as follows:

Geordie Duckler, geordied@animallawpractice.com
*Attorney for Plaintiff/Counterclaim Defendant Andrew Sawyer*

Brian Klar, bklar@lawsaintlouis.com
Daniel T. Batten, dbatten@lawsaintlouis.com
*Attorneys for Plaintiff/Counterclaim Defendant Connie Braun Casey*

Patrick J. Hanley, p.hanley@att.net
*Attorney for Plaintiff/Counterclaim Defendant Vito Stramaglia*

Missouri Primate Foundation
c/o Connie Braun Casey
12338 State Rd. CC
Festus, MO 63028

/s/ Jared Goodman