# Exhibit A

1            UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF MISSOURI

3                  EASTERN DIVISION

4

5    MISSOURI PRIMATE FOUNDATION,        )
     et al.,                             )
6                                        )
                 Plaintiffs and          )
7                Counterclaim Defendants,)
                                         )Case No.
8           vs.                          )4:16-cv-02163
                                         )
9    PEOPLE FOR THE ETHICAL TREATMENT    )
     OF ANIMALS, INC., et al.,           )
10                                       )
                 Defendants and          )
11               Counterclaim Plaintiffs.)
     _____)
12

13              DEPOSITION OF ANDREW SAWYER

14                 Los Angeles, California

15                 Friday, July 13, 2018

16                      VOLUME I

17

18

19

20

21   Reported by:

22   RENEE D. ZEPEZAUER, RPR, CRR

23   CSR No. 6275

24   JOB No. 2946092

25   PAGES 1 - 73

                   Veritext Legal Solutions
                      866 299-5127

```
 1    this one conversation with Mr. Duckler -- excuse me, you
 2    didn't say one conversation.  You've only spoken with
 3    Mr. Duckler?
 4         A    Yes.
 5         Q    So you received plaintiffs' notice of intent to
 6    sue letter; correct?
 7              MR. DUCKLER:  I will object to the question on
 8    the grounds of the deponent's constitutional rights
 9    against self-incrimination.
10    BY MR. GOODMAN:
11         Q    Mr. Sawyer, are you going to follow your
12    attorney's instruction not to answer the question?
13              MR. DUCKLER:  I actually -- to correct the
14    record, I didn't instruct him at all or to not answer.
15    I think maybe Mr. Sawyer wants to say something after I
16    said my objection.
17              MR. GOODMAN:  Thank you.
18              THE WITNESS:  Yes.  I refuse to answer the
19    question pursuant to my constitutional right against
20    self-incrimination.
21    BY MR. GOODMAN:
22         Q    Are you apprehending a risk of criminal
23    prosecution resulting from an answer to my questions?
24              MR. DUCKLER:  I'm going to object to the
25    question on the grounds of the deponent's constitutional
```

Veritext Legal Solutions
866 299-5127

1    rights against self-incrimination.

2            THE WITNESS:  I refuse to answer the question

3    pursuant to my constitutional right against

4    self-incrimination.

5    BY MR. GOODMAN:

6        Q    Do you believe that responding to my question

7    would provide a link in the chain of evidence needed to

8    prosecute you for a federal crime?

9            MR. DUCKLER:  I will object to the question on

10   the grounds of the deponent's constitutional rights

11   against self-incrimination.

12           THE WITNESS:  I refuse to answer the question

13   pursuant to my constitutional right against

14   self-incrimination.

15   BY MR. GOODMAN:

16       Q    Mr. Sawyer, do you believe that responding to

17   my question would give the Federal Government an

18   inventory of a source of potentially incriminating

19   evidence?

20           MR. DUCKLER:  I will object to the question on

21   the grounds of the deponent's constitutional rights

22   against self-incrimination.

23           THE WITNESS:  I refuse to answer the question

24   pursuant to my constitutional right against

25   self-incrimination.

Veritext Legal Solutions
866 299-5127

```
 1    BY MR. GOODMAN:

 2        Q    Mr. Sawyer, through your counsel you

 3    represented to the Court that there are instances in

 4    civil matters where the criminal liability of a party

 5    might manifest, and accusations by activist

 6    organizations under the Endangered Species Act 16 USC

 7    Section 1540, et seq. against other private citizens

 8    form a classic example.

 9            Please identify all such instances of which you

10    are aware.

11            MR. DUCKLER:  I will object to the question on

12    the grounds of the deponent's constitutional rights

13    against self-incrimination.

14            THE WITNESS:  I refuse to answer the question

15    pursuant to my constitutional right against

16    self-incrimination.

17    BY MR. GOODMAN:

18        Q    So you also represented to the Court that

19    information demanded of defendants in a civil ESA case,

20    excuse me, Endangered Species Act case, which I may

21    refer to from time to time as the ESA as a shorthand, is

22    almost guaranteed to later be used against them in some

23    fashion in a separate yet related criminal case.

24            Do you have any information to back up that

25    claim?
```

Veritext Legal Solutions
866 299-5127

1          MR. DUCKLER:  I will object to the question on

2    the grounds of the deponent's constitutional rights

3    against self-incrimination.

4          THE WITNESS:  I refuse to answer the question

5    pursuant to my constitutional right against

6    self-incrimination.

7    BY MR. GOODMAN:

8      Q   So these alleged fears of prosecution if you

9    reveal Joey's location, which your lawyer asserted on

10   your behalf, you're not going to provide any evidence

11   that this is a real concern that you individually have?

12         MR. DUCKLER:  I will object to the question on

13   the grounds of the deponent's constitutional rights

14   against self-incrimination.

15         THE WITNESS:  I refuse to answer the question

16   pursuant to my constitutional right against

17   self-incrimination.

18   BY MR. GOODMAN:

19     Q   You certainly didn't have those fears when you

20   sued PETA and Ms. Scott; correct?

21         MR. DUCKLER:  I will object to the question on

22   the grounds of the deponent's constitutional rights

23   against self-incrimination.

24         THE WITNESS:  I refuse to answer the question

25   pursuant to my constitutional right against self

1    incrimination.

2    BY MR. GOODMAN:

3        Q    In fact, you requested that the Court determine

4    that Joey's conditions did not violate the Endangered

5    Species Act; is that right?

6            MR. DUCKLER:  I will object to the question on

7    the grounds of the deponent's constitutional rights

8    against self-incrimination.

9            THE WITNESS:  I refuse to answer the question

10   pursuant to my constitutional right against

11   self-incrimination.

12   BY MR. GOODMAN:

13       Q    All right.  Mr. Sawyer, from 2015 at least

14   through the present you were and are the legal owner of

15   Joey; is that right?

16           MR. DUCKLER:  I will object to the question on

17   the grounds of the deponent's constitutional rights

18   against self-incrimination.

19           THE WITNESS:  I refuse to answer the question

20   pursuant to my constitutional right against

21   self-incrimination.

22   BY MR. GOODMAN:

23       Q    As of November, 2016, Joey was confined at the

24   facilities of the Missouri Primate Foundation; is that

25   right?

```
 1          MR. DUCKLER:  I will object to the question on

 2    the grounds of the deponent's constitutional rights

 3    against self-incrimination.

 4          THE WITNESS:  I refuse to answer the question

 5    pursuant to my constitutional right against

 6    self-incrimination.

 7    BY MR. GOODMAN:

 8    Q    While Joey was at the Primate Foundation he was

 9    housed in an enclosure by himself; right?

10          MR. DUCKLER:  I will object to the question on

11    the grounds of the deponent's constitutional rights

12    against self-incrimination.

13          THE WITNESS:  I refuse to answer the question

14    pursuant to my constitutional right against

15    self-incrimination.

16    BY MR. GOODMAN:

17    Q    Mr. Sawyer, would you agree that during the

18    time Joey was at the Missouri Primate Foundation the

19    manner in which he was held there failed to meet his

20    basic physiological needs?

21          MR. DUCKLER:  I will object to the question on

22    the grounds of the deponent's constitutional rights

23    against self-incrimination.

24          THE WITNESS:  I refuse to answer the question

25    pursuant to my constitutional right against
```

Veritext Legal Solutions
866 299-5127

1    self-incrimination.

2    BY MR. GOODMAN:

3        Q    And the failure to meet Joey's basic

4    physiological needs caused Joey harassment and harm as

5    those terms are defined -- used in the Endangered

6    Species Act and defined by regulation.

7            MR. DUCKLER:  I will object to the question on

8    the grounds of the deponent's constitutional rights

9    against self-incrimination.

10           THE WITNESS:  I refuse to answer the question

11   pursuant to my constitutional right against

12   self-incrimination.

13   BY MR. GOODMAN:

14       Q    Presently, the manner in which Joey is being

15   held fails to meet his basic physiological needs;

16   correct?

17           MR. DUCKLER:  I will object to the question on

18   the grounds of the deponent's constitutional rights

19   against self-incrimination.

20           THE WITNESS:  I refuse to answer the question

21   pursuant to my constitutional right against

22   self-incrimination.

23   BY MR. GOODMAN:

24       Q    And the present failure to meet Joey's basic

25   physiological needs causes Joey harassment and harm as

Veritext Legal Solutions
866 299-5127

```
1    those terms are used in the Endangered Species Act and
2    defined by regulation?
3              MR. DUCKLER:  Is that a question?  I didn't
4    understand the question part of it.
5              MR. GOODMAN:  Yes.  I intended my tone to go up
6    at the end signifying a question mark.  I will ask that
7    question again.
8         Q    And the present failure to meet Joey's basic
9    physiological needs causes Joey harassment and harm as
10   those terms are used in the Endangered Species Act and
11   defined by regulation; is that correct?
12             MR. DUCKLER:  I will object to the question on
13   the grounds of the deponent's constitutional rights
14   against self-incrimination.
15             THE WITNESS:  I refuse to answer the question
16   pursuant to my constitutional right against
17   self-incrimination.
18   BY MR. GOODMAN:
19        Q    Would you agree that during the time that Joey
20   was held at Missouri Primate Foundation the manner in
21   which he was held failed to meet his basic behavioral
22   needs?
23             MR. DUCKLER:  I will object to the question on
24   the grounds of the deponent's constitutional rights
25   against self-incrimination.
```

Veritext Legal Solutions
866 299-5127

```
 1              THE WITNESS:  I refuse to answer the question
 2     pursuant to my constitutional right against
 3     self-incrimination.
 4     BY MR. GOODMAN:
 5        Q    And the failure to meet Joey's basic behavioral
 6     needs caused Joey harassment and harm as those terms are
 7     used in the Endangered Species Act and defined by
 8     regulation; correct?
 9              MR. DUCKLER:  I will object to the question on
10     the grounds of the deponent's constitutional rights
11     against self-incrimination.
12              THE WITNESS:  I refuse to answer the question
13     pursuant to my constitutional right against
14     self-incrimination.
15     BY MR. GOODMAN:
16        Q    Mr. Sawyer, presently the manner in which Joey
17     is being held failed to meet his basic behavioral needs;
18     is that right?
19              MR. DUCKLER:  I will object to the question on
20     the grounds of the deponent's constitutional rights
21     against self-incrimination.
22              THE WITNESS:  I refuse to answer the question
23     pursuant to my constitutional right against
24     self-incrimination.
25     //
```

Veritext Legal Solutions
866 299-5127

```
1    BY MR. GOODMAN:

2        Q    And the present failure to meet Joey's basic

3    behavioral needs causes Joey harassment and harm as

4    those terms are used in the Endangered Species Act and

5    defined by regulation; right?

6              MR. DUCKLER:  I will object to the question on

7    the grounds of the deponent's constitutional rights

8    against self-incrimination.

9              THE WITNESS:  I refuse to answer the question

10   pursuant to my constitutional right against

11   self-incrimination.

12   BY MR. GOODMAN:

13       Q    Would you agree that during the time that Joey

14   was at the Missouri Primate Foundation the manner in

15   which he was held failed to meet his basic psychological

16   needs?

17             MR. DUCKLER:  I will object to the question on

18   the grounds of the deponent's constitutional rights

19   against self-incrimination.

20             THE WITNESS:  I refuse to answer the question

21   pursuant to my constitutional right against

22   self-incrimination.

23   BY MR. GOODMAN:

24       Q    And the failure to meet Joey's basic

25   psychological needs caused Joey harassment and harm as
```

1  those terms are used in the Endangered Species Act and

2  defined by regulation; correct?

3          MR. DUCKLER:  I will object to the question on

4  the grounds of the deponent's constitutional rights

5  against self-incrimination.

6          THE WITNESS:  I refuse to answer the question

7  pursuant to my constitutional right against

8  self-incrimination.

9  BY MR. GOODMAN:

10     Q    Mr. Sawyer, presently the manner in which Joey

11  is held fails to meet his basic psychological needs;

12  right?

13          MR. DUCKLER:  I will object to the question on

14  the grounds of the deponent's constitutional rights

15  against self-incrimination.

16          THE WITNESS:  I refuse to answer the question

17  pursuant to my constitutional right against

18  self-incrimination.

19  BY MR. GOODMAN:

20     Q    And the present failure to meet Joey's basic

21  psychological needs causes Joey harassment and harm as

22  those terms are used in the Endangered Species Act and

23  defined by regulation; is that right?

24          MR. DUCKLER:  I will object to the question on

25  the grounds of the deponent's constitutional rights

1  against self-incrimination.

2          THE WITNESS:  I refuse to answer the question

3  pursuant to my constitutional right against

4  self-incrimination.

5  BY MR. GOODMAN:

6      Q    Would you agree that during the time Joey was

7  at Missouri Primate Foundation the manner in which Joey

8  was held failed to meet his basic needs for enrichment?

9          MR. DUCKLER:  I will object to the question on

10  the grounds of the deponent's constitutional rights

11  against self-incrimination.

12          THE WITNESS:  I refuse to answer the question

13  pursuant to my constitutional right against

14  self-incrimination.

15  BY MR. GOODMAN:

16      Q    And the failure to meet Joey's basic need for

17  enrichment caused Joey harassment and harm as those

18  terms are used in the Endangered Species Act and defined

19  by regulation; right?

20          MR. DUCKLER:  I will object to the question on

21  the grounds of the deponent's constitutional rights

22  against self-incrimination.

23          THE WITNESS:  I refuse to answer the question

24  pursuant to my constitutional right against

25  self-incrimination.

BY MR. GOODMAN:

Q    Mr. Sawyer, presently the manner in which Joey is being held fails to meet his basic needs for enrichment; right?

MR. DUCKLER:  I will object to the question on the grounds of the deponent's constitutional rights against self-incrimination.

THE WITNESS:  I refuse to answer the question pursuant to my constitutional right against self-incrimination.

BY MR. GOODMAN:

Q    And you agree, don't you, that the present failure to meet Joey's basic needs for enrichment causes Joey harassment and harm as those terms are used in the Endangered Species Act and defined by regulation?

MR. DUCKLER:  I will object to the question on the grounds of the deponent's constitutional rights against self-incrimination.

THE WITNESS:  I refuse to answer the question pursuant to my constitutional right against self-incrimination.

BY MR. GOODMAN:

Q    Mr. Sawyer, would you agree that during the time that Joey was at Missouri Primate Foundation the manner in which Joey was held failed to meet his minimum

Veritext Legal Solutions
866 299-5127

```
 1    needs for space?
 2           MR. DUCKLER:  I will object to the question on
 3    the grounds of the deponent's constitutional rights
 4    against self-incrimination.
 5           THE WITNESS:  I refuse to answer the question
 6    pursuant to my constitutional right against
 7    self-incrimination.
 8    BY MR. GOODMAN:
 9       Q    And the failure to meet Joey's minimum needs
10    for space caused Joey harassment and harm as those terms
11    are used in the Federal Endangered Species Act and
12    defined by regulation; correct?
13           MR. DUCKLER:  I will object to the question on
14    the grounds of the deponent's constitutional rights
15    against self-incrimination.
16           THE WITNESS:  I refuse to answer the question
17    pursuant to my constitutional right against
18    self-incrimination.
19    BY MR. GOODMAN:
20       Q    Presently, the manner in which Joey is being
21    held fails to meet his minimum needs for space; is that
22    right?
23           MR. DUCKLER:  I will object to the question on
24    the grounds of the deponent's constitutional rights
25    against self-incrimination.
```

```
 1              THE WITNESS:  I refuse to answer the question

 2      pursuant to my constitutional right against

 3      self-incrimination.

 4      BY MR. GOODMAN:

 5          Q    And the present failure to meet Joey's minimum

 6      needs for space causes him harassment and harm as those

 7      terms are used in the Endangered Species Act and defined

 8      by regulation; right?

 9              MR. DUCKLER:  I will object to the question on

10      the grounds of the deponent's constitutional rights

11      against self-incrimination.

12              THE WITNESS:  I refuse to answer the question

13      pursuant to my constitutional right against

14      self-incrimination.

15      BY MR. GOODMAN:

16          Q    Would you agree that during the time Joey was

17      at the Missouri Primate Foundation the conditions in

18      which he was held were unsanitary?

19              MR. DUCKLER:  I will object to the question on

20      the grounds of the deponent's constitutional rights

21      against self-incrimination.

22              THE WITNESS:  I refuse to answer the question

23      pursuant to my constitutional right against

24      self-incrimination.

25      //
```

Veritext Legal Solutions
866 299-5127

1    BY MR. GOODMAN:

2        Q    And by keeping Joey in unsanitary conditions it

3    caused harassment and harm to Joey as those terms are

4    used in the Endangered Species Act and defined by

5    regulation; is that right?

6             MR. DUCKLER:  I will object to the question on

7    the grounds of the deponent's constitutional rights

8    against self-incrimination.

9             THE WITNESS:  I refuse to answer the question

10   pursuant to my constitutional right against

11   self-incrimination.

12   BY MR. GOODMAN:

13       Q    Presently the conditions in which Joey is held

14   are unsanitary; correct?

15            MR. DUCKLER:  I will object to the question on

16   the grounds of the deponent's constitutional rights

17   against self-incrimination.

18            THE WITNESS:  I refuse to answer the question

19   pursuant to my constitutional right against

20   self-incrimination.

21   BY MR. GOODMAN:

22       Q    And presently keeping Joey in unsanitary

23   conditions causes harassment and/or harm to Joey as

24   those terms are used in the Endangered Species Act and

25   defined by regulation; correct?

Veritext Legal Solutions
866 299-5127

1          MR. DUCKLER:  I will object to the question on

2     the grounds of the deponent's constitutional rights

3     against self-incrimination.

4          THE WITNESS:  I refuse to answer the question

5     pursuant to my constitutional right against

6     self-incrimination.

7     BY MR. GOODMAN:

8     Q     Mr. Sawyer, would you agree that during the

9     time that Joey was at the Missouri Primate Foundation he

10    was not provided with appropriate veterinary care?

11         MR. DUCKLER:  I will object to the question on

12    the grounds of the deponent's constitutional rights

13    against self-incrimination.

14         THE WITNESS:  I refuse to answer the question

15    pursuant to my constitutional right against

16    self-incrimination.

17    BY MR. GOODMAN:

18    Q     And do you agree, correct, that the failure to

19    provide Joey with appropriate veterinary care caused him

20    harassment and harm as those terms are used in the

21    Endangered Species Act and defined by regulation?

22         MR. DUCKLER:  I will object to the question on

23    the grounds of the deponent's constitutional rights

24    against self-incrimination.

25         THE WITNESS:  I refuse to answer the question

Veritext Legal Solutions
866 299-5127

1    pursuant to my constitutional right against

2    self-incrimination.

3    BY MR. GOODMAN:

4        Q     Presently Joey is not provided with appropriate

5    veterinary care, is he?

6            MR. DUCKLER:  I will object to the question on

7    the grounds of the deponent's constitutional rights

8    against self-incrimination.

9            THE WITNESS:  I refuse to answer the question

10   pursuant to my constitutional right against

11   self-incrimination.

12   BY MR. GOODMAN:

13       Q     And the present failure to provide Joey with

14   appropriate veterinary care causes Joey harm and/or

15   harassment as those terms are used in the Endangered

16   Species Act and defined by regulation; correct?

17           MR. DUCKLER:  I will object to the question on

18   the grounds of the deponent's constitutional rights

19   against self-incrimination.

20           THE WITNESS:  I refuse to answer the question

21   pursuant to my constitutional right against

22   self-incrimination.

23   BY MR. GOODMAN:

24       Q     Would you agree that during the time that Joey

25   was at the Missouri Primate Foundation he was not

1    provided with a wholesome and nutritious diet?
2              MR. DUCKLER:  I will object to the question on
3    the grounds of the deponent's constitutional rights
4    against self-incrimination.
5              THE WITNESS:  I refuse to answer the question
6    pursuant to my constitutional right against
7    self-incrimination.
8    BY MR. GOODMAN:
9         Q    And the failure to provide Joey with a
10   wholesome and nutritious diet caused him harassment
11   and/or harm as those terms are used in the Endangered
12   Species Act and defined by regulation; correct?
13             MR. DUCKLER:  I will object to the question on
14   the grounds of the deponent's constitutional rights
15   against self-incrimination.
16             THE WITNESS:  I refuse to answer the question
17   pursuant to my constitutional right against
18   self-incrimination.
19   BY MR. GOODMAN:
20        Q    Presently Joey is not provided with a wholesome
21   and nutritious diet; correct?
22             MR. DUCKLER:  I will object to the question on
23   the grounds of the deponent's constitutional rights
24   against self-incrimination.
25             THE WITNESS:  I refuse to answer the question

Veritext Legal Solutions
866 299-5127

1    pursuant to my constitutional right against
2    self-incrimination.
3    BY MR. GOODMAN:
4        Q    And the present failure to provide Joey with a
5    wholesome and nutritious diet causes Joey harassment
6    and/or harm and those terms are used in the Endangered
7    Species Act and defined by regulation; correct?
8            MR. DUCKLER:  I will object to the question on
9    the grounds of the deponent's constitutional rights
10   against self-incrimination.
11           THE WITNESS:  I refuse to answer the question
12   pursuant to my constitutional right against
13   self-incrimination.
14   BY MR. GOODMAN:
15       Q    Would you agree that during the time that Joey
16   was at the Missouri Primate Foundation he did not have
17   an adequate opportunity to engage in social relations
18   with other members of his species?
19           MR. DUCKLER:  I will object to the question on
20   the grounds of the deponent's constitutional rights
21   against self-incrimination.
22           THE WITNESS:  I refuse to answer the question
23   pursuant to my constitutional right against
24   self-incrimination.
25   //

                        Veritext Legal Solutions
                              866 299-5127

```
 1   BY MR. GOODMAN:

 2       Q    And the failure to provide Joey with an

 3   adequate opportunity to engage in social relations with

 4   other members of his species caused him harm and/or

 5   harassment as those terms are used in the Endangered

 6   Species Act and defined by regulation; correct?

 7            MR. DUCKLER:  I will object to the question on

 8   the grounds of the deponent's constitutional rights

 9   against self-incrimination.

10            THE WITNESS:  I refuse to answer the question

11   pursuant to my constitutional right against

12   self-incrimination.

13   BY MR. GOODMAN:

14       Q    Presently Joey does not have an adequate

15   opportunity to engage in social relations with other

16   members of his species; correct?

17            MR. DUCKLER:  I will object to the question on

18   the grounds of the deponent's constitutional rights

19   against self-incrimination.

20            THE WITNESS:  I refuse to answer the question

21   pursuant to my constitutional right against

22   self-incrimination.

23   BY MR. GOODMAN:

24       Q    And the present failure to provide Joey with an

25   adequate opportunity to engage in social relations with
```

Veritext Legal Solutions
866 299-5127

1  other members of his species causes him harm and/or

2  harassment as those terms are used in the Endangered

3  Species Act and defined by regulation; right?

4        MR. DUCKLER:  I will object to the question on

5  the grounds of the deponent's constitutional rights

6  against self-incrimination.

7        THE WITNESS:  I refuse to answer the question

8  pursuant to my constitutional right against

9  self-incrimination.

10  BY MR. GOODMAN:

11     Q    During the time Joey was confined at the

12  Missouri Primate Foundation he was confined in a manner

13  that significantly impaired his normal behavioral

14  pattern; is that right?

15        MR. DUCKLER:  I will object to the question on

16  the grounds of the deponent's constitutional rights

17  against self-incrimination.

18        THE WITNESS:  I refuse to answer the question

19  pursuant to my constitutional right against

20  self-incrimination.

21  BY MR. GOODMAN:

22     Q    Presently Joey is confined in a manner that

23  significantly impairs his normal behavioral patterns; is

24  that right?

25        MR. DUCKLER:  I will object to the question on

Veritext Legal Solutions
866 299-5127

1    the grounds of the deponent's constitutional rights

2    against self-incrimination.

3           THE WITNESS:  I refuse to answer the question

4    pursuant to my constitutional right against

5    self-incrimination.

6    BY MR. GOODMAN:

7      Q    Mr. Sawyer's, if Joey's present conditions

8    continue unabated, he will likely suffer future physical

9    and psychological harm; is that right?

10           MR. DUCKLER:  I will object to the question on

11    the grounds of the deponent's constitutional rights

12    against self-incrimination.

13           THE WITNESS:  I refuse to answer the question

14    pursuant to my constitutional right against

15    self-incrimination.

16           MS. BERNSTEIN:  Can we go off the record a

17    second?

18           MR. DUCKLER:  If you're asking me, that's fine.

19    It's not my deposition.  Sure.

20           MS. BERNSTEIN:  Let's go off the record and

21    take a short break.

22           (Recess.)

23    BY MR. GOODMAN:

24      Q    All right.  Mr. Sawyer, you received

25    plaintiff's notice of intent to sue letter; correct?

```
 1              MR. DUCKLER:  I will object to the question on
 2    the grounds of the deponent's constitutional rights
 3    against self-incrimination.
 4              THE WITNESS:  I refuse to answer the question
 5    pursuant to my constitutional right against
 6    self-incrimination.
 7    BY MR. GOODMAN:
 8         Q    And you received this letter which was attached
 9    to your Complaint as Exhibit A in November of 2016;
10    correct?
11              MR. DUCKLER:  I will object to the question on
12    the grounds of the deponent's constitutional rights
13    against self-incrimination.
14              THE WITNESS:  I refuse to answer the question
15    pursuant to my constitutional right against
16    self-incrimination.
17    BY MR. GOODMAN:
18         Q    What did you do after you received this notice
19    letter?
20              MR. DUCKLER:  I will object to the question on
21    the grounds of the deponent's constitutional rights
22    against self-incrimination.
23              THE WITNESS:  I refuse to answer the question
24    pursuant to my constitutional right against
25    self-incrimination.
```

Veritext Legal Solutions
866 299-5127

BY MR. GOODMAN:

    Q    Did you communicate with Connie Braun?

        MR. DUCKLER:  I will object to the question on the grounds of the deponent's constitutional rights against self-incrimination.

        THE WITNESS:  I refuse to answer the question pursuant to my constitutional right against self-incrimination.

BY MR. GOODMAN:

    Q    Did you retain counsel?

        MR. DUCKLER:  I will object to the question on the grounds of the deponent's constitutional rights against self-incrimination.

        THE WITNESS:  I refuse to answer the question pursuant to my constitutional right against self-incrimination.

BY MR. GOODMAN:

    Q    When you received this notice, you understood that PETA and Ms. Scott intended to sue you in order to determine that the conditions in which the chimpanzee named Joey was held were a violation of the Endangered Species Act; right?

        MR. DUCKLER:  I will object to the question on the grounds of the deponent's constitutional rights against self-incrimination.

Veritext Legal Solutions
866 299-5127

```
 1              THE WITNESS:  I refuse to answer the question
 2    pursuant to my constitutional right against
 3    self-incrimination.
 4    BY MR. GOODMAN:
 5        Q    I'm handing you a document titled "Complaint
 6    for Declaratory and Injunctive Relief."  Do you
 7    recognize this?
 8              MR. DUCKLER:  I will object to the question on
 9    the grounds of the deponent's constitutional rights
10    against self-incrimination.
11              THE WITNESS:  I refuse to answer the question
12    pursuant to my constitutional right against
13    self-incrimination.
14    BY MR. GOODMAN:
15        Q    And this is the Complaint that you filed
16    against PETA and has been -- it is docket entry 1 in
17    this matter; right?
18              MR. DUCKLER:  I will object to the question on
19    the grounds of the deponent's constitutional rights
20    against self-incrimination.
21              THE WITNESS:  I refuse to answer the question
22    pursuant to my constitutional right against
23    self-incrimination.
24    BY MR. GOODMAN:
25        Q    Can you identify this document for the record?
```

Veritext Legal Solutions
866 299-5127

```
 1              MR. DUCKLER:  Go ahead.

 2              THE WITNESS:  Can I identify it?

 3    BY MR. GOODMAN:

 4         Q    Please.

 5         A    Looks like a Complaint.

 6         Q    All right.  Who are the parties listed here?

 7         A    It says Missouri Primate Foundation, Connie

 8    Brawn Casey, Andrew Sawyer versus People for the Ethical

 9    Treatment of Animals, Angela Scott aka Angela Ignaso.

10    BY MR. GOODMAN:

11         Q    And you filed this after receiving the notice

12    of intent to sue; right?

13              MR. DUCKLER:  I will object to the question on

14    the grounds of the deponent's constitutional rights

15    against self-incrimination.

16              THE WITNESS:  I refuse to answer the question

17    pursuant to my constitutional right against

18    self-incrimination.

19    BY MR. GOODMAN:

20         Q    And you understood that by filing this

21    Complaint you were asking the Court to enter a judgment

22    declaring that the conditions in which Joey was held did

23    not violate the Endangered Species Act; right?

24              MR. DUCKLER:  I will object to the question on

25    the grounds of the deponent's constitutional rights
```

Veritext Legal Solutions
866 299-5127

1   against self-incrimination.

2          THE WITNESS:  I refuse to answer the question

3   pursuant to my constitutional right against

4   self-incrimination.

5   BY MR. GOODMAN:

6      Q    At the time you filed this lawsuit, what

7   evidence did you have that Joey's conditions did not

8   violate the Endangered Species Act?

9          MR. DUCKLER:  I will object to the question on

10  the grounds of the deponent's constitutional rights

11  against self-incrimination.

12         THE WITNESS:  I refuse to answer the question

13  pursuant to my constitutional right against

14  self-incrimination.

15  BY MR. GOODMAN:

16     Q    At the time you filed this lawsuit, where was

17  Joey held?

18         MR. DUCKLER:  I will object to the question on

19  the grounds of the deponent's constitutional rights

20  against self-incrimination.

21         THE WITNESS:  I refuse to answer the question

22  pursuant to my constitutional right against

23  self-incrimination.

24  BY MR. GOODMAN:

25     Q    Mr. Sawyer, when you received the notice of

Veritext Legal Solutions
866 299-5127

```
1    intent to sue, you foresaw that PETA and Ms. Scott would
2    sue you; right?
3              MR. DUCKLER:  I will object to the question on
4    the grounds of the deponent's constitutional rights
5    against self-incrimination.
6              THE WITNESS:  I refuse to answer the question
7    pursuant to my constitutional right against
8    self-incrimination.
9    BY MR. GOODMAN:
10     Q    And you also foresaw at the time that federal
11   prosecutors might institute proceedings in which Joey's
12   condition and location might be material?
13             MR. DUCKLER:  I will object to the question on
14   the grounds of the deponent's constitutional rights
15   against self-incrimination.
16             THE WITNESS:  I refuse to answer the question
17   pursuant to my constitutional right against
18   self-incrimination.
19   BY MR. GOODMAN:
20     Q    And to prevent PETA and/or federal prosecutors
21   from accessing potentially incriminating evidence you
22   decided to remove Joey; right?
23             MR. DUCKLER:  I will object to the question on
24   the grounds of the deponent's constitutional rights
25   against self-incrimination.
```

Veritext Legal Solutions
866 299-5127

```
 1              THE WITNESS:  I refuse to answer the question
 2    pursuant to my constitutional right against
 3    self-incrimination.
 4    BY MR. GOODMAN:
 5         Q    When you removed Joey at that time, did you
 6    apprehend a risk of criminal prosecution if the federal
 7    government knew of Joey's location?
 8              MR. DUCKLER:  I will object to the question on
 9    the grounds of the deponent's constitutional rights
10    against self-incrimination.
11              THE WITNESS:  I refuse to answer the question
12    pursuant to my constitutional right against
13    self-incrimination.
14    BY MR. GOODMAN:
15         Q    So when you removed Joey, it was your hope that
16    plaintiffs, by extension the federal government, would
17    not be able to locate incriminating evidence in
18    connection with Joey; correct?
19              MR. DUCKLER:  I will object to the question on
20    the grounds of the deponent's constitutional rights
21    against self-incrimination.
22              THE WITNESS:  I refuse to answer the question
23    pursuant to my constitutional right against
24    self-incrimination.
25    //
```

Veritext Legal Solutions
866 299-5127

BY MR. GOODMAN:

Q    When you removed Joey, you intended to impair Joey's ability -- availability -- excuse me, for use in this or any other official proceeding, did you not?

MR. DUCKLER:  I will object to the question on the grounds of the deponent's constitutional rights against self-incrimination.

THE WITNESS:  I refuse to answer the question pursuant to my constitutional right against self-incrimination.

BY MR. GOODMAN:

Q    Mr. Sawyer, where is Joey now?

MR. DUCKLER:  I will object to the question on the grounds of the deponent's constitutional rights against self-incrimination.

THE WITNESS:  I refuse to answer the question pursuant to my constitutional right against self-incrimination.

BY MR. GOODMAN:

Q    Mr. Sawyer, do you agree that it was reasonably foreseeable at the time of PETA and Ms. Scott's notice that how Joey was kept at the Missouri Primate Foundation would be material evidence in potential litigation against you?

MR. DUCKLER:  I will object to the question on

Veritext Legal Solutions
866 299-5127

1    the grounds of the deponent's constitutional rights

2    against self-incrimination.

3           THE WITNESS:  I refuse to answer the question

4    pursuant to my constitutional right against

5    self-incrimination.

6    BY MR. GOODMAN:

7      Q    Indeed you understood that at the time that

8    Joey and his conditions at Missouri Primate Foundation

9    would be used as evidence in upcoming litigation that

10    PETA and Ms. Scott might bring against you; right?

11           MR. DUCKLER:  I will object to the question on

12    the grounds of the deponent's constitutional rights

13    against self-incrimination.

14           THE WITNESS:  I refuse to answer the question

15    pursuant to my constitutional right against

16    self-incrimination.

17    BY MR. GOODMAN:

18      Q    And you also understood that in order to decide

19    PETA's claim in the upcoming litigation it would be

20    necessary for a judge to evaluate how Joey was kept and

21    treated?

22           MR. DUCKLER:  I will object to the question on

23    the grounds of the deponent's constitutional rights

24    against self-incrimination.

25           THE WITNESS:  I refuse to answer the question

Veritext Legal Solutions
866 299-5127

```
 1    pursuant to my constitutional right against
 2    self-incrimination.
 3    BY MR. GOODMAN:
 4        Q    Even though you were aware that Joey's
 5    conditions at the Missouri Primate Foundation would be
 6    important events in any upcoming litigation, you
 7    nevertheless decided to remove Joey from there; right?
 8             MR. DUCKLER:  I will object to the question on
 9    the grounds of the deponent's constitutional rights
10    against self-incrimination.
11             THE WITNESS:  I refuse to answer the question
12    pursuant to my constitutional right against
13    self-incrimination.
14    BY MR. GOODMAN:
15        Q    Before you removed Joey from the Missouri
16    Primate Foundation, you made no effort to preserve
17    evidence of the conditions in which he was kept; right?
18             MR. DUCKLER:  I will object to the question on
19    the grounds of the deponent's constitutional rights
20    against self-incrimination.
21             THE WITNESS:  I refuse to answer the question
22    pursuant to my constitutional right against
23    self-incrimination.
24    BY MR. GOODMAN:
25        Q    You could have preserved evidence by taking
```

Veritext Legal Solutions
866 299-5127

1    photographs or videos of Joey's condition at Missouri

2    Primate Foundation; right?

3             MR. DUCKLER:  I will object to the question on

4    the grounds of the deponent's constitutional rights

5    against self-incrimination.

6             THE WITNESS:  I refuse to answer the question

7    pursuant to my constitutional right against

8    self-incrimination.

9    BY MR. GOODMAN:

10       Q    And you did not do that?

11            MR. DUCKLER:  I will object to the question on

12   the grounds of the deponent's constitutional rights

13   against self-incrimination.

14            THE WITNESS:  I refuse to answer the question

15   pursuant to my constitutional right against

16   self-incrimination.

17   BY MR. GOODMAN:

18       Q    You also did not provide PETA or Ms. Scott with

19   the ability to take photographs or video of Joey's

20   conditions at the Missouri Primate Foundation before you

21   removed him; right?

22            MR. DUCKLER:  I will object to the question on

23   the grounds of the deponent's constitutional rights

24   against self-incrimination.

25            THE WITNESS:  I refuse to answer the question

                         Veritext Legal Solutions
                              866 299-5127

```
 1    pursuant to my constitutional right against

 2    self-incrimination.

 3    BY MR. GOODMAN:

 4        Q    Please identify all persons with whom you

 5    communicated about the removal of Joey from the Missouri

 6    Primate Foundation and transferring him to another

 7    location.

 8             MR. DUCKLER:  I will object to the question on

 9    the grounds of the deponent's constitutional rights

10    against self-incrimination.

11             THE WITNESS:  I refuse to answer the question

12    pursuant to my constitutional right against

13    self-incrimination.

14    BY MR. GOODMAN:

15        Q    Please identify all written communications

16    reflecting Joey's removal and transfer after you

17    received the notice letter.

18             MR. DUCKLER:  I will object to the question on

19    the grounds of the deponent's constitutional rights

20    against self-incrimination.

21             THE WITNESS:  I refuse to answer the question

22    pursuant to my constitutional right against

23    self-incrimination.

24    BY MR. GOODMAN:

25        Q    Mr. Sawyer -- Mr. Sawyer, your purpose in
```

Veritext Legal Solutions
866 299-5127

1    relocating Joey from the Missouri Primate Foundation was

2    to make sure that there would be no evidence of his

3    conditions; is that right?

4         MR. DUCKLER:  I will object to the question on

5    the grounds of the deponent's constitutional rights

6    against self-incrimination.

7         THE WITNESS:  I refuse to answer the question

8    pursuant to my constitutional right against

9    self-incrimination.

10   BY MR. GOODMAN:

11      Q    To prevent Joey's conditions to be examined in

12   PETA's and Ms. Scott's potential litigation against you?

13        MR. DUCKLER:  I will object to the question on

14   the grounds of the deponent's constitutional rights

15   against self-incrimination.

16        THE WITNESS:  I refuse to answer the question

17   pursuant to my constitutional right against

18   self-incrimination.

19   BY MR. GOODMAN:

20      Q    You hoped to put Joey and his conditions beyond

21   the reach of any suit by PETA and Ms. Scott; right?

22        MR. DUCKLER:  I will object to the question on

23   the grounds of the deponent's constitutional rights

24   against self-incrimination.

25        THE WITNESS:  I refuse to answer the question

Veritext Legal Solutions
866 299-5127

```
 1    pursuant to my constitutional right against

 2    self-incrimination.

 3    BY MR. GOODMAN:

 4        Q    Who did you consult with regarding that

 5    decision?

 6            MR. DUCKLER:  I'll object to that question on

 7    the basis of attorney-client privilege and on the

 8    grounds of the deponent's constitutional rights against

 9    self-incrimination.

10            THE WITNESS:  I refuse to answer the question

11    pursuant to my constitutional right against

12    self-incrimination.

13    BY MR. GOODMAN:

14        Q    You consulted with your prior counsel Kurtis

15    Reeg; right?

16            MR. DUCKLER:  I'll object to that question on

17    the basis of attorney-client privilege and on the

18    grounds of the grounds of the deponent's constitutional

19    rights against self-incrimination.

20            THE WITNESS:  I refuse to answer the question

21    pursuant to my constitutional right against

22    self-incrimination.

23    BY MR. GOODMAN:

24        Q    Were there anyone -- who else was involved in

25    any discussions you might have had with Kurtis Reeg
```

1   regarding this decision?

2          MR. DUCKLER:  I will object to the question on

3   the grounds of the deponent's constitutional rights

4   against self-incrimination.

5          THE WITNESS:  I refuse to answer the question

6   pursuant to my constitutional right against

7   self-incrimination.

8   BY MR. GOODMAN:

9      Q    Do you have any communications or e-mails, text

10  messages, written records regarding those

11  communications?

12         MR. DUCKLER:  I will object to the question on

13  the grounds of the deponent's constitutional rights

14  against self-incrimination.

15         THE WITNESS:  I refuse to answer the question

16  pursuant to my constitutional right against

17  self-incrimination.

18  BY MR. GOODMAN:

19     Q    Mr. Sawyer, you represented to the Court that

20  alternative means certainly exist to obtain information

21  about Joey's location; right?

22         MR. DUCKLER:  I will object to the question on

23  the grounds of the deponent's constitutional rights

24  against self-incrimination.

25         THE WITNESS:  I refuse to answer the question

1     pursuant to my constitutional right against

2     self-incrimination.

3            MS. BERNSTEIN:  Can I ask for clarification,

4     Counsel?  Are you saying that asking this witness to

5     confirm that he made certain representations to the

6     Court in filings in this matter would incriminate him?

7            MR. DUCKLER:  Actually, one, you heard my

8     objection, and you're incorrect that he made

9     representations to the Court.  I think he may be

10    misunderstanding what was written.  He didn't write any

11    representations to the Court.  That was me.

12            But, in any event, you heard my objection.  The

13    objection is going to be the same.

14            MS. BERNSTEIN:  Well, I just wanted to clarify

15    the basis for your objection because it was understood

16    by us that the representations made in your filing were

17    on behalf of your client.  So to the extent that you're

18    now saying those were not representations by your client

19    and he cannot be asked -- let me finish, just to lay the

20    foundation.  And he cannot be asked consistent with his

21    privilege as to whether he made those representations;

22    is that your position?

23            MR. DUCKLER:  I'm not going to use this

24    deposition to have a legal argument with you about

25    positions in the case.  So if you want to ask my client

Veritext Legal Solutions
866 299-5127

1  a question, then I'll state an objection that's

2  objectionable.  And he'll answer it if it's not.

3           Do you have another question for the deponent?

4           MS. BERNSTEIN:  Currently I'm not conducting my

5  part of the examination.  I just wanted to clarify the

6  basis on which you asserted the privilege.

7           MR. DUCKLER:  Okay.  We're just going to wait

8  for another question.  I'm not going to have a

9  discussion about it.

10  BY MR. GOODMAN:

11      Q    All right.  Mr. Sawyer, I am handing you what

12  is document entry No. 85 in this case.  It is your

13  Opposition to Counterclaim-Plaintiff's Motion to Compel

14  Inspection or in the Alternative Entry for Default.

15  Please read the second -- the final paragraph on that

16  page.

17           MS. BERNSTEIN:  Page 6.

18           MR. GOODMAN:  Yes, on page 6.

19           MR. DUCKLER:  You want the deponent to read

20  from the document?

21  BY MR. GOODMAN:

22      Q    Please read it to yourself, Mr. Sawyer.

23           MS. BERNSTEIN:  Might be helpful to have it out

24  loud so the record will know what's being read.

25           THE WITNESS:  Out loud?  To myself?

Veritext Legal Solutions
866 299-5127

BY MR. GOODMAN:

    Q    Please read it to yourself.

    A    Okay.

    Q    Thank you.  So in this filing you see that you represented to the Court that alternative means certainly exist to obtain information about Joey's location; right?

    MR. DUCKLER:  I will object to the question on the grounds of the deponent's constitutional rights against self-incrimination.

    THE WITNESS:  I refuse to answer the question pursuant to my constitutional right against self-incrimination.

BY MR. GOODMAN:

    Q    I'm sorry to do this, Mr. Sawyer, but I'm going to have to ask you to read that paragraph into the record, then.

    MR. DUCKLER:  Go ahead and read it.

    THE WITNESS:  It continues on the second page. Do you want me to continue it?

BY MR. GOODMAN:

    Q    Yes.  You can start through the beginning of that paragraph.

    A    "In such an assessment of competing interests, courts standardly weigh, No.

Veritext Legal Solutions
866 299-5127

```
1        1, the importance of the information
2        sought, 2, whether there are alternative
3        means to obtain the information; and, 3,
4        whether there are remedies less drastic
5        than outright dismissal of the action
6        SERAFINO VERSUS HASBRO, INC. 83 F.3D
7        515,518-19 (1st cir. 1996).
8        Assuming" -- I don't know -- "arguendo,
9        that at least Counter-Plaintiff PETA
10       believes inspection of the site where
11       the chimp Joey is to be important, then
12       as to the second factor, nothing in this
13       case prevents Counter-Plaintiff PETA
14       from using the same investigatory powers
15       of subpoena and witness interview that
16       every civil litigant has available to it
17       in an active case to discern information
18       held by others - so alternative means
19       certainly exist.
20           "It is instructive to be reminded
21       Counter-Plaintiff PETA is the one that
22       filed the counterclaim a year ago, back
23       on June 23, 2017, and not only
24       presumably had information then already
25       supporting its suspicions of the chimp
```

Veritext Legal Solutions
866 299-5127

```
 1                Joey's care at the time, assuming that

 2                it had a legitimate good faith

 3                independent factual basis to even assert

 4                the counterclaim as was required of it

 5                to have, but the burden of proof

 6                currently to prove its counterclaims

 7                without demanding that the only proof

 8                come from Counter-Defendant Sawyer

 9                alone."

10     BY MR. GOODMAN:

11         Q    Thank you, Mr. Sawyer.  So, is it not your

12     position that alternative means certainly exist to

13     obtain this information?

14             MR. DUCKLER:  I will object to the question on

15     the grounds of the deponent's constitutional rights

16     against self-incrimination.

17             THE WITNESS:  I refuse to answer the question

18     pursuant to my constitutional right against

19     self-incrimination.

20     BY MR. GOODMAN:

21         Q    So you're refusing to confirm that what you

22     just read from your brief is your position?

23             MR. DUCKLER:  Is that a question to the

24     deponent?

25             MR. GOODMAN:  Yes.
```

Veritext Legal Solutions
866 299-5127

1    MR. DUCKLER:  I will object to the question on

2  the grounds of the deponent's constitutional rights

3  against self-incrimination.

4    THE WITNESS:  I refuse to answer the question

5  pursuant to my constitutional right against

6  self-incrimination.

7  BY MR. GOODMAN:

8    Q    Sitting here today, can you identify any

9  documents of which you are aware that contain

10  information describing or reflecting Joey's location or

11  conditions?

12    MR. DUCKLER:  I will object to the question on

13  the grounds of the deponent's constitutional rights

14  against self-incrimination.

15    THE WITNESS:  I refuse to answer the question

16  pursuant to my constitutional right against

17  self-incrimination.

18  BY MR. GOODMAN:

19    Q    Can you identify any persons who have

20  information about Joey's whereabouts and present

21  conditions?

22    MR. DUCKLER:  I will object to the question on

23  the grounds of the deponent's constitutional rights

24  against self-incrimination.

25    THE WITNESS:  I refuse to answer the question

Veritext Legal Solutions
866 299-5127

1    pursuant to my constitutional right against

2    self-incrimination.

3    BY MR. GOODMAN:

4        Q    When you or your attorney represented to the

5    Court that the plaintiffs have alternative means to

6    obtain information about Joey's whereabouts and current

7    conditions, you had no idea whether the plaintiffs knew

8    of anyone else who could provide Joey's whereabouts;

9    correct?

10            MR. DUCKLER:  I'll object to that question on

11    the basis of attorney-client privilege and on the

12    grounds of the deponent's constitutional rights against

13    self-incrimination.

14            THE WITNESS:  I refuse to answer the question

15    pursuant to my constitutional right against

16    self-incrimination.

17    BY MR. GOODMAN:

18        Q    And you fully intended not to disclose the

19    identity of knowledgeable witnesses to the plaintiff;

20    right?

21            MR. DUCKLER:  I will object to the question on

22    the grounds of the deponent's constitutional rights

23    against self-incrimination.

24            THE WITNESS:  I refuse to answer the question

25    pursuant to my constitutional right against

1    self-incrimination.

2    BY MR. GOODMAN:

3        Q    So when you represented to the Court that

4    alternative means certainly exist to obtain this

5    information, you knew full well that plaintiffs had no

6    such means, didn't you?

7            MR. DUCKLER:  I will object to the question on

8    the grounds of the deponent's constitutional rights

9    against self-incrimination.

10           THE WITNESS:  I refuse to answer the question

11   pursuant to my constitutional right against

12   self-incrimination.

13   BY MR. GOODMAN:

14       Q    Mr. Sawyer, does document 85 reflect any of

15   your views and positions?

16           MR. DUCKLER:  I will object to the question on

17   the grounds of the deponent's constitutional rights

18   against self-incrimination.

19           THE WITNESS:  I refuse to answer the question

20   pursuant to my constitutional right against

21   self-incrimination.

22   BY MR. GOODMAN:

23       Q    Can you identify all persons who have knowledge

24   of the conditions in which Joey is kept?

25           MR. DUCKLER:  I will object to the question on

Veritext Legal Solutions
866 299-5127

```
 1   the grounds of the deponent's constitutional rights
 2   against self-incrimination.
 3            THE WITNESS:  I refuse to answer the question
 4   pursuant to my constitutional right against
 5   self-incrimination.
 6   BY MR. GOODMAN:
 7       Q    Will you please identify all persons who have
 8   knowledge of the location in which Joey is kept?
 9            MR. DUCKLER:  I will object to the question on
10   the grounds of the deponent's constitutional rights
11   against self-incrimination.
12            THE WITNESS:  I refuse to answer the question
13   pursuant to my constitutional right against
14   self-incrimination.
15   BY MR. GOODMAN:
16       Q    Will you identify all persons who presently
17   care for Joey?
18            MR. DUCKLER:  I will object to the question on
19   the grounds of the deponent's constitutional rights
20   against self-incrimination.
21            THE WITNESS:  I refuse to answer the question
22   pursuant to my constitutional right against
23   self-incrimination.
24   BY MR. GOODMAN:
25       Q    Can you identify all documents that reflect
```

Page 54

1   Joey's location?

2              MR. DUCKLER:  I will object to the question on

3      the grounds of the deponent's constitutional rights

4      against self-incrimination.

5              THE WITNESS:  I refuse to answer the question

6      pursuant to my constitutional right against

7      self-incrimination.

8      BY MR. GOODMAN:

9         Q    Can you identify all documents that reflect

10     Joey's care?

11             MR. DUCKLER:  I will object to the question on

12     the grounds of the deponent's constitutional rights

13     against self-incrimination.

14             THE WITNESS:  I refuse to answer the question

15     pursuant to my constitutional right against

16     self-incrimination.

17     BY MR. GOODMAN:

18        Q    Can you identify all persons with whom you've

19     had written correspondence regarding this lawsuit or

20     Joey after you received the notice letter?

21             MR. DUCKLER:  I will object to the question on

22     the basis of attorney-client privilege and on the

23     deponent's constitutional rights against

24     self-incrimination.

25             THE WITNESS:  I refuse to answer the question

Veritext Legal Solutions
866 299-5127

1    pursuant to my constitutional right against

2    self-incrimination.

3    BY MR. GOODMAN:

4        Q    Did you preserve all such correspondence you've

5    had?

6            MR. DUCKLER:  I will object to the question on

7    the grounds of the deponent's constitutional rights

8    against self-incrimination.

9            THE WITNESS:  I refuse to answer the question

10   pursuant to my constitutional right against

11   self-incrimination.

12   BY MR. GOODMAN:

13       Q    Joey is not currently held in an adequate

14   social group, is he?

15           MR. DUCKLER:  I will object to the question on

16   the grounds of the deponent's constitutional rights

17   against self-incrimination.

18           THE WITNESS:  I refuse to answer the question

19   pursuant to my constitutional right against

20   self-incrimination.

21   BY MR. GOODMAN:

22       Q    Joey is not provided with adequate and

23   appropriate space; correct?

24           MR. DUCKLER:  I will object to the question on

25   the grounds of the deponent's constitutional rights

Veritext Legal Solutions
866 299-5127

```
 1    against self-incrimination.
 2            THE WITNESS:  I refuse to answer the question
 3    pursuant to my constitutional right against
 4    self-incrimination.
 5    BY MR. GOODMAN:
 6        Q   Joey does not have regular and sufficient
 7    outdoor access, does he?
 8            MR. DUCKLER:  I will object to the question on
 9    the grounds of the deponent's constitutional rights
10    against self-incrimination.
11            THE WITNESS:  I refuse to answer the question
12    pursuant to my constitutional right against
13    self-incrimination.
14    BY MR. GOODMAN:
15        Q   Joey is not provided with an adequately
16    enriched environment, is he?
17            MR. DUCKLER:  I will object to the question on
18    the grounds of the deponent's constitutional rights
19    against self-incrimination.
20            THE WITNESS:  I refuse to answer the question
21    pursuant to my constitutional right against
22    self-incrimination.
23    BY MR. GOODMAN:
24        Q   Joey does not receive preventive veterinary
25    care currently; correct?
```

Veritext Legal Solutions
866 299-5127

```
 1            MR. DUCKLER:  I will object to the question on

 2   the grounds of the deponent's constitutional rights

 3   against self-incrimination.

 4            THE WITNESS:  I refuse to answer the question

 5   pursuant to my constitutional right against

 6   self-incrimination.

 7            MR. GOODMAN:  I'd like to take another

 8   five-minute recess, please.

 9            MR. DUCKLER:  Sure.

10            MS. BERNSTEIN:  We're off the record.

11            (Recess.)

12            MR. GOODMAN:  Back on the record.

13            Mr. Sawyer, those are all the questions I have

14   for you.  I'm now going to be turning over to

15   Ms. Bernstein who, as I explained, is representing

16   Ms. Scott for the purposes of this deposition.

17                       EXAMINATION

18   BY MS. BERNSTEIN:

19      Q    Mr. Sawyer, hello.

20      A    Hello.

21      Q    You are one of the parties in this case; you

22   understand that?

23      A    Yes.

24      Q    And, in fact, you are the one who initiated the

25   proceedings in which you are now testifying; is that
```

1    right?

2              MR. DUCKLER:  I will object to the question on

3    the grounds of the deponent's constitutional rights

4    against self-incrimination.

5              THE WITNESS:  I refuse to answer the question

6    pursuant to my constitutional right against

7    self-incrimination.

8    BY MS. BERNSTEIN:

9        Q    And in this case you've had two different

10   counsel, Mr. Reeg, and currently Mr. Duckler; is that

11   right?

12       A    Yes.

13             MR. DUCKLER:  Go ahead.

14             MS. BERNSTEIN:  Did you want to say something,

15   Counsel?

16             MR. DUCKLER:  That's fine.  He answered the

17   question.

18   BY MS. BERNSTEIN:

19       Q    Okay.  And your lawyers filed various papers

20   with the Court.  You're aware of that; right?

21       A    Yes.

22       Q    And in those papers and filings your lawyers

23   made various representations to the Court.  You're aware

24   of that?

25             MR. DUCKLER:  I'm going to object to that

1    question based on the attorney-client privilege and the

2    grounds of the deponent's constitutional rights against

3    self-incrimination.

4         THE WITNESS:  I refuse to answer the question

5    pursuant to my constitutional right against

6    self-incrimination.

7    BY MS. BERNSTEIN:

8    Q    And these representations in the filings on

9    your behalf, did those filings and representations

10   reflect your views and positions?

11        MR. DUCKLER:  I will object to the question on

12   the grounds of the deponent's constitutional rights

13   against self-incrimination.

14        THE WITNESS:  I refuse to answer the question

15   pursuant to my constitutional right against

16   self-incrimination.

17   BY MS. BERNSTEIN:

18   Q    So because you refuse the question, we have to

19   guess whether or not the filings made on your behalf

20   actually reflect your views and positions; is that

21   right?

22        MR. DUCKLER:  I'll object to that question

23   based on speculation, and on the grounds of the

24   deponent's constitutional rights against

25   self-incrimination.

Veritext Legal Solutions
866 299-5127

```
 1              THE WITNESS:  I refuse to answer the question
 2    pursuant to my constitutional right against
 3    self-incrimination.
 4    BY MS. BERNSTEIN:
 5        Q    So you would have to speculate as to whether or
 6    not what your lawyers filed on your behalf actually
 7    reflected your views and position; is that right?
 8              MR. DUCKLER:  I will object to the question on
 9    the grounds of the deponent's constitutional rights
10    against self-incrimination.
11              THE WITNESS:  I refuse to answer the question
12    pursuant to my constitutional right against
13    self-incrimination.
14    BY MS. BERNSTEIN:
15        Q    Sitting here today, do any of the filings in
16    which your lawyers make representations on your behalf
17    incorrectly reflect your views?
18              MR. DUCKLER:  I'll object to the question on
19    the grounds of attorney-client privilege and the
20    deponent's constitutional rights against
21    self-incrimination.
22              THE WITNESS:  I refuse to answer the question
23    pursuant to my constitutional right against
24    self-incrimination.
25    //
```

Veritext Legal Solutions
866 299-5127

BY MS. BERNSTEIN:

Q   You're not refusing to answer based on privilege, attorney-client privilege, you're merely refusing to answer based on the Fifth Amendment privilege; is that correct?

MR. DUCKLER:  I am objecting to the question on attorney-client privilege and on that objection, if it's necessary, I'd instruct the deponent not to answer, but I'm also objecting on the deponent's constitutional rights against self-incrimination, and I think he has something to say about that.

MS. BERNSTEIN:  Right.  He did invoke the Fifth Amendment.  I want know if he's also refusing to answer the question based on attorney-client privilege.

MR. DUCKLER:  I'm instructing him not to answer.  So he's not refusing.  I'm instructing him not to.

BY MS. BERNSTEIN:

Q   So you're following your attorney's advice not to answer my previous question based on the Fifth Amendment as well as the attorney-client privilege; is that right?

MR. DUCKLER:  He's not going to answer questions about whether he's following my advice or not so you don't need to ask them.  Because I'm going to

1    object and instruct him not to answer those on

2    attorney-client privilege as well, too.  He's not

3    talking about what -- any conversations between us or

4    any communications between us or any instructions by me

5    to him.  I've instructed him not to answer.  He's not

6    answering.  Ask the next question, please.

7              MS. BERNSTEIN:  Well, I'm entitled to know

8    whether he's following your instructions.

9              MR. DUCKLER:  He is -- is he answering the

10   question?  No.  So he apparently is following the

11   instructions.

12             MS. BERNSTEIN:  Well, he has asserted the Fifth

13   Amendment privilege.  He has not asserted that he is

14   refusing to answer based on attorney-client privilege.

15   And I'm clarifying whether he's also refusing to answer

16   based on attorney-client privilege.

17             MR. DUCKLER:  I can't help you with that.  I've

18   instructed him not to answer.  Sounds like he's not

19   answering.  So you need to ask another question.

20   BY MS. BERNSTEIN:

21        Q    Sir, are you refusing to answer my question

22   based on the attorney-client privilege?

23             MR. DUCKLER:  I'm going to object to that

24   question based on that attorney-client privilege, and

25   I'm going to instruct the client, the deponent, not to

1    answer.  Next question, please.

2    BY MS. BERNSTEIN:

3         Q    Sir, are you following your attorney's

4    instruction?

5              MR. DUCKLER:  Same objection.

6    BY MS. BERNSTEIN:

7         Q    Are you following your attorney's instruction,

8    sir?

9              MR. DUCKLER:  Same objection.

10   BY MS. BERNSTEIN:

11        Q    You still have to answer my question, sir.

12             THE WITNESS:  I refuse to answer the question

13   pursuant to my constitutional right against

14   self-incrimination.

15             MR. DUCKLER:  Thank you.

16   BY MS. BERNSTEIN:

17        Q    You're not asserting the attorney-client

18   privilege in response to my question; is that right?

19        A    Can you repeat the question?

20        Q    Yes.  Are you refusing to answer based on the

21   attorney-client privilege, sir?

22        A    No.

23        Q    When you -- did you -- are you the person who

24   instructed your lawyers to file the various filings that

25   were made in your name in this matter?

Veritext Legal Solutions
866 299-5127

```
 1            MR. DUCKLER:  I'm going to object to that
 2    question on the grounds of attorney-client privilege,
 3    and I'm going to instruct the deponent not to answer
 4    that question.  I'm also going to object to that
 5    question on the grounds of the deponent's constitutional
 6    rights against self-incrimination.
 7            Andrew, go ahead.
 8            THE WITNESS:  I refuse to answer the question
 9    pursuant to my constitutional right against
10    self-incrimination.
11    BY MS. BERNSTEIN:
12       Q    But you're not asserting the attorney-client
13    privilege in this refusal; is that right?
14            MR. DUCKLER:  I'm going to object to that
15    question on the grounds of the attorney-client
16    privilege.  I'm going to instruct the deponent not to
17    answer that question.  I'm also going object to the
18    question on the grounds of the deponent's constitutional
19    rights against self-incrimination.
20            Andrew, go ahead.
21            THE WITNESS:  I refuse to answer the question
22    pursuant to my constitutional right against
23    self-incrimination.
24    BY MS. BERNSTEIN:
25       Q    But you're not raising the attorney-client
```

privilege as grounds for failing to answer my question;
is that right?

          MR. DUCKLER:  If this, Martina, is where we
spend the entire afternoon playing this game because
it's going to annoy everybody, nothing is going to
change in terms of the answer.  I'm just letting you
know.  I can keep instructing him, and he'll keep
following my instructions.  I'll keep asserting
objections.  He'll keep asserting the same objection.
You can keep asking it.  I don't think anything is going
to change, but if that's how you want to spend this day,
go ahead.  Ask the next question, please.

          MS. BERNSTEIN:  Well, I do believe we need a
clean record, and I object to your characterizing it as
a game.  Because when we go to the judge to -- with a
motion to compel, we have to have a clean record as to
the grounds that were asserted by this witness for
refusing to answer.  And to the extent that this witness
is not invoking the attorney-client privilege as grounds
to refuse to answer, the record needs to be clear.

          MR. DUCKLER:  The record is clear exactly what
it is which is what he's saying.  He's saying he refuses
to answer pursuant to his constitutional rights against
self-incrimination.  That's the answer you're getting.
He's not answering.

Veritext Legal Solutions
866 299-5127

1          MS. BERNSTEIN:  Okay.  To the extent this

2    witness is not asserting the attorney-client privilege

3    as grounds for failing to answer, you agree with me it

4    means that he is not -- that he's solely relying on the

5    Fifth Amendment but not on the attorney-client privilege

6    as grounds not to answer the question?

7          MR. DUCKLER:  No.  I am not agreeing with you

8    about anything actually.  I instructed him not to answer

9    based on privilege.  And I think he's following my

10   instructions because he's not answering your question.

11   So ask the next question, please.

12   BY MS. BERNSTEIN:

13     Q    Are you invoking the attorney-client privilege,

14   sir, as grounds for not answering my question?

15         MR. DUCKLER:  Go ahead, Andrew.

16         THE WITNESS:  What was the question?  Sorry.

17   Can you repeat?

18   BY MS. BERNSTEIN:

19     Q    Yes.  I don't blame you at all.

20         MR. DUCKLER:  Actually, before -- before the

21   next question, Martina, can we take a break?

22         MS. BERNSTEIN:  I don't think with a question

23   pending it's appropriate to take a break.

24         MR. DUCKLER:  There isn't a question pending

25   actually.  It doesn't matter.  I want to take a break

Veritext Legal Solutions
866 299-5127

1    and talk to my client anyway.

2           Andrew, can you step outside, and I can talk to

3    you, please.

4           THE WITNESS:  Sure.

5           MS. BERNSTEIN:  Let the record reflect that the

6    witness stepped out.  We're off the record.

7           (Recess.)

8           MS. BERNSTEIN:  Are we back on the record?

9           MR. DUCKLER:  I'm back on.

10   BY MS. BERNSTEIN:

11       Q    Mr. Sawyer, I just want to remind you that

12   you're still under oath.

13       A    Yes.

14       Q    Just to be clear, did you or did you not

15   authorize your lawyers to file the various filings that

16   they filed under your name in this case?

17          MR. DUCKLER:  So I will object to that question

18   on the basis of the attorney-client privilege and on the

19   grounds of the deponent's constitutional rights against

20   self-incrimination.

21          THE WITNESS:  I refuse to answer the question

22   pursuant to my constitutional right against

23   self-incrimination.

24   BY MS. BERNSTEIN:

25       Q    But you're not also refusing based on

                        Veritext Legal Solutions
                            866 299-5127

1    attorney-client privilege; is that right?

2        A    That is correct.

3        Q    If you still have in front of you what has been

4    filed in this case docket No. 85, it was filed on

5    June 25th, 2018.  If you kindly turn to page 8 of 10.

6            At the top -- you have this in front of you.

7    At the top of the page this filing states, "For all the

8    reasons stated Counter-Defendant Sawyer respectfully

9    submits," et cetera, et cetera.  Do you see that?

10       A    Yes.

11       Q    Is there a different Counter-Defendant Sawyer

12   than the one that is sitting here today?

13           MR. DUCKLER:  I will object to the question on

14   the grounds of the deponent's constitutional rights

15   against self-incrimination.

16           THE WITNESS:  I refuse to answer the question

17   pursuant to my constitutional right against

18   self-incrimination.

19   BY MS. BERNSTEIN:

20       Q    You're refusing to tell me whether you are the

21   Counter-Defendant Sawyer who made the filing document 85

22   to the Court?

23           MR. DUCKLER:  I will object to the question on

24   the grounds of the deponent's constitutional rights

25   against self-incrimination.

```
 1            THE WITNESS:  I refuse to answer the question

 2    pursuant to my constitutional right against

 3    self-incrimination.

 4    BY MS. BERNSTEIN:

 5        Q    There is a signature block under your counsel's

 6    name.  There's a reference here to attorney for

 7    Plaintiff and Counter-Defendant Andrew Sawyer.  Do you

 8    see that?

 9        A    Yes.

10        Q    Is it your understanding you are the Plaintiff

11    and Counter-Defendant, Andrew Sawyer?

12            MR. DUCKLER:  I will object to the question on

13    the grounds of the deponent's constitutional rights

14    against self-incrimination.

15            THE WITNESS:  I refuse to answer the question

16    pursuant to my constitutional right against

17    self-incrimination.

18    BY MR. GOODMAN:

19        Q    Did you, sir, hire Mr. Duckler to represent you

20    in this case?

21            MR. DUCKLER:  I'll object to that on the basis

22    of attorney-client privilege and on the grounds of the

23    deponent's constitutional rights against

24    self-incrimination.

25            MS. BERNSTEIN:  The basis for the
```

Veritext Legal Solutions
866 299-5127

1    attorney-client privilege requires you, sir, to

2    establish that you have an attorney-client relationship

3    with this witness.  So to the extent that you are saying

4    this witness will not be allowed to say whether or not

5    he has you as his attorney in this case, your claim for

6    attorney-client privilege cannot in any way be

7    substantiated, wouldn't that be right?

8              MR. DUCKLER:  Do you have a suspicion that I'm

9    not his lawyer right now?  Do you think that maybe I'm

10   not his attorney?  Is that a reasonable position to

11   take, Martina, to think maybe right now as we sit here

12   maybe I'm not his lawyer?

13             MS. BERNSTEIN:  Well, certainly based on the

14   refusal to answer.

15        Q    Sir, can you answer the following question ...

16             MR. DUCKLER:  No.  That would be a fascinating

17   position for me to hear you explain to a judge that in

18   the middle of the deposition of my client you somehow

19   have a reasonable belief based on something, not

20   anything I'm aware of, but something, that I'm not his

21   attorney.

22             So, sure, yeah, I'll tell you on the record I'm

23   his lawyer.  Does that help?

24   BY MS. BERNSTEIN:

25        Q    Mr. Sawyer, did you retain Mr. Duckler as your

Veritext Legal Solutions
866 299-5127

1    attorney to file this document No. 85 for you on your

2    behalf?

3            MR. DUCKLER:  Go ahead and answer that.

4            THE WITNESS:  Yes.

5    BY MS. BERNSTEIN:

6       Q    And the statements that Mr. Duckler made on

7    your behalf, are those reflective of your views and your

8    positions in this case?

9            MR. DUCKLER:  So I'll object to that question

10   on the grounds of the deponent's constitutional rights

11   against self-incrimination.

12           THE WITNESS:  I refuse to answer the question

13   pursuant to my constitutional right against

14   self-incrimination.

15           MS. BERNSTEIN:  Thank you, Mr. Sawyer.  That's

16   all I have.

17           MR. GOODMAN:  I'll pass the witness.

18           MR. DUCKLER:  I have no questions for the

19   witness.

20           Andrew, you can leave and give me a call as you

21   head out so we can debrief.

22           MS. BERNSTEIN:  We're off the record.

23   (TIME NOTED:  11:16 a.m.)

24   //

     //

25