UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) ) Case No. 4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) |

## [PROPOSED] ORDER

Before the Court is the Motion of Counterclaim Plaintiffs People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a Angela G. Cagnasso for Leave to File [Proposed] Supplemental Memorandum in Further Support of Counterclaim Plaintiffs' Motion for Sanctions for Spoliation of Evidence ("Supplemental Memorandum"). Good cause appearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the Supplemental Memorandum is deemed properly filed as of the date of this Order.

Date: _____          _____
                                        CATHERINE D. PERRY
                                        UNITED STATES DISTRICT JUDGE