UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counter-Defendants, | ) ) |
| vs. | ) ) Case No. 4:16 CV 2163 CDP |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) ) |
| Defendant and Counter-Plaintiff. | ) |

## ORDER

**IT IS HEREBY ORDERED** that counterclaim plaintiff's motions for leave to file supplemental memoranda [99, 100] are granted.

**IT IS FURTHER ORDERED** that counterclaim plaintiff's motion for hearing [98] is granted, and the Court will hold a telephonic hearing, on the record, **on all pending motions**, on **Friday, Sept 7, 2018 at 10:30 a.m.** One lawyer for each party must participate in the call. The Court will place the call and counsel must notify the Court no later than Wednesday, September 5, 2018 the name of the counsel participating and the telephone number at which counsel can be reached for the call.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of August, 2018.