# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, ) <br> CONNIE BRAUN CASEY, individually, ) <br> ANDREW SAWYER, individually, and ) <br> JANE DOES 1 and 2, ) <br>   ) <br>     Plaintiffs and Counterclaim ) <br>     Defendants, ) <br>   ) <br> v. ) <br>   ) <br> PEOPLE FOR THE ETHICAL ) <br> TREATMENT OF ANIMALS, INC. and ) <br> ANGELA SCOTT a/k/a ANGELA G. ) <br> CAGNASSO, individually, ) <br>   ) <br>     Defendants and ) <br>     Counterclaim Plaintiffs. ) <br>   ) | Case No. 4:16-cv-02163 |

## MOTION FOR LEAVE TO WITHDRAW

COME NOW counsel for Plaintiff/Counterclaim Defendant Connie Braun Casey ("Plaintiff"), Daniel T. Batten, Brian D. Klar, and the law firm of Klar, Izsak & Stenger, LLC ("Plaintiff's Counsel"), and hereby respectfully move for this Court's Order granting Plaintiff's Counsel leave to withdraw their representation of Plaintiff. In support of this Motion, Plaintiff's Counsel states as follows:

1. Plaintiff has terminated Plaintiff's Counsel's representation and has discharged Plaintiff's Counsel in this case. Plaintiff has also failed substantially to fulfill Plaintiff's ongoing financial obligations to Plaintiff's Counsel, and Plaintiff has been given reasonable notice that Plaintiff's Counsel must withdraw in the absence of Plaintiff's fulfillment of those obligations.

2. Plaintiff's Counsel's withdrawal can be accomplished without materially adversely effecting Plaintiff's interests.

WHEREFORE, Counsel for Plaintiff/Counterclaim Defendant Connie Braun Casey ("Plaintiff"), Daniel T. Batten, Brian D. Klar, and the law firm of Klar, Izsak & Stenger, LLC, respectfully pray that this Court grant the instant Motion instanter, allow them to withdraw, and for such other and further relief as this Court deems just and proper.

Dated this 22nd day of August, 2018.

                                        Respectfully Submitted,

                                        KLAR, IZSAK & STENGER, L.L.C.

By:   /s/ Brian D. Klar_____
        BRIAN D. KLAR, #36430
        DANIEL T. BATTEN, #58810
        Attorneys for Defendant
        1505 S. Big Bend Blvd.
        St. Louis, Missouri 63117
        Phone: 314-863-1117
        Fax: 314-863-1118
        Email: bklar@lawsaintlouis.com
                dbatten@lawsaintlouis.com

## CERTIFICATE OF SERVICE

I hereby certify that on **August 22, 2018**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served via first class mail, postage prepaid, to the following:

| | |
|---|---|
| POLSINELLI PC<br>KELLY J. MUENSTERMAN (#66968)<br>JAMES P. MARTIN (#50170)<br>100 S. Fourth Street, Suite 1000<br>St. Louis, MO 63102<br>314.889.8000<br>Fax No: 314.231.1776<br>kmuensterman@polsinelli.com<br>jmartin@polsinelli.com | Patrick J. Hanley, Esq.<br>214 E. Fourth Street<br>Covington, KY 41011<br>*Attorney for Plaintiff/Counterclaim Defendant Vito Stramaglia*<br><br>Missouri Primate Foundation<br>12338 State Road CC<br>Festus, MO 63028 |
| PETA FOUNDATION<br>JARED S. GOODMAN<br>(Admitted *Pro Hac Vice*)<br>2154 W. Sunset Blvd.<br>Los Angeles, CA 90032<br>323.210.2266<br>Fax No: 213.484.1648<br>*Attorneys for Defendant/Counterclaim Plaintiff* | Geordie Duckler<br>9397 SW Locust Street<br>Tigard, OR 97223<br>geordied@animallawpractice.com<br>*Attorneys for Plaintiff/Counterclaim Defendant Andrew Sawyer* |

/s/ Brian D. Klar