UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counter-Defendants, | ) ) |
| vs. | ) ) Case No. 4:16 CV 2163 CDP |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) ) |
| Defendant and Counter-Plaintiff. | ) |

## ORDER

Counsel for plaintiff Connie Braun Casey seek to withdraw, asserting that Casey has terminated their engagement and has failed to pay them. Nothing in the motion indicates that counsel has notified Casey of this pending motion.

Accordingly,

**IT IS HEREBY ORDERED** that counsel for Casey must serve a copy of the motion and this order on Casey, and must notify her that if counsel are allowed to withdraw she will be representing herself; counsel must also notify her that if she objects to the motion she must file a written objection with the Court no later than Thursday, August 30, 2018.

**IT IS FURTHER ORDERED** that counsel shall file a statement indicating that it has complied with this Order, and shall include in that statement Casey's

mailing address and telephone number, so the Court will have some way of contacting her if the motion to withdraw is granted and she is then representing herself.

_Catherine D. Perry_  
CATHERINE D. PERRY  
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of August, 2018.