## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, )<br>CONNIE BRAUN CASEY, individually, )<br>ANDREW SAWYER, individually, and )<br>JANE DOES 1 and 2, )<br>)<br>    Plaintiffs and Counterclaim )<br>    Defendants, )<br>) <br>v. )<br>)<br>PEOPLE FOR THE ETHICAL )<br>TREATMENT OF ANIMALS, INC. and )<br>ANGELA SCOTT a/k/a ANGELA G. )<br>CAGNASSO, individually, )<br>)<br>    Defendants and )<br>    Counterclaim Plaintiffs. )<br>) | Case No. 4:16-cv-02163 |

## **MEMORANDUM TO COURT**

COME NOW counsel for Plaintiff/Counterclaim Defendant Connie Braun Casey ("Plaintiff"), Daniel T. Batten, Brian D. Klar, and the law firm of Klar, Izsak & Stenger, LLC ("Plaintiff's Counsel"), and hereby respectfully notifies this Court that, pursuant to this Court's Order of August 23, 2018, Plaintiff's Counsel delivered a copy of their Motion for Leave to Withdraw on August 22, 2018 (via email) and again on August 23, 2018 (via email and first class mail), along with this Court's Orders dated August 21, 2018, and August 23, 2018. Plaintiff's Counsel also advised Plaintiff on August 23, 2018 (via email and first class mail), that if Plaintiff's Counsel is allowed to withdraw Plaintiff will be representing herself, and that if Plaintiff objects to the Motion for Leave to Withdraw, she must file a written objection with the Court no later than Thursday, August 30, 2018.

Plaintiff's contact information is as follows: Connie Casey, 12338 Hwy CC, Festus, Missouri 63028; 314-852-2910; conniebrauncasey@gmail.com.

In light of the foregoing, Plaintiff's Counsel has otherwise and fully complied with this Court's Order of August 23, 2018, and requests that this Court grant their Motion for Leave to Withdraw.

Dated this 23rd day of August, 2018.

                                          Respectfully Submitted,

                                          KLAR, IZSAK & STENGER, L.L.C.

By:    /s/ Brian D. Klar
         BRIAN D. KLAR, #36430
         DANIEL T. BATTEN, #58810
         Attorneys for Defendant
         1505 S. Big Bend Blvd.
         St. Louis, Missouri 63117
         Phone: 314-863-1117
         Fax: 314-863-1118
         Email: bklar@lawsaintlouis.com
                 dbatten@lawsaintlouis.com

## CERTIFICATE OF SERVICE

I hereby certify that on **August 23, 2018**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served via first class mail, postage prepaid, to the following:

POLSINELLI PC
KELLY J. MUENSTERMAN (#66968)
JAMES P. MARTIN (#50170)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
kmuensterman@polsinelli.com
jmartin@polsinelli.com

PETA FOUNDATION
JARED S. GOODMAN
(Admitted *Pro Hac Vice*)
2154 W. Sunset Blvd.
Los Angeles, CA 90032
323.210.2266
Fax No: 213.484.1648
*Attorneys for Defendant/Counterclaim Plaintiff*

Patrick J. Hanley, Esq.
214 E. Fourth Street
Covington, KY 41011
*Attorney for Plaintiff/Counterclaim Defendant Vito Stramaglia*

Missouri Primate Foundation
12338 State Road CC
Festus, MO 63028

Geordie Duckler
9397 SW Locust Street
Tigard, OR 97223
geordied@animallawpractice.com
*Attorneys for Plaintiff/Counterclaim Defendant Andrew Sawyer*

           /s/ Brian D. Klar