UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counter-Defendants, | ) ) |
| vs. | ) ) Case No. 4:16 CV 2163 CDP |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) ) |
| Defendant and Counter-Plaintiff. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the **telephonic hearing**, on the record, **on all pending motions**, is **RESET** from Friday, Sept 7, 2018 at 10:30 a.m. **to Tuesday, September 11, 2018 at 10:00 a.m.** One lawyer for each party must participate in the call. The Court will place the call and counsel must notify the Court no later than Monday, September 10, 2018 the name of the counsel participating and the telephone number at which counsel can be reached for the call.

                                                                              _____
                                                                              CATHERINE D. PERRY
                                                                               UNITED STATES DISTRICT JUDGE

Dated this 4th day of September, 2018.