UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counter-Defendants, | ) ) |
| vs. | ) ) Case No. 4:16 CV 2163 CDP |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) ) |
| Defendant and Counter-Plaintiff. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Attorney [104] is **GRANTED**, as Plaintiff/Counterclaim Defendant Connie Braun Casey failed to object to the Motion to Withdraw in the time allotted.

**IT IS FURTHER ORDERED** that Connie Braun Casey is now representing herself in this action. The Clerk of the Court shall add Connie Braun Casey to the docket sheet with the contact information provided by her former counsel [107] and shall send her a copy of the order entered earlier today [108].

**IT IS FURTHER ORDERED** that Connie Braun Casey is required to participate in the telephonic hearing to be held on **Tuesday, September 11, 2018 at 10:00 a.m.** The Court will place the call. **Connie Braun Casey must notify the Court by calling my chambers at 314-244-7520 no later than Monday,**

**September 10, 2018, with the telephone number at which she may be reached for the September 11, 2018 telephone hearing.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of September, 2018.