IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiff, | ) ) Case No: 4:16-cv-2163-CDP |
| v | ) ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al. | ) ) ) ) |
| Defendant | ) |

## ENTRY OF APPEARANCE

COME NOW Debbie S. Champion and the Law Offices of Rynearson Suess Schnurbusch & Champion LLC and enter their appearance on behalf of Plaintiff/Counter-Defendant Connie Braun Casey regarding the above matter.

          RYNEARSON SUESS SCHNURBUSCH CHAMPION, LLC.

BY:    /s/ Debbie S. Champion
          Debbie S. Champion,    #38637MO
          Victor H. Essen, II,      #57629MO
          500 North Broadway, Suite 1550
          St. Louis, MO 63102
          314-421-4430 / FAX: 314-421-4431
          dchampion@rssclaw.com
          vessen@rssclaw.com
          *Attorney for Plaintiff/Counter-Defendant*
          *Connie Braun Casey*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent by the Court's electronic filing system on this 7th day of September 2018 to:

Daniel T. Batten
LAW OFFICE OF DANIEL BATTEN, LLC
P.O. Box 29576
St. Louis, MO 63126
314-452-5757
dtb@lawofficeofdanielbatten.com
*Attorney for Plaintiff/Counter-Defendant Connie Braun Casey*

Brian D. Klar
KLAR AND IZSAK, LLC
1505 S. Big Bend Blvd.
St. Louis, MO 63117
314-863-1117 / FAX: 314-863-1118
bklar@lawsaintlouis.com
*Attorney for Plaintiff/Counter-Defendant Connie Braun Casey*

Martina Bernstein
PETA FOUNDATION
1536 16th Street NW
Washington, DC 20036
202-483-7382 / FAX: 202-540-2208
martinab@petaf.org
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Marissa Lauren Curran
James P. Martin
Kelly J. Muensterman
POLSINELLI PC
100 S. Fourth Street, Ste. 1000
St. Louis, MO 63102
314-889-8000 / FAX: 314-231-1776
mcurran@polsinelli.com
jmartin@polsinelli.com
kmuensterman@polsinelli.com
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Jared S. Goodman
PETA FOUNDATION
2154 W. Sunset Blvd.
Los Angeles, CA 90026
323-210-2266 / FAX: 213-484-1648
jaredg@petaf.org
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Geordie L. Duckler
9397 SW Locust St.
Tigard, OR 97223
503-546-8052
geordied@animallawpractice.com
*Attorney for Andrew Sawyer*

Patrick John Hanley
214 E. Fourth Street
Covington, KY 41011
859-240-5080 / FAX: 859-431-2194
p.hanley@att.net
*Attorney for Vito Stramaeglia*

    /s/ Debbie S. Champion