UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 9-11-18  **Case No.** 4:16-cv-02163-CDP

Missouri Primate Foundation, et al. v. People for the Ethical Treatment of Animals, Inc., et al.

**Judge** Honorable Catherine D. Perry

**Court Reporter** G. Madden  **Deputy Clerk** E. Brown

**Attorneys for Plaintiff(s)** Victor Essen, Debbie Champion

**Attorneys for Defendant(s)** Jared Goodman, Martin Bernstein, Geordie Duckler

**Parties present for** telephone hearing on pending motions. All parties heard by the court regarding pending motions. No ruling on the motions will be issued by the court at this time. Parties to file a joint report in 30 days. Deadlines in the case management order vacated. Order to follow.

Attorneys Present : _____

Proceedings commenced: 10:02 a.m.

Proceedings concluded: 11:12 a.m.