UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) | |
| v. | ) ) | Case No. 4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) | |
| Defendants and Counterclaim Plaintiffs. | ) ) | |

**JOINT STIPULATION OF DISMISSAL OF VITO STRAMAGLIA WITH PREJUDICE**

**WHEREFORE**, pursuant to the terms of a private settlement agreement, Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a Angela G. Cagnasso (together, "Plaintiffs") and Counterclaim Defendant Jane Doe 2 a/k/a Vito Stramaglia ("Stramaglia"), by and through their counsel, have agreed to settle any and all claims against each other.

**THEREFORE**, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties who have appeared in this action, by their undersigned counsel, agree and hereby stipulate to the dismissal of Stramaglia from this action, and to the dismissal of all of Plaintiffs' claims against Stramaglia, with prejudice.

Dated: September 27, 2018

Respectfully submitted,

/s/ Jared S. Goodman
JARED S. GOODMAN (#1011876DC)
(Admitted *pro hac vice*)
PETA Foundation

2154 W. Sunset Blvd.
Los Angeles, CA 90032
323.210.2266
Fax No: 213.484.1648
jaredg@petaf.org
*Attorney for Counterclaim Plaintiffs/Defendants*

/s/ Patrick J. Hanley
PATRICK J. HANLEY (#0008115OH)
(Admitted *pro hac vice*)
214 E. Fourth St.
Covington, KY 41011
859.240.5080
Fax No: 859.431.2194
phanley@att.net
*Attorney for Counterclaim Defendant/Plaintiff
Jane Doe 2 a/k/a Vito Stramaglia*

/s/ Victor H. Essen, II
DEBBIE S. CHAMPION (#38637MO)
VICTOR H. ESSEN, II (#57629MO)
500 North Broadway, Ste. 1550
St. Louis, MO 63102
314.421.4430
Fax No. 314.421.4431
dchampion@rssclaw.com
vessen@rssclaw.com
*Attorneys for Counterclaim Defendant/Plaintiff
Connie Braun Casey*

_____
GEORDIE DUCKLER (#873780OR)
9397 SW Locust St.
Tigard, OR 97223
503.546.8052
geordied@animallawpractice.com
*Attorney for Counterclaim Defendant/Plaintiff
Andrew Sawyer*

# CERTIFICATE OF SERVICE

I certify that on September 27, 2018, the foregoing stipulation was served by electronic mail on:

Debbie S. Champion, dchampion@rssclaw.com
Victor Essen, vessen@rssclaw.com
*Attorneys for Plaintiff/Counterclaim Defendant Connie Braun Casey*

Geordie Duckler, geordied@animallawpractice.com
*Attorney for Plaintiff/Counterclaim Defendant Andrew Sawyer*

Patrick J. Hanley, p.hanley@att.net
*Attorney for Plaintiff/Counterclaim Defendant Vito Stramaglia*

/s/ Jared Goodman