IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Case No: 4:16-cv-2163-CDP |
| v | )<br>) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al. | )<br>)<br>)<br>) |
| Defendant | ) |

## MOTION FOR STIPULATED PROTECTIVE ORDER

COMES NOW Counterclaim Defendant Connie Braun Casey, by and through undersigned counsel, and for her Motion for Stipulated Protective Order, states as follows:

1. Pursuant to the report of the parties filed on October 12, 2018, regarding discovery matters in this case, the parties agreed to a Stipulated Protective Order concerning the inspection of the Counterclaim Defendant Connie Braun Casey's premises scheduled for October 30, 2018.

2. The agreed Stipulated Protective Order is attached hereto as Exhibit A.

3. The Stipulated Protective Order has been signed by all parties in this matter.

WHEREFORE, Counterclaim Defendant Connie Braun Casey prays that this Court hereby enters the Stipulated Protective Order prior to the scheduled inspection of Counterclaim Defendant Connie Braun Casey's premises on October 30, 2018.

RYNEARSON, SUESS, SCHNURBUSCH &
CHAMPION, LLC.

BY:    /s/ Victor H. Essen, II
      Debbie S. Champion,    #38637MO
      Victor H. Essen, II,      #57629MO
      500 North Broadway, Suite 1550
      St. Louis, MO 63102
      314-421-4430 / FAX: 314-421-4431
      dchampion@rssclaw.com
      vessen@rssclaw.com
      *Attorney for Plaintiff/Counter-Defendant*
      *Connie Braun Casey*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent by email and the Court's electronic filing system on this 22nd day of October 2018 to:

Daniel T. Batten
LAW OFFICE OF DANIEL BATTEN, LLC
P.O. Box 29576
St. Louis, MO 63126
314-452-5757
dtb@lawofficeofdanielbatten.com
*Attorney for Plaintiff/Counter-Defendant Connie Braun Casey*

Brian D. Klar
KLAR AND IZSAK, LLC
1505 S. Big Bend Blvd.
St. Louis, MO 63117
314-863-1117 / FAX: 314-863-1118
bklar@lawsaintlouis.com
*Attorney for Plaintiff/Counter-Defendant Connie Braun Casey*

Martina Bernstein
PETA FOUNDATION
1536 16th Street NW
Washington, DC 20036
202-483-7382 / FAX: 202-540-2208
martinab@petaf.org
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Marissa Lauren Curran
James P. Martin
Kelly J. Muensterman
POLSINELLI PC
100 S. Fourth Street, Ste. 1000
St. Louis, MO 63102
314-889-8000 / FAX: 314-231-1776
mcurran@polsinelli.com
jmartin@polsinelli.com
kmuensterman@polsinelli.com
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Jared S. Goodman
PETA FOUNDATION
2154 W. Sunset Blvd.
Los Angeles, CA 90026
323-210-2266 / FAX: 213-484-1648
jaredg@petaf.org
***Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.***

Geordie L. Duckler
9397 SW Locust St.
Tigard, OR 97223
503-546-8052
geordied@animallawpractice.com
***Attorney for Andrew Sawyer***

Patrick John Hanley
214 E. Fourth Street
Covington, KY 41011
859-240-5080 / FAX: 859-431-2194
p.hanley@att.net
***Attorney for Vito Stramaeglia***

                                                    /s/ Victor H. Essen, II