# Exhibit A

| According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0036. The time required to complete this information collection is estimated to average .25 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. | FORM APPROVED OMB NO.: 0579-0036 <br> No license may be issued unless a completed application has been received (7 U.S.C. 2132-2143), and the applicant is in compliance with the standards and regulations Section 2133. |
|---|---|

## U.S. DEPARTMENT OF AGRICULTURE
### ANIMAL AND PLANT HEALTH INSPECTION SERVICE

# APPLICATION FOR LICENSE
*(TYPE OR PRINT)*

☒ RENEWAL

**DO NOT USE THIS SPACE - OFFICIAL USE ONLY**

SEND THE COMPLETED FORM TO: WR-11-0038, ck 2568
USDA APHIS ANIMAL CARE
Western Region
2150 Centre Ave.
Building B, Mailstop 3W11
Fort Collins, CO 80526-8117
(970) 494-7478

| LICENSE NO./CUST NO | RENEWAL DATE | FEES | |
|---|---|---|---|
| 43-C-0315 321991 | 24-Jun-2011 | AMOUNT 185.00 | DATE RECEIVED 17 Jun 11 |

**1. NAME(S) OF OWNER(S) AND MAILING ADDRESS**
Connie Braun Casey
12338 Hwy C C
Festus, MO 63028

COUNTY: Jefferson    TELEPHONE (636) 931-8411

**2. ALL BUSINESS NAME, LOCATIONS, AND ALL SITES HOUSING ANIMALS** *(P.O. Box not acceptable)*
12338 Hwy C C
Festus, MO 63028
County: Jefferson    TELEPHONE ( )

**3. IF PREVIOUSLY LICENSED - NAME AND ADDRESS** Connie Braun
43-C-0126  Same address
PREVIOUS LICENSE NO.:

**4. NAME AND ADDRESS OF OTHER BUSINESS(S) HANDLING ANIMALS IN WHICH APPLICANT/LICENSEE HAS AN INTEREST**
NA

**5. TYPE OF LICENSE**
☐ A - Dealer *(Breeder)*    ☐ B - Dealer    ☒ C - Exhibitor

**7. NATURE OF BUSINESS** *(Check item that describes nature of your business)*
☐ A - Zoo    ☐ B - Aquariums    ☐ C - Auction
☐ D - Breeder    ☐ E - Pets    ☐ F - Roadside Zoo
☐ G - Circus    ☒ H - Animal Acts    ☐ I - Carnival
☐ J - Drive thru Zoo    ☐ K - Pet Store    ☐ L - Broker

**6. DATE OF LAST BUSINESS YEAR**

| FROM | | | TO | | |
|---|---|---|---|---|---|
| MO | DAY | YEAR | MO | DAY | YEAR |
| 0 6 | 1 6 | 1 0 | 0 6 | 1 6 | 1 1 |

**8. TYPE OF ORGANIZATION**
☐ Partnership    ☐ Corporation    ☒ Individual
☐ Other *(Specify)*

**9. LIST OWNERS, PARTNERS, AND OFFICERS**

| NAME AND TITLE | ADDRESS |
|---|---|
| Lisa Harned | Market St. Festus MO 63028 |
| Connie Braun Casey | 12338 Hwy CC Festus Mo 63028 |

**10. DEALER ONLY**

| | |
|---|---|
| TOTAL NO. OF ANIMALS PURCHASED IN THE LAST BUSINESS YEAR | |
| TOTAL NO. OF ANIMALS SOLD IN THE LAST BUSINESS YEAR | |
| TOTAL GROSS AMOUNT DERIVED FROM THE SALE OF ANIMALS | |
| DOLLAR AMOUNT OF WHICH FEE IS BASED *(Sections 2.6 and 2.7)* | |

**11. EXHIBITOR ONLY** *(No. of animals holding now or held during the last business year, whichever is greater)*

| | | | |
|---|---|---|---|
| DOGS | | RABBITS | |
| CATS | | NONHUMAN PRIMATES | 36 |
| GUINEA PIGS | | MARINE MAMMALS | |
| HAMSTERS | | WILD OR EXOTIC MAMMALS | |
| OTHER *(i.e., farm animals)* (List Species and No.) | ✓ Rac | TOTAL: | 36 Rac |

**CERTIFICATION** 4/26/11
I hereby make application for a license under the Animal Welfare Act 7 U.S.C.-2131 et seq. I certify that the information provided herein is true and correct to the best of my knowledge. I hereby acknowledge receipt of and certify to the best of my knowledge I am in compliance with all regulations and standards in 9 CFR, Subpart A, Parts 1, 2, and 3. I certify that I am over 18 years of age.

| 12. SIGNATURE Connie Braun Casey | 13. NAME AND TITLE *(Type or Print)* Connie Braun Casey | 14. DATE 6/13/11 |
|---|---|---|

APHIS FORM 7003
(JAN 1995)
*(Previous editions are obsolete)*

JUN 17 2011

CASEY-00572