UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MISSOURI PRIMATE FOUNDATION,** et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) Case No. 4:16-cv-02163 ) |
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al.,** | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) |

**CONSENT MOTION FOR MODIFICATION OF SECOND AMENDED CASE MANAGEMENT ORDER**

Counterclaim Plaintiffs People for the Ethical Treatment of Animals and Angela Scott hereby move for an Order modifying the Second Amended Case Management Order [ECF No. 127], as follows:

1. Section I.2(a) provides, "All parties shall disclose all expert witnesses and shall provide the Reports required by Rule 26(a)(2)(B), Fed. R. Civ. P., no later than **February 1, 2019**."

2. In a continuing effort to avoid the need for Court intervention with respect to discovery issues, the parties have conferred and agreed to modify this date as follows: "All parties shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2)(B), Fed. R. Civ. P., no later than **February 15, 2019**."

3. Specifically, counsel for Counterclaim Plaintiffs and Counterclaim Defendant Casey reached an agreement to this modification on December 21, 2018, and counsel for

Counterclaim Defendant Sawyer asserted on December 23, 2018, that he has no objection to this modification.

4. This modification was agreed upon with the express understanding of the parties that no other deadlines or provisions in the Second Amended Case Management Order shall be affected thereby.

Dated: December 31, 2018

Respectfully submitted,

/s/ Martina Bernstein
MARTINA BERNSTEIN (#230505CA)
PETA Foundation
1536 16th St. NW
Washington, DC 20036
202.483.7382
Fax No: 202.540.2208
martinab@petaf.org

JARED S. GOODMAN (#1011876DC)
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90032
323.210.2266
Fax No: 213.484.1648
jaredg@petaf.org

POLSINELLI PC
JAMES P. MARTIN (#50170)
KELLY J. MUENSTERMAN (#66968)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
jmartin@polsinelli.com

*Attorneys for Defendants/*
*Counterclaim Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on December 31, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

Debbie S. Champion, dchampion@rssclaw.com
Victor Essen, vessen@rssclaw.com
*Attorneys for Plaintiff/Counterclaim Defendant Connie Braun Casey*

Geordie Duckler, geordied@animallawpractice.com
*Attorney for Plaintiff/Counterclaim Defendant Andrew Sawyer*

/s/ Jared Goodman