UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) ) Case No. 4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) |

## [PROPOSED] ORDER

Before the Court is the Consent Motion for Modification of Second Amended Case Management Order brought by Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a Angela G. Cagnasso. **IT IS HEREBY ORDERED** that the motion is **GRANTED** as follows:

**IT IS ORDERED** that the Second Amended Case Management Order is hereby modified, in Section I.2(a), to provide: "All parties shall disclose all expert witnesses and shall provide the Reports required by Rule 26(a)(2)(B), Fed. R. Civ. P., no later than **February 15, 2019**."

**IT IS FURTHER ORDERED** that no other deadlines or provisions in the Second Amended Case Management Order shall be affected by this modification.

Date: _____          _____
                                       CATHERINE D. PERRY
                                       UNITED STATES DISTRICT JUDGE