UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) |

Case No. 4:16-cv-02163

## [PROPOSED] ORDER

Before the Court is the Second Motion to Compel the Deposition of Counterclaim Defendant Connie Braun Casey ("Casey") brought by Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott a/k/a Angela G. Cagnasso (together, "Plaintiffs") pursuant to Rules 26, 30, and 37 of the Federal Rules of Civil Procedure. Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** as follows:

**IT IS ORDERED** that within ten days of the entry of this Order, Casey shall appear for deposition at the offices of Plaintiffs' counsel at 100 S. Fourth Street, Suite 1000, St. Louis, MO 63102 for such period of time as to afford Plaintiffs' counsel a reasonable opportunity to examine Casey about any matters as to which Plaintiffs' counsel lacked an opportunity for a full and fair examination during Casey's first deposition, due to Casey's failure to timely disclose such matters in discovery.

**IT IS FURTHER ORDERED** that Casey shall pay Plaintiffs' costs and attorneys' fees relating to the motion to compel, and that Casey shall reimburse Plaintiffs' counsel for

reasonable travel and lodging costs necessitated by having to take the second deposition. Plaintiffs shall have five days following the completion of Casey's second deposition to submit an affidavit detailing all such costs and fees.

Date: _____  _____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE