IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiff, | ) ) ) Case No: 4:16-cv-2163-CDP |
| v | ) ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al. | ) ) ) ) |
| Defendant. | ) |

## COUNTERCLAIM DEFENDANT CONNIE CASEY'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO COUNTERCLAIM

COMES NOW Counterclaim Defendant Connie Casey, by and through undersigned counsel, and for her Motion for Leave to File her First Amended Answer, states as follows:

1. This Court has entered a Case Management Order giving the parties until January 8, 2019 to make amendments to their pleadings.

2. Counterclaim Defendant Connie Casey seeks to file a First Amended Answer, pleading certain affirmative defenses with more specificity.

3. Under Fed. R. Civ. P. 15, timely applications for leave to amend pleadings are to be liberally granted. Popoalii v. Correctional Medical Services, 512 F.3d 488, 497 (8th Cir. 2008) ("a district court should freely give leave").

4. A copy of the proposed First Amended Answer is attached hereto as Exhibit A.

5. The proposed First Amended Answer does not substantially alter the issues in the case.

6. No party will be prejudiced by this amendment because it will not substantially alter the scope of discovery.

WHEREFORE, Counterclaim Defendant Connie Casey prays that this Court grants her Motion for Leave to File her First Amended Answer, and for such other and further relief this Court deems necessary and proper under the circumstances.

RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION, LLC.

BY:    /s/ Victor H. Essen, II
Debbie S. Champion,     #38637MO
Victor H. Essen, II,     #57629MO
500 North Broadway, Suite 1550
St. Louis, MO 63102
314-421-4430 / FAX: 314-421-4431
dchampion@rssclaw.com
vessen@rssclaw.com
*Attorney for Plaintiff/Counter-Defendant Connie Braun Casey*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent by email and the Court's electronic filing system on this 8th day of January 2019 to:

Martina Bernstein
PETA FOUNDATION
1536 16th Street NW
Washington, DC 20036
202-483-7382 / FAX: 202-540-2208
martinab@petaf.org
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Marissa Lauren Curran
James P. Martin
Kelly J. Muensterman
POLSINELLI PC
100 S. Fourth Street, Ste. 1000
St. Louis, MO 63102
314-889-8000 / FAX: 314-231-1776
mcurran@polsinelli.com
jmartin@polsinelli.com

kmuensterman@polsinelli.com
***Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.***

Jared S. Goodman
PETA FOUNDATION
2154 W. Sunset Blvd.
Los Angeles, CA 90026
323-210-2266 / FAX: 213-484-1648
jaredg@petaf.org
***Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.***

Geordie L. Duckler
9397 SW Locust St.
Tigard, OR 97223
503-546-8052
geordied@animallawpractice.com
***Attorney for Andrew Sawyer***

Patrick John Hanley
214 E. Fourth Street
Covington, KY 41011
859-240-5080 / FAX: 859-431-2194
p.hanley@att.net
***Attorney for Vito Stramaeglia***

                                                /s/ Victor H. Essen, II