Re: angel--30 yrs--prolaspe

**From:** ████████████████████
**To:** ████████████████████
**Subject:** Re: angel--30 yrs--prolaspe
**Date:** Thu, Sep 5, 2013 10:58 am
**Attachments:** CIMG2184.JPG (2653K), CIMG2183.JPG (1712K)

ok thanks ---should i feed her today

In a message dated 9/5/2013 10:46:48 A.M. Central Daylight Time, ████████████████████ writes:

k    awaiting a call back from a dr who might help us.  options are

1. laparascopic resuspension
2. open hysterectomy
3. laparascopic hysterectomy

would have to do work at butch's place.  still exploring our options.  doug

On Thu, Sep 5, 2013 at 9:56 AM, < ████████████████ > wrote:

**From:** ████████████████
**To:** ████████████████
**Sent:** 9/4/2013 8:40:02 P.M. Central Daylight Time
**Subj:** angel--30 yrs--prolaspe

**EXHIBIT**

C

Re: angel--30 yrs--prolaspe



close up taken apx 8 pm tonite

Douglas S. Pernikoff, DVM

████████████████

2Attached Images



