## Page 1

```
         UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF MISSOURI

MISSOURI PRIMATE      )
FOUNDATION, ET AL.,   )
                      )
       Plaintiffs,    )
                      )
vs.                   )Civil Action No.
                      )
PEOPLE FOR THE ETHICAL )4:16-cv-02163-CDP
TREATMENT OF ANIMALS, )
INC., ET AL.,         )
                      )
       Defendants.    )




         DEPOSITION OF DR. DOUGLAS PERNIKOFF
           TAKEN ON BEHALF OF THE DEFENDANTS
                    JUNE 27, 2018
```

## Page 2

```
                    I N D E X
                    WITNESSES
ALL WITNESSES                           PAGE
For Defendants
DR. DOUGLAS PERNIKOFF
    Examination by Ms. Bernstein        6
    Examination by Mr. Batten           249
    Re-Eexamination by Ms. Bernstein    305
    Re-Examination by Mr. Batten        334

                    EXHIBITS
NO.         DESCRIPTION                 PAGE
Exhibit 1   Printout of documents
            produced in response to
            subpoena                    43
Exhibit 2   Records provided by Miss
            Casey                       121

Exhibit 3   Documents provided by Miss
            Casey including
            Environmental Enrichment
            Program                     164
Exhibit 4   Program of Veterinary Care
            Instructions                231



(Exhibits attached to transcript.)
```

## Page 3

```
         UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF MISSOURI

MISSOURI PRIMATE      )
FOUNDATION, ET AL.,   )
                      )
       Plaintiffs,    )
                      )
vs.                   )Civil Action No.
                      )
PEOPLE FOR THE ETHICAL )4:16-cv-02163-CDP
TREATMENT OF ANIMALS, )
INC., ET AL.,         )
                      )
       Defendants.    )


            DEPOSITION OF WITNESS, DR. DOUGLAS
PERNIKOFF, produced, sworn and examined on the 27th
day of June, 2018, between the hours of eight
o'clock in the forenoon and six o'clock in the
afternoon of that day, at the offices of
Polsinelli, PC, 100 South Fourth Street, Suite
1000, St. Louis, Missouri, before Tara Schwake, a
Registered Professional Reporter, Certified
Realtime Reporter, Certified Shorthand Reporter
(IL), Certified Court Reporter (MO), and Notary
Public within and for the State of Missouri.
```

## Page 4

```
APPEARANCES

FOR THE WITNESS:
    THE BALDWIN LAW GROUP
    12747 Olive Boulevard, Suite 280
    St. Louis, Missouri  63141
    (314) 720-6190
    by:  Mr. Brent W. Baldwin
    brent@baldwin-lawgroup.com

FOR THE DEFENDANTS:
    PETA Foundation
    1536 16th Street, N.W.
    Washington, DC  20036
    (202) 483-2190
    by:  Ms. Martina Bernstein
    martinab@petaf.org

FOR CONNIE CASEY:  (via telephone)
    KLAR, IZSAK & STENGER, LLC
    1505 South Big Bend Boulevard
    St. Louis, Missouri  63117
    (314) 863-1117
    by:  Mr. Daniel Batten
    dbatten@lawsaintlouis.com
```



EXHIBIT D

### Page 5

1  ALSO PRESENT:
2  ALARIS
3  711 North 11th Street
4  St. Louis, Missouri 63101
5  (314) 644-2191
6  1-800-280-DEPO
7  by: Ms. Tara Schwake, CRR, RPR, CCR, CSR
8  transcripts@alarislitigation.us

### Page 6

1  IT IS HEREBY STIPULATED AND AGREED by
2  and between Counsel for Plaintiffs and Counsel for
3  Defendants that this deposition may be taken by
4  Tara Schwake, Notary Public and Certified Realtime
5  Reporter, thereafter transcribed into typewriting,
6  with the signature of the witness being expressly
7  waived.
8       DR. DOUGLAS PERNIKOFF,
9  of lawful age, having been produced, sworn, and
10 examined on the part of Defendants, testified as
11 follows:
12            * * * * *
13 (Deposition commenced at 9:27 a.m.)
14         EXAMINATION
15 QUESTIONS BY MS. BERNSTEIN:
16    Q   Good morning, sir.
17    A   Hi.
18    Q   Are you presently employed?
19    A   Yes.
20    Q   And where are you employed?
21    A   The Clarkson-Wilson Veterinary Clinic
22 in Chesterfield.
23    Q   And what does that business do?
24    A   It's a veterinary, all service
25 veterinary clinic.

### Page 7

1     Q    And how long have you worked there?
2     A    Twenty-four years.
3     Q    What are your responsibilities?
4     A    I am the owner and I am also a
5  general practitioner and I play vet every day.
6     Q    Are you familiar with the Missouri
7  Primate Foundation?
8     A    I am.
9     Q    And at some point did you become a
10 member of the governing board?
11    A    When I was just graduating, I met
12 them about 36 years ago, and they asked me to be on
13 their board and at that time I was very excited to
14 be involved, especially with exotic species.
15    Q    Who asked you to be on the board of
16 the Missouri Primate Foundation?
17    A    I think it was, if I remember, it was
18 probably Connie and her husband at that time was --
19 what's his name?
20    Q    Is it Mike?
21    A    Mike Casey.
22    Q    Connie and Mike Casey?
23    A    Yeah.
24    Q    And did Connie and Mike Casey tell
25 you why they wanted you to join the Missouri

### Page 8

1  Primate Foundation board?
2     A    Not particularly. I assume because
3  of my interest in exotic animals.
4     Q    Did you have any discussions with
5  them about what was expected of you as a board
6  member?
7     A    No.
8     Q    Do you know when Missouri Primate
9  Foundation was incorporated?
10    A    I do not.
11    Q    Do you have any records relating
12 specifically to your service as a board member?
13    A    There was zero activity.
14    Q    And when you say "there was zero
15 activity," what do you mean?
16    A    I didn't even remember that I was on
17 the board recently until it was presented to me.
18 So I think it was just like a perfunctory title
19 they wanted to have maybe because of my interest in
20 exotics.
21    Q    When you say it was recently brought
22 back to your attention, who -- who brought it to
23 your attention?
24    A    I think it was Kurt Reeg, who was
25 serving at one point as Connie's attorney and he

### Page 41

1  provide a professional opinion one way or the
2  other?
3  A   Correct.
4  Q   You just have stated your belief but,
5  you know, just like, you know, we all can have
6  beliefs, you would agree that you're not giving a
7  professional opinion and you're not professionally
8  trained to provide such an opinion; is that right?
9  A   Correct.
10      MS. BERNSTEIN: Off the record.
11      (Off the record.)
12  Q   (BY MS. BERNSTEIN) So do you have
13  any expertise or training to determine whether it
14  could significantly disrupt normal behavior
15  patterns of chimpanzees if they're kept in an
16  inadequate physical environment?
17  A   No formal ability.
18  Q   No more than any other person,
19  layperson?
20  A   Well, I mean, if you're asking my
21  training, you know.
22  Q   Well, let me ask you this. Are you
23  qualified to answer the following question: If the
24  physical environment for chimpanzees is inadequate
25  to promote the psychological well-being, could it

### Page 42

1  cause harm to the chimpanzees?
2  A   I would presume so.
3  Q   And why would you presume that an
4  inadequate physical environment for chimpanzees
5  could cause harm?
6  A   Well, as a veterinarian, I would feel
7  that -- and this is a broad question, "inadequate"
8  is very broad -- but if they are, if they are not,
9  the husbandry is not good, the care is not good,
10  obviously, just like with people, it predisposes
11  the critters to be ill, or potentially ill.
12  Q   If a chimpanzee's psychological needs
13  are not met, could it likely cause injuries to the
14  chimpanzees?
15  A   Again, I'm not a behaviorist to
16  determine that. I have opinions, but...
17      MR. BALDWIN: But they're just people
18  opinions and not expert opinions; right?
19  A   Right.
20  Q   (BY MS. BERNSTEIN) Right. Right.
21  Just -- right. Because we all have opinions. I
22  just wanted to make sure that you wouldn't be
23  prepared to give an opinion as a behavioralist, one
24  way or the other, whether a chimpanzee could be
25  injured as a result of an inadequate physical

### Page 43

1  environment. Correct?
2  A   I don't have that ability to --
3  Q   Good, good. Just wanted to make sure
4  because I don't want to ask questions that you
5  wouldn't be prepared to answer one way or the
6  other, and I'm not here for asking you to just
7  provide layperson opinions or lay opinions.
8  A   Well, you know, I'm 65 years old, so
9  you develop a life.
10  Q   Of course. And I'm right with you on
11  that. I have plenty of opinions.
12      And I just want to make sure that --
13  and you certainly do not think it's your
14  responsibility and you did not take on the
15  responsibility to ensure that the chimpanzees at
16  MPF are kept in a manner that promotes their
17  psychological well-being?
18  A   Correct. That was not my
19  responsibility.
20  Q   And fair to say that over the years,
21  you did not do anything to ensure one way or the
22  other that their psychological well-being was met?
23  A   Correct.
24  Q   The records that you provided to us.
25  If you can take a look at Exhibit 1 right in front

### Page 44

1  of you, yes, we've -- we've printed out the -- if
2  you can just thumb through it and confirm that this
3  appears to be complete and these are all the
4  records you have, that you produced to us in
5  response to the subpoena?
6  A   Yeah, this looks like everything.
7  Yeah.
8  Q   Is it, is it fair to say, and for the
9  record, Exhibit 1 is a printout of the documents
10  that you produced to us in response to your
11  subpoena. And you confirm that it appears to be
12  that?
13  A   Yes.
14  Q   Okay. Is it fair to say you have no
15  other records relating to the chimpanzees at MPF?
16  A   Correct.
17  Q   Have you communicated with Connie at
18  any time about anything via e-mail?
19  A   I don't think she has e-mail.
20  Q   Okay. So I suppose that's a clear
21  no?
22  A   That's a no.
23  Q   Have you communicated with Connie
24  about anything via text?
25  A   Not about records.

## Page 149

1  facility and brought her back, kept her on the
2  antibiotics and she is well now. She's eating,
3  she's doing fine.
4      Q   What diagnosis or working diagnosis
5  did you make of what caused the problems with
6  Tammy?
7      A   She had some kind of infection
8  someplace because she had an elevated white cell
9  count as I remember and I don't know where the
10 source of the infection was, so shooting from the
11 hip. But that's not uncommon in the zoo world, so.
12     Q   How long had Tammy not been feeling
13 well by the time you saw her?
14     A   I don't know that exactly.
15     Q   Wouldn't that be important to know?
16     A   Yeah. Would be good.
17     Q   Didn't you ask?
18     A   Yeah. I mean, she probably said
19 something to the effect of, you know, she hasn't
20 been eating as much, she's been quieter, that kind
21 of thing, for a couple of days.
22     Q   When you say "probably," did you
23 write that down?
24     A   I did not.
25     Q   Do you remember --

## Page 150

1      A   Oh, you know what? Can I --
2      Q   Yes, of course.
3      A   So that record is written up, so if I
4  did ask her and it's on there, it could be on
5  there. I just don't remember.
6      Q   Right. Right. If you turn to page
7  146, there is a reference to a mixed breed canine
8  named Angel.
9      A   Angel is a primate.
10     Q   Right.
11     A   I think that's just our mistake, I
12 guess. Because that was written up on my record.
13     Q   Okay. So she's a --
14     A   I think she's still there.
15     Q   I think she died.
16     A   Do you see her here?
17     Q   Nope.
18     A   Yeah, here it is.
19     Q   Oh, she recovered?
20     A   Yeah, she's the one that died. I did
21 surgery with a human surgeon and she had a massive
22 tumor involving the reproductive tract and we
23 worked on that for probably an hour and a half, two
24 hours, and she succumbed.
25     Q   So that massive tumor that she had,

## Page 151

1  how long had she had that tumor before you were
2  asked to consult about that tumor?
3      A   I could not know that.
4      Q   Well, didn't you ask Miss Casey, just
5  say how long has she had this tumor?
6      A   She wouldn't have a tumor -- it's an
7  inside tumor.
8      Q   Right.
9      A   So she wouldn't know that there was
10 an inside tumor this big until we looked inside.
11     Q   So by the time Miss Casey asked for
12 veterinary care for Angel, it was too late to save
13 her life?
14     A   I mean, that's your interpretation.
15 I don't see it --
16     Q   No, I'm asking you. Is the first
17 time you saw Angel when it was too late to do
18 anything for her? To save her life?
19     A   Well, no, because I was trying to do
20 something to save her life; right?
21     Q   And she died because of what?
22     A   I don't know if it was the stress or
23 the shock or the long surgery, I don't know. She
24 succumbed.
25     Q   The reference here in the Subjective

## Page 152

1  Section on CASEY 146, page 146, Subjective Section,
2  "Reported prolapse of some form," a prolapse -- how
3  did Miss Casey know that there was a prolapse?
4      A   There was -- okay, I do remember
5  more. This tissue was hanging out and I don't know
6  the exact date but I --
7      Q   So that was visible?
8      A   Yes, that was visible, so I brought a
9  OB/GYN to the site and we sedated and pulled some
10 of that tissue and he wasn't sure what it was. So
11 she was doing fine. We decided to watch as I
12 remember, and then when it was still there, there
13 was more material, said, well, we probably should
14 get in there and explore and then I brought a
15 surgeon in.
16     Q   Did Miss Casey tell you how long the
17 prolapse was visible before she brought Angel in?
18     A   That I came out there? I do not
19 recall.
20     Q   That you went out there?
21     A   I do not recall.
22     Q   That would have been important to
23 know?
24     A   Yes.
25     Q   And you have no assurances that she

### Page 153

1 brought it to your attention in a timely fashion?
2     A   I guess that's true.
3     Q   There is a reference on page 148 at
4 the end of the Objective Section, "animal
5 transported back to facility, and literally
6 succumbed soon after placing in cage, cause of
7 death unknown."
8        Is that consistent with your
9 recollection?
10     A   Yeah. We did the procedure at Dr.
11 Jones's facility, so that would make sense.
12     Q   Did you charge for the surgery?
13     A   No.
14     Q   And why not?
15     A   I have a very strong Judeo-Christian
16 ethic. She was in no better condition to --
17     Q   To?
18     A   -- to pay. I just don't -- I don't
19 think about those things when I go to help her. I
20 just think I'm helping her.
21     Q   Well, you -- you charge some of your
22 clients; right?
23     A   Sure.
24     Q   And how do you determine who to
25 charge and who not to charge?

### Page 154

1     A   Well, now my office manager tells me,
2 because I give away a lot and I have historically
3 been this personality.
4     Q   But historically, how did you decide
5 who you would charge and who you would not charge?
6     A   Just random, you know. I usually had
7 a relationship as I understand this person's
8 situation and if I can help, I will.
9     Q   Right. And what you understood about
10 Miss Casey's situation is that she would not be
11 able to pay for those services?
12     A   Or not easily be able to be paid.
13     Q   Right. It would be a financial
14 hardship for her; is that right?
15     A   I think that's a fair presumption. I
16 should pay for lunch.
17     Q   As far as you know, have any of the
18 chimpanzees at MPF been vaccinated against any
19 disease?
20     A   When we handle them for anything or
21 shipping, I usually give them a tetanus shot.
22     Q   Well, any of the chimpanzees
23 currently at MPF, have they been vaccinated for any
24 disease?
25     A   I don't believe so.

### Page 155

1     Q   Is that consistent with acceptable
2 standards to have chimpanzees not vaccinated
3 against any diseases?
4     A   Not, not truly, and certainly not in
5 a formal primate facility or zoo.
6     Q   Why haven't they been vaccinated
7 against any diseases?
8     A   Well, tetanus is the most important
9 thing that I see and when I can, I try and do that,
10 and, you know, what other diseases are you
11 suggesting would be done?
12     Q   Well, I'm not suggesting anything.
13 I'm asking about what the professional standards
14 typically set forth should be the vaccines.
15     A   Right. And I believe my personal and
16 professional opinion is that if you don't have to
17 vaccinate, it's a closed environment, they don't
18 have animals moving in and out, and, you know, it's
19 a stress to do that and if we don't have to do it,
20 we don't do it.
21     Q   So have you advised Ms. Casey not to
22 vaccinate?
23     A   No. In fact, I have told her in the
24 past that we should try and establish some funding
25 to do regular annual exams on everybody.

### Page 156

1     Q   What do you mean to establish some
2 funding to do regular exams on everybody? What do
3 you mean by that?
4     A   Well, to set up a program where
5 there's more regular touching of animals on an
6 annual basis.
7     Q   You thought that would be --
8     A   I think it's a sensible, proper thing
9 to do.
10     Q   To protect their health and welfare?
11     A   Yes.
12     Q   And Miss Casey has declined to do
13 that?
14     A   I don't know that it was a decline.
15 She wasn't -- she didn't encourage it.
16     Q   Well, you advised Miss Casey that the
17 animals should have, shall we say additional
18 veterinary care to protect their health and
19 welfare; is that right?
20     A   Yes.
21     Q   And she did not take your advice?
22     A   Yeah.
23     Q   Was that because she doesn't care for
24 the animals or she doesn't have the funding to care
25 for the animals?