Exhibit A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiff, | ) ) Case No: 4:16-cv-2163-CDP |
| v | ) ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al. | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF DEPOSITION

TO: **ALL ATTORNEYS OF RECORD**

DATE & TIME: **February 8, 2019, at 9:00 a.m.**

WITNESS
TO BE DEPOSED: **Angela Scott**

PLACE OF
DEPOSITION: **500 North Broadway, Suite 1550**
**St. Louis, MO 63102**

PLEASE TAKE NOTICE that on the above date, hour and place, the undersigned shall cause the deposition of Angela Scott to be taken upon oral examination and pursuant to Federal Rules of Civil Procedure before an officer appointed or designated under Rule 30. Any party or their attorney may appear and participate as they see fit. Said deposition shall continue from day to day, at the same location until completed.

RYNEARSON SUESS SCHNURBUSCH
CHAMPION, LLC.

BY:   /s/ Victor H. Essen, II
      Debbie S. Champion,     #38637MO
      Victor H. Essen, II,      #57629MO
      500 North Broadway, Suite 1550
      St. Louis, MO 63102
      314-421-4430 / FAX: 314-421-4431
      dchampion@rssclaw.com
      vessen@rssclaw.com
      ***Attorney for Plaintiff/Counter-Defendant Connie Braun Casey***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was emailed and mailed by First Class Mail, postage prepaid, on this 18th day of January 2019 to:

Martina Bernstein
PETA FOUNDATION
1536 16th Street NW
Washington, DC 20036
202-483-7382 / FAX: 202-540-2208
martinab@petaf.org
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Marissa Lauren Curran
James P. Martin
Kelly J. Muensterman
POLSINELLI PC
100 S. Fourth Street, Ste. 1000
St. Louis, MO 63102
314-889-8000 / FAX: 314-231-1776
mcurran@polsinelli.com
jmartin@polsinelli.com
kmuensterman@polsinelli.com
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Jared S. Goodman
PETA FOUNDATION
2154 W. Sunset Blvd.
Los Angeles, CA 90026
323-210-2266 / FAX: 213-484-1648
jaredg@petaf.org
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Geordie L. Duckler
9397 SW Locust St.
Tigard, OR 97223
503-546-8052
geordied@animallawpractice.com
*Attorney for Andrew Sawyer*

Patrick John Hanley
214 E. Fourth Street
Covington, KY 41011
859-240-5080 / FAX: 859-431-2194
p.hanley@att.net
*Attorney for Vito Stramaeglia*

                                                   /s/ Victor H. Essen, II

cc:    LePage Reporting