UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) ) Case No. 4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) ) |

### [PROPOSED] ORDER

Before the Court is Counterclaim Plaintiff Angela Scott's Motion for Leave to Testify Remotely, Pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure, allowing her to be deposed via video-conference.

Good cause appearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

Date: _____       _____
                                                                                       CATHERINE D. PERRY
                                                                                       UNITED STATES DISTRICT JUDGE