# ADMINISTRATIVE DISSOLUTION
# OR REVOCATION FOR A
# NON-PROFIT CORPORATION

N01085070
Missouri Primate Foundation
Connie Braun Casey
12338 Hwy CC
Festus MO  63028

1/3/2018

### Missouri Primate Foundation
### N01085070

The above corporation has failed to comply with Section 355.706 of the Revised Statutes of Missouri (RSMo), by:

### *Failure to file a Registration Report*

Therefore, the above corporation stands **administratively dissolved or revoked** under the provisions of Section 355.711 of the RSMo, as of 1/3/2018, subject to rescission as in these acts provided.  **A corporation administratively dissolved may not carry on any business except that necessary to wind up and liquidate its business and affairs under Section 355.691.**

**To request reinstatement forms please include your name, mailing address, telephone number, entity name and entity charter number by email to** <u>rescissions@sos.mo.gov;</u> **by fax (573) 751-5841 or call toll free (866) 223-6535.**

For further information, please contact the Corporations Division at (866) 223-6535 toll free.



John R. Ashcroft
Secretary of State

EXHIBIT
B