Jason Kander Secretary of State
2016 ANNUAL REGISTRATION REPORT
NONPROFIT

**N01085070**
**Date Filed: 12/5/2016**
**Jason Kander**
**Missouri Secretary of State**

*SECTION 1, 3 & 4 ARE REQUIRED

| | |
|---|---|
| REPORT DUE BY: 8/31/2016 | |

N01085070
Missouri Primate Foundation
CONNIE BRAUN CASEY
12338 HWY CC
FESTUS MO 63028

**1**

ORGANIZED UNDER THE LAWS OF:
Missouri

PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:
12338 state rd cc                          (Required)

STREET
Festus    MO          63028
CITY / STATE         ZIP

**2** If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.
☐ The new registered agent _____
IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.
☐ The new registered office address _____
Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

**3**

**A** OFFICERS
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW

| PRESIDENT | Casey, Connie Braun |
|---|---|
| STREET | 12338 Hwy cc |
| CITY/STATE/ZIP | Festus MO 63028 |
| SECRETARY | Harned, Lisa Ann |
| STREET | 511 Market St |
| CITY/STATE/ZIP | Festus MO 63028 |
| STREET | |
| CITY/STATE/ZIP | |

**B** BOARD OF DIRECTORS
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST THREE DIRECTORS BELOW

| NAME | Pernikoff, Dr Doug |
|---|---|
| STREET | 32 Clarkson-wilson centre |
| CITY/STATE/ZIP | st louis MO 63017 |
| NAME | Marshall, Debbie |
| STREET | 4609 Eler rd |
| CITY/STATE/ZIP | Villa Ridge MO 63089 |
| NAME | Harned, Lisa |
| STREET | 511 Market st |
| CITY/STATE/ZIP | Festus MO 63028 |
| NAME | |
| STREET | |
| CITY/STATE/ZIP | |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

**4** The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 576.060 RSMo. Photocopy or stamped signature not acceptable.

Authorized party or officer sign here    Connie Braun Casey                          (Required)

Please print name and title of signer:    Connie Braun Casey    /    President
                                          NAME                      TITLE

REGISTRATION REPORT FEE IS:
__$10.00 If filed on or before 8/31/2016
__$15.00 If filed after 9/30/2016

Corporation will be administratively dissolved if report is not filed by 11/29/2017

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL): _____

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 1366, Jefferson City, MO 65

**EXHIBIT**
1