UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION et al., | ) ) ) |
| Plaintiffs and Counter-Defendants, | ) ) |
| v. | ) ) Case No. 4:16 CV 2163 CDP |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) ) |
| Defendant and Counter-Plaintiff. | ) |

## ORDER

Having fully considered the parties' positions,

**IT IS HEREBY ORDERED** that the Second Motion to Compel the Deposition of Counterclaim Defendant Connie Braun Casey [135] is **GRANTED** only to the extent that she may be deposed for an additional two hours and is otherwise denied.

**IT IS FURTHERED ORDERED** the Motion for Leave to File an Amended Answer to the Counterclaim [137] is **GRANTED.**

**IT IS FURTHERED ORDERED** the Motion to Testify Remotely by Angela Scott [143] is **DENIED.**

**IT IS FURTHERED ORDERED** the Motion for Protective Order [147] is **GRANTED** only to the extent that PETA may take the corporate designee

deposition of Missouri Primate Foundation, but the deposition is limited to two hours.

                                                                       _____
                                                                       CATHERINE D. PERRY
                                                                       UNITED STATES DISTRICT JUDGE

Dated this 4th day of February, 2019.