IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiff, | ) ) Case No: 4:16-cv-2163-CDP |
| v | ) ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al. | ) ) ) ) |
| Defendant | ) |

## CONSENT MOTION FOR AMENDMENT OF CASE MANAGEMENT ORDER AND/OR EXTENSION OF TIME

COMES NOW Counterclaim Defendant Connie Braun Casey, by and through undersigned counsel, and for her Consent Motion for Amendment of Case Management Order and/or Extension of Time, states as follows:

1. A previously noticed deposition of Counterclaim Plaintiff Angela Scott for February 22, 2019 was canceled by counsel for Counterclaim Plaintiff Angela Scott.

2. Counsel for Connie Casey and counsel for Counterclaim Plaintiffs People for the Ethical Treatment of Animals, Inc. and Angela Scott reached an agreement whereby the parties agreed to reschedule Counterclaim Plaintiff Angela Scott's deposition for March 22, 2019 and to extend the deadline for the disclosure of any rebuttal expert reports to March 29, 2019.

3. This modification was agreed upon with the understanding of the parties that no other deadlines or provisions in the Second Amended Case Management Order shall be affected thereby.

4. Consequently, counsel for Counterclaim Defendant Connie Casey requests that that this Court enter its Order amending the existing Case Management Order to extend the deadline for rebuttal expert report disclosure to March 29, 2019.

WHEREFORE, Counterclaim Defendant Connie Braun Casey prays that this Court grants the Consent Motion for Amendment of the Case Management Order and/or Extension of Time to extend the deadline for rebuttal expert disclosure to March 29, 2019, and for such other relief this Court deems necessary and proper under the circumstances.

                     RYNEARSON SUESS SCHNURBUSCH
                     CHAMPION, LLC.

BY:   /s/ Victor H. Essen, II
       Debbie S. Champion,     #38637MO
       Victor H. Essen, II,       #57629MO
       500 North Broadway, Suite 1550
       St. Louis, MO 63102
       314-421-4430 / FAX: 314-421-4431
       dchampion@rssclaw.com
       vessen@rssclaw.com
       *Attorney for Plaintiff/Counter-Defendant*
       *Connie Braun Casey*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was mailed by First Class Mail, postage prepaid, and sent by the Court's electronic filing system on this 15th day of March 2019 to:

Martina Bernstein
PETA FOUNDATION
1536 16th Street NW
Washington, DC 20036
202-483-7382 / FAX: 202-540-2208
martinab@petaf.org
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Marissa Lauren Curran
James P. Martin
Kelly J. Muensterman
POLSINELLI PC
100 S. Fourth Street, Ste. 1000
St. Louis, MO 63102
314-889-8000 / FAX: 314-231-1776
mcurran@polsinelli.com
jmartin@polsinelli.com
kmuensterman@polsinelli.com
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Jared S. Goodman
PETA FOUNDATION
2154 W. Sunset Blvd.
Los Angeles, CA 90026
323-210-2266 / FAX: 213-484-1648
jaredg@petaf.org
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Geordie L. Duckler
9397 SW Locust St.
Tigard, OR 97223
503-546-8052
geordied@animallawpractice.com
*Attorney for Andrew Sawyer*

Patrick John Hanley
214 E. Fourth Street
Covington, KY 41011
859-240-5080 / FAX: 859-431-2194
p.hanley@att.net
*Attorney for Vito Stramaeglia*

                                                /s/ Victor H. Essen, II