UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) | |
| v. | ) ) | Case No. 4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) | |
| Defendants and Counterclaim Plaintiffs. | ) ) ) | |

## COUNTERCLAIM PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST COUNTERCLAIM DEFENDANT ANDREW SAWYER

Pursuant to Federal Rule of Civil Procedure 56, Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott (together, "Plaintiffs"), move the Court for summary judgment on Plaintiffs' claims against Counterclaim Defendant Andrew Sawyer ("Sawyer"). Summary judgment is proper because there is no genuine dispute as to any material fact and Plaintiffs are entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a). In support of this motion, Plaintiffs incorporate as if fully set forth herein their Memorandum and Statement of Uncontroverted Material Facts filed concurrently herewith.

**WHEREFORE,** Plaintiffs respectfully requests that the Court enter an Order in the form submitted herewith,

(1) granting summary judgment in their favor and against Sawyer, by finding that Sawyer has violated and continues to violate the Endangered Species Act and its implementing regulations, by unlawfully taking the chimpanzee Joey ("Joey"), a federally protected animal (16 U.S.C. § 1538(a)(1)(B), (G); 50 C.F.R. §§ 17.11(h), 17.21(c), 17.31(a)), and

by continuing to possess Joey who was unlawfully taken (16 U.S.C. § 1538(a)(1)(D); 50 C.F.R. §§ 17.11(h), 17.21(d), 17.31(a));

(2) entering an injunction terminating Sawyer's ownership and possessory rights with respect to Joey, and prohibiting Sawyer from owning or possessing endangered or threatened animals in the future, and from otherwise violating the ESA; and

(3) scheduling a hearing to address the appointment of a special master or guardian ad litem to determine placement of Joey at an appropriate Global Federation of Animal Sanctuaries accredited sanctuary, consistent with his best interests.

Dated: March 18, 2019                       Respectfully submitted,

/s/ Martina Bernstein
MARTINA BERNSTEIN (#230505CA)
PETA Foundation
1536 16th St. NW
Washington, DC 20036
202.483.7382
Fax No: 202.540.2208
martinab@petaf.org

JARED S. GOODMAN (#1011876DC)
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90026
323.210.2266
Fax No: 213.484.1648
jaredg@petaf.org

POLSINELLI PC
JAMES P. MARTIN (#50170)
KELLY J. MUENSTERMAN (#66968)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
jmartin@polsinelli.com

*Attorneys for Defendants/
Counterclaim Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I certify that on March 18, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

Debbie Champion, dchampion@rssclaw.com
Victor H. Essen, vessen@rssclaw.com
*Attorneys for Plaintiff/Counterclaim Defendant Connie Braun Casey*

Geordie Duckler, geordied@animallawpractice.com
*Attorney for Plaintiff/Counterclaim Defendant Andrew Sawyer*

/s/ Jared S. Goodman