# Jared Goodman

| | |
|---|---|
| **From:** | Martina Bernstein |
| **Sent:** | Wednesday, March 20, 2019 1:06 PM |
| **To:** | Victor Essen; Debbie Champion |
| **Cc:** | Jared Goodman |
| **Subject:** | RE: PETA v. MPF/transfer of chimpanzees |

Thank you for confirming.  As Mr. Goodman mentioned, we are in the process of confirming dates for Ms. Scott's deposition. Will you be able to proceed with Ms. Scott's deposition next week? If so, please provide a date certain so that we can relate it to the client and attempt to accommodate your availability.

Martina Bernstein
Senior Litigation Counsel

PETA Foundation
1536 16th Street NW
Washington DC, 20036
T: 626.376.3744
F: 202.540.2208

**From:** Victor Essen <vessen@rssclaw.com>
**Sent:** Wednesday, March 20, 2019 1:03 PM
**To:** Martina Bernstein <MartinaB@petaf.org>; Debbie Champion <dchampion@rssclaw.com>
**Cc:** Jared Goodman <JaredG@PetaF.org>
**Subject:** RE: PETA v. MPF/transfer of chimpanzees

We are not intending to go forward with that.

Victor H. Essen, II
Rynearson, Suess, Schnurbusch
& Champion, L.L.C.
500 N. Broadway, Suite 1550
St. Louis, MO 63102
(314) 421-4430
FAX: (314) 421-4431

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communications is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me AT ONCE.

# Jared Goodman

| | |
|---|---|
| **From:** | Martina Bernstein |
| **Sent:** | Thursday, March 21, 2019 7:52 AM |
| **To:** | Victor Essen; Debbie Champion |
| **Cc:** | Jared Goodman; Martina Bernstein |
| **Subject:** | RE: PETA v. MPF/confirming Scott deposition for next week |

Per our previous request, can you propose another date please, on which you are available for Ms. Scott's deposition?

Martina Bernstein
Senior Litigation Counsel

PETA Foundation
<u>1536 16th Street NW</u>
<u>Washington DC, 20036</u>
T: 626.376.3744
F: 202.540.2208


**From:** Victor Essen <vessen@rssclaw.com>
**Sent:** Thursday, March 21, 2019 7:48 AM
**To:** Martina Bernstein <MartinaB@petaf.org>; Debbie Champion <dchampion@rssclaw.com>
**Cc:** Jared Goodman <JaredG@PetaF.org>
**Subject:** RE: PETA v. MPF/confirming Scott deposition for next week

No, we cannot confirm March 29 as a viable date for the deposition because Debbie is out of town at a conference that day.  I am also in Kansas City for another deposition the day before that, and I am not sure when I am getting back.  Furthermore, that date also would not be reasonable given the state of the scheduling order.

Victor H. Essen, II
Rynearson, Suess, Schnurbusch
& Champion, L.L.C.
500 N. Broadway, Suite 1550
St. Louis, MO 63102
(314) 421-4430
FAX: (314) 421-4431

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communications is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please advise me AT ONCE.

**From:** Martina Bernstein [mailto:MartinaB@petaf.org]
**Sent:** Wednesday, March 20, 2019 5:11 PM
**To:** Victor Essen; Debbie Champion
**Cc:** Jared Goodman; Martina Bernstein
**Subject:** [EXTERNAL] RE: PETA v. MPF/confirming Scott deposition for next week
**Importance:** High

Dear Counsel:

Further to my previous email, **we are able to confirm Ms. Scott's deposition at your offices next week, March 29**. To allow Ms. Scott and her counsel to make travel arrangements, please confirm this date by noon tomorrow. Thank you.

Also, at your request, we have released Dr. Reyes-Illg from her deposition next week.

Martina Bernstein
Senior Litigation Counsel

PETA Foundation
1536 16th Street NW
Washington DC, 20036
T: 626.376.3744
F: 202.540.2208


**From:** Victor Essen <vessen@rssclaw.com>
**Sent:** Wednesday, March 20, 2019 1:03 PM
**To:** Martina Bernstein <MartinaB@petaf.org>; Debbie Champion <dchampion@rssclaw.com>
**Cc:** Jared Goodman <JaredG@PetaF.org>
**Subject:** RE: PETA v. MPF/transfer of chimpanzees

We are not intending to go forward with that.

Victor H. Essen, II
Rynearson, Suess, Schnurbusch
& Champion, L.L.C.
500 N. Broadway, Suite 1550
St. Louis, MO 63102
(314) 421-4430
FAX: (314) 421-4431

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communications is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes

through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please advise me AT ONCE.

**From:** Martina Bernstein [mailto:MartinaB@petaf.org]
**Sent:** Wednesday, March 20, 2019 2:51 PM
**To:** Victor Essen; Debbie Champion
**Cc:** Jared Goodman
**Subject:** [EXTERNAL] RE: PETA v. MPF/transfer of chimpanzees

Thank you. Will you still be proceed with the deposition next week, or may we release Dr. Reyes-Illig from the deposition you still have not noticed?

Martina Bernstein
Senior Litigation Counsel

PETA Foundation
1536 16th Street NW
Washington DC, 20036
T: 626.376.3744
F: 202.540.2208

**From:** Victor Essen <vessen@rssclaw.com>
**Sent:** Wednesday, March 20, 2019 12:48 PM
**To:** Martina Bernstein <MartinaB@petaf.org>; Debbie Champion <dchampion@rssclaw.com>
**Cc:** Jared Goodman <JaredG@PetaF.org>
**Subject:** RE: PETA v. MPF/transfer of chimpanzees

As we said in our pleading, we are requesting the information and will supplement accordingly.

Victor H. Essen, II
Rynearson, Suess, Schnurbusch
& Champion, L.L.C.
500 N. Broadway, Suite 1550
St. Louis, MO 63102
(314) 421-4430
FAX: (314) 421-4431

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communications is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please advise me AT ONCE.

**From:** Martina Bernstein [mailto:MartinaB@petaf.org]
**Sent:** Wednesday, March 20, 2019 2:21 PM
**To:** Debbie Champion
**Cc:** Victor Essen; Jared Goodman
**Subject:** [EXTERNAL] PETA v. MPF/transfer of chimpanzees
**Importance:** High

Dear Counsel:

As you may be aware, in a previous representation to the court, Casey assured the Court that she would not transfer any other chimpanzees, pending resolution of this suit. ("While Ms. Casey disputes that she cannot transfer her chimpanzees or that doing so constitutes spoliation, **Ms. Casey has no plans or intent to transfer any of the other chimpanzees pending resolution of this suit**." ECF 82 at 3 (emphasis added)). In reliance on these assurances, Plaintiffs sought no further relief from the Court to prevent future spoliation of the chimpanzees at issue. Please confirm that no such legal transfer has taken place, and that Casey still retains legal custody and control of the chimpanzees--even while she may transfer physical custody or care to others.

To the extent that Casey has failed to abide by her assurances to the Court, please advise us immediately. Also, to allow us to seek an emergency remedy, please inform us of the identity of the chimpanzees at issue and the purported new "owner."

Martina Bernstein
Senior Litigation Counsel

PETA Foundation
1536 16th Street NW
Washington DC, 20036
T: 626.376.3744
F: 202.540.2208