UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) ) ) Case No. 4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) |

### [PROPOSED] ORDER

Before the Court is Counterclaim Plaintiffs' motion to preclude the opinion testimony of Thomas "Butch" Jones, D.V.M. ("Jones") in his capacity as a non-retained expert.

Good cause appearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and that Jones is precluded from offering any expert opinions in this matter.

Date: _____ _____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE