# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) Case No. 4:16-cv-02163 ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) |

## DECLARATION OF MARTINA BERNSTEIN

Pursuant to 28 U.S.C. § 1746, I, Martina Bernstein, declare the following to be true and correct to the best of my knowledge and belief:

1. I am counsel for Counterclaim Plaintiffs People for the Ethical Treatment of Animals, Inc. and Angela Scott (together, "Plaintiffs"). I make this declaration based upon my personal knowledge and upon information available to me as Plaintiffs' counsel.

2. **Exhibit A** attached hereto is a true and correct copy of the relevant pages of the deposition testimony of Thomas "Butch" Jones, D.V.M., whom I deposed in his capacity as a fact witness in this case.

3. **Exhibit B** attached hereto is a true and correct copy of "Counterclaim Defendant Connie Casey's Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(2)."

4. Prior to filing this motion, Plaintiffs' counsel conferred with Counterclaim Defendant Casey's counsel Victor Essen to describe the inadequacy of Casey's non-retained expert

disclosures and request that they be amended to comply with the applicable rule. Essen declined to supplement the disclosures.

    I declare under the penalty of perjury that the foregoing is true and correct.


October 1, 2019                                                      */s/ Martina Bernstein*
Corona, CA                                                          Martina Bernstein