# Exhibit A

Email or Phone  Password

Sign Up  Log In

Forgot account?

# Saving Connie's Chimps From PETA

🌐 Public group

About

Discussion

| Tonia's post

Members

Events

Videos

Photos

Files

Search this group



+ Join Group  ⋯ More  Join this group to post and comment.

**Tonia Rene Haddix** created the group **Saving Connie's Chimps From PETA**.

December 25, 2018

❤️👍 5

Share

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2019