# Exhibit B

| Email or Phone | Password | |
|---|---|---|
| | | Log In |
| Sign Up | | Forgot account? |

# Saving Connie's Chimps From PETA

🌐 Public group

- About
- Discussion
- **Tonia's post**
- Members
- Events
- Videos
- Photos
- Files

Search this group 🔍



➕ **Join Group**    ••• More    Join this group to post and comment.



**Tonia Rene Haddix**
January 2

This is Connie's Attorney's info. Anyone that can and is willing to make a donation to help it would be greatly appreciated. Thus far PETA has ran Connie over 150,000 in legal fees and she has till November of 2019 till trial. I made this page for all to know what's going on with this case and to allow Connie to feel the love and support of the community. She is on this page and is aware of all the post, she just has a hard time asking for help but if she doesn't have it she can't continue to fight. At one point she was so whipped she felt she had no choice but to give in and let PETA have the chimps, but with some encouragement and help she got back in the fight and has won some significant battles and has a very good chance of keeping all of her babies so please help her in doing so.



👍❤️ 10      7 Comments

↗ Share

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch



Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2019