# Exhibit C

Email or Phone    Password
Sign Up                                                Log In
                                           Forgot account?

# Saving Connie's Chimps From PETA
🌐 Public group

- About
- Discussion
- | Tonia's post
- Members
- Events
- Videos
- Photos
- Files

Search this group



+ Join Group    ··· More    Join this group to post and comment.

 **Tonia Rene Haddix**
January 14

PETA is on the move again!!! File motions and trying to drain Connie financially and emotionally. Her attorney Bill is growing approximately 20,000 a month. Every attorney she's had says they have never seen such ruthless and heartless people as Jared Goodman and Martina Bernstein. I realize some don't realize the importance of saving these chimps and the impact of PETA winning will have on all of us but it will without a doubt impact all private owners of exotic animals. As we have already seen with the elephants PETA is out to make sure all animals are not ours. If anyone goes on to their web site a type in monkeys you can see they are silently chipping away at taking all our rights. Furthermore I realize that people feel Connie has been helped out a lot or she to old to care for these chimps well everyone is entitled to their opinion but I will say this I've only been helping Connie for the past 6 months and go weekly to clean cages and that lady can work circles around most. Her love and dedication is greater then anyone else's I've known. And she is blessed to have a wonderful daughter and some very close and loyal friends that lend a hand. She is aware of her age and is putting a plan together so not only can she have more help but the chimps will have the stability to stay in their home for their life and have the resources to physically and financially care for them. So I am so asking everyone that has a love for animals to send what ever donation they can to Connie's attorney to help her continue the fight to preserve a dying legacy. She has owned chimps 50 years and has so much of these captive bred chimps history it's a shame to see this die. No more chimp card or movies? Why because of some terrorist organization that feels they have a right to take this away? Well I for one have the love for these animals thanks to the performing monkeys and chimps. I still am fascinated with that art. So please if you can donate do if not please share this to help Connie keep what rightfully belong to her and that's her babies..

English (US) · Español · 
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▼
Facebook © 2019



👍😢😠 12    2 Comments   28 Shares

Share