# Exhibit D

# Jared Goodman

| | |
|---|---|
| **From:** | Victor Essen <vessen@rssclaw.com> |
| **Sent:** | Monday, October 21, 2019 12:27 PM |
| **To:** | Martina Bernstein |
| **Cc:** | Debbie Champion; Jared Goodman |
| **Subject:** | RE: MPF v. PETA/Deposition of Ms. Casey about new matters |

I cannot agree to any more time than has already been ordered by the Court. If anything, I think that the recently filed Motion should actually narrow the live issues that need to be explored.

Victor H. Essen, II
Rynearson, Suess, Schnurbusch
& Champion, L.L.C.
500 N. Broadway, Suite 1550
St. Louis, MO 63102
(314) 421-4430
FAX: (314) 421-4431

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communications is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please advise me AT ONCE.

**From:** Martina Bernstein [mailto:MartinaB@petaf.org]
**Sent:** Thursday, October 17, 2019 1:20 PM
**To:** Victor Essen
**Cc:** Debbie Champion; Jared Goodman
**Subject:** [EXTERNAL] RE: MPF v. PETA/Deposition of Ms. Casey about new matters

Victor:

In light of today's filing, please confirm that Ms. Casey will make herself available to testify about the matters she claimed in her affidavit, *in addition to* the previously ordered hours for which we have currently noticed Ms. Casey in her individual and representative capacities. I estimate that we will require approximately two additional hours next week to cross-examine her about these newly asserted defenses.

Martina Bernstein
Senior Litigation Counsel

PETA Foundation
1536 16th Street NW
Washington DC, 20036
T: 626.376.3744
F: 202.540.2208