**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MISSOURI PRIMATE FOUNDATION,** et al., | ) ) ) | |
| **Plaintiffs and Counterclaim Defendants,** | ) ) ) ) | |
| **v.** | ) ) | **Case No. 4:16-cv-02163** |
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al.,** | ) ) ) ) | |
| **Defendants and Counterclaim Plaintiffs.** | ) ) ) | |

## DECLARATION OF MARTINA BERNSTEIN

Pursuant to 28 U.S.C. § 1746, I, Martina Bernstein, declare the following to be true and correct to the best of my knowledge and belief:

1. I am counsel for Counterclaim Plaintiffs People for the Ethical Treatment of Animals, Inc. and Angela Scott (together, "Plaintiffs"). I make this declaration based upon my personal knowledge and upon information available to me as Plaintiffs' counsel.

2. **Exhibit A** attached hereto is a true and correct copy of a document titled "COUNTERCLAIM PLAINTIFFS' FIRST INTERROGATORIES TO COUNTERCLAIM DEFENDANT TONIA HADDIX" [sic] ("Responses") served via email by Tonia Haddix ("Haddix") on June 21, 2020.

3. The Responses were not verified.

4. At my request, a telephone conference was initiated on June 24, at 11 a.m., to confer about the deficiencies of the Responses.

5. My co-counsel, Jared Goodman, I, and Haddix participated in the conference.

6.      I explained at the outset the reason and purpose for the conference under the applicable rules, and expressed the hope that the need for Court intervention could be avoided if Haddix provided additional information that was omitted from the Responses.

7.      Approximately 8 minutes into the conference, after I had just completed outlining what facts were missing from the responses to the first five Interrogatories, Haddix became irate, stated "I don't care what information PETA wants," "I don't want to talk to you anymore," and "you are pissing me off," among other things.

8.      When I attempted to resume the conference, Haddix hung up.

I declare under the penalty of perjury that the foregoing is true and correct.


June 25, 2020                                          */s/ Martina Bernstein*
                                                       Martina Bernstein

# Exhibit A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MISSOURI PRIMATE FOUNDATION,** et al., | ) ) ) | |
| **Plaintiffs and** **Counterclaim Defendants,** | ) ) ) ) | |
| **v.** | ) ) ) | Case No. 4:16-cv-02163 |
| **PEOPLE FOR THE ETHICAL** **TREATMENT OF ANIMALS, INC., et al.,** | ) ) ) ) | |
| **Defendants and** **Counterclaim Plaintiffs.** | ) ) | |

**COUNTERCLAIM PLAINTIFFS' FIRST INTERROGATORIES TO**
**<u>COUNTERCLAIM DEFENDANT TONIA HADDIX</u>**

Pursuant to Federal Rule of Civil Procedure 33 and Local Rule 3.03, Counterclaim Plaintiffs People for the Ethical Treatment of Animals, Inc. and Angela Scott (together, "Counterclaim Plaintiffs") propound the following interrogatories to Counterclaim Defendant Tonia Haddix ("Haddix"), to be answered, and verified, in accordance with the federal and local rules and within thirty days of service hereof.

**INSTRUCTIONS AND DEFINITIONS**

1.      "You" and "your" shall refer to Haddix and any representatives, agents, volunteers, employees, and others acting at Haddix's direction or on Haddix's behalf.

2.      "Facility" refers to the premises of the Missouri Primate Foundation ("MPF") located at 1230 State Road, Festus, Missouri, 63028, or any other relevant property under the custody or control of MPF.

3.      The words "and" and "or" shall be construed either conjunctively or disjunctively as necessary to make the requests inclusive rather than exclusive. The word "including" shall be construed to mean without limitation.

4.      The use of the singular form of any word includes the plural and vice versa.

## INTERROGATORIES

**Interrogatory No. 1** Identify by name and current address "the family members" and "volunteers" that you claim in paragraph 26 of your Answer "assist in the care of the chimpanzees present at Facility[.]"

**RESPONSE:** Redundant in nature. Same people helped out as you are of knowledge to. Penny and Byron Healzer, Kevin and Lisa Harned

**Interrogatory No. 2** If you contend that "the handling and groupings of the chimpanzees" at the Facility, referenced in paragraph 62 of your Answer, has changed since December 18, 2018, identify all such changes.

**RESPONSE** Due to complexity and intelligence of chimps many changes of grouping occurred based on factors such as sex, personality and compatibility

**Interrogatory No. 3** With respect to each alteration or change identified in response to the previous interrogatory, state when and why the alteration or change occurred.

**RESPONSE:** No specific reason or for a specific amount of time. Was attempting to form a large group for social reasons but due to different up bringing and male dominated issues found a balance

**Interrogatory No. 4** If you contend that "the housing and enrichment" at the Facility, referenced in paragraph 75 of your Answer, has changed since December 18, 2018, identify all such changes.

**RESPONSE:** Again very redundant question. Groups were changed to find right balance for social emotional and intellectual stimulation. Scheduled daily enrichment done with each chimp in mind

**Interrogatory No. 5** With respect to each alteration or change identified in response to the previous interrogatory, state when and why the alteration or change occurred.

**RESPONSE:**

**Interrogatory No. 6** If you contend that the maintenance of the "enclosures" at the Facility, referenced in paragraph 106 of your Answer, has changed since December 18, 2018, identify all such changes.

**RESPONSE:** Due to wanting xhimps to have more enrichment new toys hammocks and other things added. Cages cleaned and spotted daily with. Continuing pairing and general maintenance being done as needed

**Interrogatory No. 7** With respect to each alteration or change identified in response to the previous interrogatory, state when and why the alteration or change occurred.

**RESPONSE:** Ongoing changes since Jan 2018, trial and error with new ideas to improve chimps overall health and wellness

**Interrogatory No. 8** With respect to your contention in paragraph 115 of your Answer that the "general conditions of the premises" differs from those alleged in paragraph 115 of the Amended Counterclaim, identify these alleged differences.

**RESPONSE:** Continued efforts to maintain a safe and clean environment is done daily. As well as a prep kitchen was placed at facility and cooler for food storage. Regular pest control being done

**Interrogatory No. 9** With respect to each different general condition identified in response to the previous interrogatory, state when and why the condition was changed.

**RESPONSE:** Of coarse with these things being done chimps are happier and I'm general look good in appearance

**Interrogatory No. 10** If you contend that the manner of feeding the chimpanzees at the Facility changed since December 18, 2018, identify all such changes.

**RESPONSE:** Again redundant question but due to added prep kitchen and coolers as well as scheduled feedings and chimp specific likes and dislikes as well as way food is handled has changed

**Interrogatory No. 11** With respect to each alteration or change identified in response to the previous interrogatory, state when and why the alteration or change occurred.

**RESPONSE:** Chimps overall condition and health appears to be improved

**Interrogatory No. 12** If you contend that since December 18, 2018, the chimpanzees at the Facility received adequate preventive veterinary care, identify all facts that support your contention, including the date(s) such care was provided and the person(s) responsible for providing such care.

**RESPONSE:** All chimps wee seen by my vet Casey Talbot in January 2020 for general health assessment, lab work and chest X-ray with teeth exams and nail are

**Interrogatory No. 13** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 1.

**RESPONSE** Again very redundant due to limited people involved in actual chimp care for many reasons such as health risk and safety of the chimps. But a few people could verify such improvements if they won't be harassed

**Interrogatory No. 14** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 2.

**RESPONSE:** I will gladly supply photos as evidence if need be

**Interrogatory No. 15** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 3.

**RESPONSE:** Again redundant question, continue to state the obvious. Same people are aware of my care and have been identified

**Interrogatory No. 16** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 4.

**RESPONSE:** Again redundant and a waste of my efforts. But per all ready stated facts same people all ready identified can state noted changes

**Interrogatory No. 17** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 5.

**RESPONSE:** Repeat answer

**Interrogatory No. 18** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 6.

**RESPONSE:** Repeat answer

**Interrogatory No. 19** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 6.1 [sic].

**RESPONSE:** Repeat answer

**Interrogatory No. 20** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 8.

**RESPONSE:** Repeat answer

**Interrogatory No. 21** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 9.

**RESPONSE:** Same response as above

**Interrogatory No. 22** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 10.

**RESPONSE:** Same response as above

**Interrogatory No. 23** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 11.

**RESPONSE:** Same response as above

**Interrogatory No. 24** Identify all facts, including all documentary evidence and witnesses with knowledge, which you claim support your alleged AFFIRMATIVE DEFENSE No. 12.

**RESPONSE** Redundant question . Continue to state those that have knowledge of my care of the chimps is above standard per the AWA and the few people that have knowledge is been identified and remains the same

**Interrogatory No. 25** Describe any efforts at the Facility since December 18, 2018 to breed any of the chimpanzees present at the Facility.

**RESPONSE:** No breeding efforts has occurred

Dated: June 16, 2020                              Respectfully submitted,

                                                  /s/ Jared Goodman
                                                  JARED GOODMAN (#1011876DC)
                                                  PETA Foundation
                                                  2154 W. Sunset Blvd.
                                                  Los Angeles, CA 90026
                                                  323.210.2266
                                                  Fax No: 213.484.1648
                                                  jaredg@petaf.org

                                                  MARTINA BERNSTEIN (#230505CA)
                                                  PETA Foundation
                                                  1536 16th St. NW
                                                  Washington, DC 20036
                                                  202.483.7382
                                                  Fax No: 202.540.2208
                                                  martinab@petaf.org

                                                  POLSINELLI PC
                                                  JAMES P. MARTIN (#50170)
                                                  KELLY J. MUENSTERMAN (#66968)
                                                  100 S. Fourth Street, Suite 1000
                                                  St. Louis, MO 63102
                                                  314.889.8000
                                                  Fax No: 314.231.1776
                                                  jmartin@polsinelli.com
                                                  *Attorneys for Defendants/*
                                                  *Counterclaim Plaintiffs*

## VERIFICATION

I,_____, hereby verify under penalty of perjury under the laws of the United States of America that the foregoing answers are true and correct to the best of my knowledge, information, and belief.

Executed on_____, 2020.


_____
Name


_____
Title

**CERTIFICATE OF SERVICE**

I certify that on June 16, 2020, the foregoing interrogatories were served by electronic

mail to:

Tonia Haddix, lazyjet69@yahoo.com
*Appearing Pro Se*

Debbie Champion, dchampion@rssclaw.com
Victor H. Essen, vessen@rssclaw.com
*Attorneys for Plaintiff/Counterclaim Defendant Connie Braun Casey*

Geordie Duckler, geordied@animallawpractice.com
*Attorney for Plaintiff/Counterclaim Defendant Andrew Sawyer*


          /s/ Jared Goodman