UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) Case No. 4:16-cv-02163 ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) |

## [PROPOSED] ORDER

Before the Court is the Motion for an Order Compelling Discovery Against Counterclaim Defendant Tonia Haddix ("Haddix") brought by Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott (together, "Plaintiffs") pursuant to Rules 30 and 37 of the Federal Rules of Civil Procedure. Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** as follows:

**IT IS ORDERED** that within ten days of the entry of this Order, Haddix shall serve verified responses to Counterclaim Plaintiffs' First Interrogatories to Counterclaim Defendant Tonia Haddix, and provide full and complete information requested in Plaintiffs' Interrogatories.

**IT IS FURTHER ORDERED** that Haddix shall pay Plaintiffs' costs and attorneys' fees relating to the motion to compel. Plaintiffs shall have fourteen days from the date of this Order to submit an affidavit detailing all such costs and fees.

Date: _____     _____
                                  CATHERINE D. PERRY
                                  UNITED STATES DISTRICT JUDGE