IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiff, | ) ) Case No:  4:16-cv-2163-CDP |
| v | ) ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al. | ) ) ) ) |
| Defendant | ) |

**OFFER OF JUDGMENT**

COMES NOW Plaintiff/Counterclaim Defendant Connie Braun Casey ("Ms. Casey"), by and through the undersigned counsel, and hereby offers to allow entry of judgment to be taken against her and in favor of Counterclaim Plaintiffs pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

1. Count 1:

   a. Entering a declaratory judgment that Counterclaim Defendant's treatment of endangered chimpanzees at issue in Counterclaim Plaintiff's pleadings violated the ESA's prohibition on the "take" of an endangered species set forth in 16 U.S.C. § 1538(a)(1)(B) and corresponding regulations;

   b. Enjoining Counterclaim Defendant pursuant to 16 U.S.C. § 1540(g)(1)(A) from violating the ESA and its implementing regulations with respect to endangered chimpanzees;

   c. Enjoining Counterclaim Defendant from owning or possessing any endangered chimpanzees in the future; and,

    d. Appointing a special master or guardian ad litem to determine the most appropriate placement for the forfeited chimpanzees, consistent with their best interests, at wildlife sanctuaries that are accredited by the Global Federal of Animal Sanctuaries and that will provide animals with appropriately sized naturalistic habitats, adequate socialization, and expert care;

    e. Enjoining Counterclaim Defendant from taking part in the care and/or maintenance of the chimpanzees at issue in this case and/or the care of any other endangered chimpanzee(s); and,

    f. Enjoining Counterclaim Defendant from taking any part in the care and/or maintenance of any facility where the chimpanzees at issue in this case are house and/or the care and maintenance of any facility where any other endangered chimpanzee(s) is(are) housed.

2. Count 2:

    a. Entering a declaratory judgment that Counterclaim Defendant violated 16 U.S.C. § 1538(a)(1(D) and corresponding regulations by the possessing of the endangered chimpanzees at issue in this case who have been unlawfully taken by Counterclaim Defendant;

    b. Enjoining Counterclaim Defendant pursuant to 16 U.S.C. § 1540(g)(1)(A) from violating the ESA and its implementing regulations with respect to the endangered chimpanzees at issue in this case;

    c. Enjoining Counterclaim Defendant from owning or possessing any endangered chimpanzees in the future;

    d. Appointing a special master or guardian ad litem to determine the most appropriate placement for the forfeited chimpanzees, consistent with their best interests, at wildlife sanctuaries that are accredited by the Global Federal of Animal Sanctuaries and that will provide animals with appropriately sized naturalistic habitats, adequate socialization, and expert care;

    e. Enjoining Counterclaim Defendant from taking part in the care and/or maintenance of the chimpanzees at issue in this case and/or the care of any other endangered chimpanzee(s); and,

    f. Enjoining Counterclaim Defendant from taking any part in the care and/or maintenance of any facility where the chimpanzees at issue in this case are house and/or the care and maintenance of any facility where any other endangered chimpanzee(s) is(are) housed.

If Counterclaim Plaintiffs do not accept this offer, they may become obligated to pay Counterclaim Defendant's costs incurred after the making of this offer in the event that they do not recover a judgment that is more favorable than this offer of judgment pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

To accept this offer, Counterclaim Plaintiffs must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made. This offer is not to be construed in any way as an admission of liability by the Counterclaim Defendant, but rather is made solely for the purpose of compromising a disputed claim.

              RYNEARSON SUESS SCHNURBUSCH CHAMPION, LLC.

BY:   /s/ Victor H. Essen, II
       Debbie S. Champion,     #38637MO
       Victor H. Essen, II,      #57629MO
       500 North Broadway, Suite 1550
       St. Louis, MO 63102
       314-421-4430 / FAX: 314-421-4431
       dchampion@rssclaw.com
       vessen@rssclaw.com
       ***Attorney for Plaintiff/Counter-Defendant Connie Braun Casey***

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the foregoing document was mailed by First Class Mail, postage prepaid, and sent by the Court's electronic filing system on this 30th day of July 2020 to:

Martina Bernstein
PETA FOUNDATION
1536 16th Street NW
Washington, DC 20036
202-483-7382 / FAX: 202-540-2208
martinab@petaf.org
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Marissa Lauren Curran
James P. Martin
Kelly J. Muensterman
POLSINELLI PC
100 S. Fourth Street, Ste. 1000
St. Louis, MO 63102
314-889-8000 / FAX: 314-231-1776
mcurran@polsinelli.com
jmartin@polsinelli.com
kmuensterman@polsinelli.com
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Jared S. Goodman
PETA FOUNDATION
2154 W. Sunset Blvd.
Los Angeles, CA 90026
323-210-2266 / FAX: 213-484-1648
jaredg@petaf.org
*Attorney for Angela Scott and People for the Ethical Treatment of Animals, Inc.*

Geordie L. Duckler
9397 SW Locust St.
Tigard, OR 97223
503-546-8052
geordied@animallawpractice.com
*Attorney for Andrew Sawyer*

Patrick John Hanley
214 E. Fourth Street
Covington, KY 41011
859-240-5080 / FAX: 859-431-2194
p.hanley@att.net
*Attorney for Vito Stramaeglia*

                                                   /s/ Victor H. Essen, II