UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MISSOURI PRIMATE FOUNDATION, et al.,

    Plaintiffs and Counterclaim Defendants,

vs.

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al.,

    Defendants and Counterclaim Plaintiffs.

Case No. 4:16 CV 2163 CDP

## FINAL JUDGMENT

On November 20, 2019, the Court entered summary judgment against counterclaim defendant Andrew Sawyer and issued orders regarding the remedy of transferring the chimpanzee "Joey." ECF 203. The Court clarified Sawyer's obligations relative to Joey by separate Order dated August 24, 2020. ECF 267. The claims against Sawyer are thus resolved. As the claims amongst all other parties have been resolved by the Order and Consent Decree entered October 2, 2020, *see* ECF 273 & 274, it is appropriate to enter final judgment against Sawyer.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that counterclaim plaintiffs People for the Ethical Treatment of Animals (PETA) and

Angela Scott shall have summary judgment against counterclaim defendant Andrew Sawyer on counterclaim plaintiffs' claims under the Endangered Species Act, 16 U.S.C. § 1538 *et seq*.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of October, 2020.