UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MISSOURI PRIMATE FOUNDATION,** et al., </br></br> Plaintiffs and Counterclaim Defendants, </br></br> v. </br></br> **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al.,** </br></br> Defendants and Counterclaim Plaintiffs. | Case No. 4:16-cv-02163 |

### [PROPOSED] ORDER

Before the Court is Counterclaim Plaintiffs' Motion for Order to Show Cause Why Counterclaim Defendant Andrew Sawyer Should Not Be Held in Contempt for his failure to comply with the Court's August 24, 2020, Order ("Order"). Good cause appearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that:

(1) Andrew Sawyer shall appear at a hearing scheduled on November [  ] 2020, at [  ] and show cause why he should not be held in civil contempt for contravening the Order;

(2) Sawyer shall comply with the Order; and

(3) Sawyer shall pay Counterclaim Plaintiffs' costs and fees associated with their efforts to obtain compliance with the Order.

Date: _____          _____

                                        CATHERINE D. PERRY  
                                        UNITED STATES DISTRICT JUDGE