UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., <br><br>　　Defendants and Counterclaim Plaintiffs. <br><br>　vs. <br><br>TONIA HADDIX, <br><br>　　Counterclaim Defendant. | Case No. 4:16 CV 2163 CDP |

### TEMPORARY RESTRAINING ORDER and ORDER TO SHOW CAUSE WHY TONIA HADDIX SHOULD NOT BE HELD IN CONTEMPT OF COURT

As set out in more detail on the record of the hearing held today, Defendant/Counterclaim Plaintiffs People for the Ethical Treatment of Animals, Inc., *et al*., (PETA) have shown that they are entitled to a temporary restraining order requiring Counterclaim Defendant Tonia Haddix to maintain custody of and provide care for the chimpanzees that are the subject of this lawsuit pending the Court's hearing of the Counterclaim Plaintiffs' Motion for Contempt.

PETA's evidence shows that it is likely to prevail on its claim that Haddix has failed to comply with the Consent Decree in numerous respects. PETA's evidence also shows that there is a significant risk of irreparable harm if Haddix is

not ordered to comply because, among other reasons, she has threatened to stop caring for four of the chimpanzees in the future and has threatened to transfer custody or ownership of them in violation of the Decree. She has already moved three of the chimpanzees without complying with the Consent Decree's requirements of building suitable facilities, providing adequate staffing, and establishing an appropriate nonprofit entity. The public interest strongly favors entry of a Temporary Restraining Order and enforcement of the Consent Decree because otherwise the wellbeing of the chimpanzees is being placed in jeopardy. The balance of equities also favors the Temporary Restraining Order because Haddix will not be harmed by being required to comply with the Consent Decree to which she agreed only six months ago.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for temporary restraining order [289] is granted and pending the hearing set in this order on PETA's motion for contempt, Tonia Haddix, her agents, servants, employees and associates are hereby:

**TEMPORARILY RESTRAINED FROM** transferring legal ownership or physical custody of any of the chimpanzees that are the subject of this lawsuit pending the hearing on PETA's contempt motion, and

**ORDERED not to transfer or physically move** any of the chimpanzees from their current locations, and to provide the level of caregiving set out in the Consent Decree, including appropriate and adequate food, shelter, and veterinary care.

**IT IS FURTHER ORDERED** that Tonia Haddix shall appear at an in person hearing on **Wednesday, April 7, 2021 at 10:00 a.m**. at the Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri 63102, in **Courtroom 3-North**, and show cause why she should not be held in civil contempt for violating the consent decree as requested in PETA's First and Second Motions to Show Cause.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of March, 2021 at 6:15 p.m.