**UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) |
| v. | )   Case No. 4:16-cv-02163 ) |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) ) ) |

Request for clarification of contempt compliance

I Tonia Haddix (counterclaim defendant) request clarification on contempt order as follows:
1) per order counterclaim defendant attempted to contact multiple attorneys to represent myself in this case with no one willing to do so.
2) Per an article in The Festus Leader , Mr Jared Goodman from PETA states all chimps were court ordered to be moved to Center forGreat Apes, so with that said what compliance is needed?
3) So from these positions I'm very confused as to what the court is looking for with compliance.

**Tonia Haddix
12340 State Rd CC
Festus MO 63028
417 440-1351
Lazyjet69@yahoo.com**