UNITED STATES
DISTRICT COURT
EASTERN DISTRICT
OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) Case No. 4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) ) |

I Counterclaim defendant (Tonia Haddix) is objecting to the court's decision to hold said counterclaim defendant as an indentured servant to PETA to continue caregiving for the four chimps that was court ordered and awarded to be placed at the Center for Great Apes on October 17th 2020 via a consent decree, the same consent decree that I the counterclaim defendant is being held in contempt for not being compliant. Per the 13th amendment of the constitution indentured servitude became against an Americans constitutional right even with a signed consent contract. If this court continues to hold said Counterclaim defendant responsible for the care of said four chimps then it is electing to infringe upon counterclaim defendants constitutional rights., despite objections with explanation why counterclaim defendant objected to continuing caring for said four chimps.

Tonia Haddix
12340 State Rd
Festus Missouri 63028
4174401351
Lazyjet69@yahoo.com

*Tonia Haddix*