UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | )<br>)<br>)<br>) |
| Counterclaim Plaintiffs, | )<br>) |
| vs. | )  Case No. 4:16 CV 2163 CDP<br>) |
| TONIA HADDIX, | )<br>) |
| Counterclaim Defendant. | ) |

# **ORDER**

Pending before the Court is Counterclaim Plaintiffs People for the Ethical Treatment of Animals' Third Motion for An Order to Show Cause Why Counterclaim Defendant Tonia Haddix Should Not Be Held in Contempt for Violating Consent Decree and Second Order of Civil Contempt.  Upon review of the motion and the evidence submitted in support thereof, I will grant PETA's motion and order Ms. Haddix to appear in person as set forth below:

**IT IS HEREBY ORDERED** that Counterclaim Plaintiff PETA's Motion [308] is **granted**.

**IT IS FURTHER ORDERED** Counterclaim Defendant Tonia Haddix shall appear in person at a hearing on **Wednesday, July 14, 2021 at 10:00 a.m.** in **Courtroom 3-North** and show cause why she should not be held in further civil

contempt for willfully defying the Consent Decree and Second Order of Civil Contempt.

**IT IS FURTHER ORDERED** that Ms. Haddix shall continue to strictly comply with the Consent Decree and Second Order of Civil Contempt.

**IT IS FURTHER ORDERED** that Ms. Haddix shall pay PETA's reasonable costs and attorney's fees associated with their efforts to obtain compliance with the Consent Decree and Second Order of Civil Contempt.

**IT IS FURTHER ORDERED** that PETA shall serve a copy of this Order by mail upon Ms. Haddix, and the Clerk of Court shall mail a copy of this Order to Tonia Haddix at <u>12388 State Road CC, Festus, MO 63028.</u>

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of June, 2021.