# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., ) ) ) **Plaintiffs and** ) **Counterclaim Defendants,** ) ) v. ) ) **PEOPLE FOR THE ETHICAL** ) **TREATMENT OF ANIMALS, INC., et al.,** ) ) **Defendants and** ) **Counterclaim Plaintiffs.** ) | Case No. 4:16-cv-02163 |

## ORDER GRANTING MOTION FOR SEALING

Before the Court is Counterclaim Plaintiffs' Motion for Sealing Motion Requesting Transfer Order and Attendance of the United States Marshals Service. Good cause appearing, **IT IS HEREBY ORDERED** that Counterclaim Plaintiffs' motion is **GRANTED** as follows:

1. Counterclaim Plaintiffs' Motion for Sealing Motion Requesting Transfer Order and Attendance of the United States Marshals Service shall remain under seal until the transfer is completed.

2. Counterclaim Plaintiffs shall notify the Court of the completed transfer within two business days after its completion, after which time the Court will direct the Clerk to unseal the docket entry.

Date: 7/14/21

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE