# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2604

People for The Ethical Treatment of Animals, Inc. and Angela Scott, individually, also known as Angela G. Cagnasso

Appellees

v.

Tonia Haddix

Appellant

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-02163-CDP)

___

**ORDER**

The emergency motion for stay is denied.

July 26, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Michael E. Gans