**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **MISSOURI PRIMATE FOUNDATION, ET AL,**<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>-against-<br><br>**PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., ET AL,**<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 4:16-cv-02163<br><br>Judge: Honorable Catherine D. Perry |

**DECLARATION OF TONIA HADDIX IN SUPPORT OF COUNTERCLAIM DEFENDANT TONIA HADDIX'S OPPOSITION TO: (1) COUNTERCLAIM PLAINTIFFS' FOURTH MOTION FOR AN ORDER TO SHOW CAUSE WHY COUNTERCLAIM DEFENDANT TONIA HADDIX SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO TRANSFER CHIMPANZEE TONKA AS REQUIRED BY COURT ORDER (ECF NO. 333); AND (2) COUNTERCLAIM PLAINTIFFS' SUPPLEMENT THERETO (ECF NO. 337)**

I, Tonia Haddix, do hereby declare:

1. I am Counterclaim Defendant in the above-captioned matter.

2. The facts stated herein are true and correct of my own personal knowledge, except as to matters stated on information and belief, and as to those matters I am informed and believe them to be true.

3. On May 30, 2021, Tonka died. On that same date, Jerry Aswegan cremated Tonka's body. After the cremation, he gave me Tonka's cremated remains.

4. Since then, I have retained—and continue to retain—Tonka's remains.

5. Prior to the July 28, 2021 removal of Crystal, Mikayla, Tammy, Connor, Candy, and Kerry from the Festus, Missouri facility, I asked John Pierce to offer the

1

remains to PETA's representatives so that PETA could test them to verify that they were, in fact, Tonka's remains.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own knowledge.

Dated this 15th day of August, 2021

_Tonia Haddix_

Tonia Haddix