UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **MISSOURI PRIMATE FOUNDATION, ET AL,**<br><br>   Plaintiffs and Counterclaim Defendants,<br><br>   -against-<br><br>**PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., ET AL,**<br><br>   Defendants and Counterclaim Plaintiffs. | Case No. 4:16-cv-02163<br><br>MOTION FOR LEAVE TO WITHDRAW |

And now comes, John M. Pierce and law office of Pierce Bainbridge, P.C. to file this motion for leave to withdraw as counsel, and in support thereof would show the following:

1. John M. Pierce and the law office of Pierce Bainbridge, P.C. ask this court to allow them to withdraw as attorney for Defendant and Counterclaim Plaintiff, Tonia Haddix.

2. On November 22, 2021, Mr. Pierce learned that Ms. Haddix no longer wished for him and the firm of Pierce Bainbridge to continue representing her in this matter and the representation has thus been terminated.

Therefore, for the reasons listed John M. Pierce and the law office of Pierce Bainbridge, ask this Honorable Court to grant this Motion to Withdraw.

Date: November 23, 2021
    Los Angeles, California

Respectfully submitted,

/s/ John M. Pierce
John M. Pierce
**PIERCE BAINBRIDGE P.C.**

1

355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-7125
Email: jpierce@piercebainbridge.com

*Attorneys for Counterclaim Defendant
Tonia Haddix*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 23, 2021, the foregoing was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce