**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

MISSOURI PRIMATE FOUNDATION,
et al.,
Plaintiffs and
Counterclaim Defendants

Case No. 4:16 CV 2163 CDP

VS

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC., et al.

## <u>PRO SE MOTION FOR CONTINUANCE OF HEARING OR TRIAL</u>

Defendant Tonia Haddix moves the court for an order continuing a hearing or trial which has been set for December 1, 2021.

A continuance is required because the defendant has terminated their prior counsel and needs time to find a replacement, as it did not appear that Pierce Bainbridge was providing diligent representation.

I would also like time to try and work with People for the Ethical Treatment of Animals to settle this matter by offering to take a lie detector test at my own expense or ask their counsel what type of evidence I could supply that would be considered satisfactory.

**I understand that the filing of this motion does not cancel the hearing or trial.**

I certify that a copy of this motion was  emailed to clerk Tiffani Tillman on 11/24/21.


Tonia Haddix
1234 State Rd. CC
Festus, MO 63028
417-440-1351