UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) |
| v. | ) ) )  Case No. 4:16-cv-02163 |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) ) |

## MOTION TO CONTINUE HEARING

Counterclaim Plaintiffs, People for the Ethical Treatment of Animals, Inc. and Angela Scott (together, "Plaintiffs"), request that the Court continue the hearing on their Fourth Motion for an Order to Show Cause Why Counterclaim Defendant Tonia Haddix Should Not Be Held in Contempt ("Motion"). In support of this motion, Plaintiffs state as follows:

1. Counterclaim Plaintiffs filed the Motion on August 2, 2021. [ECF No. 333.]

2. On October 29, 2021, the Court set a hearing on the Motion for December 1, 2021. [ECF No. 342.]

3. On November 29, 2021, Counterclaim Defendant Haddix requested a continuance after terminating her counsel. [ECF No. 345.]

4. The Court promptly granted Haddix's motion and continued the hearing to December 20, 2021. [ECF No. 347.]

5. Plaintiffs' expert witness who will testify at the hearing has a scheduling conflict and is unavailable on December 20.

6. Plaintiffs request that the hearing be continued to any of the following dates in January 2022: 1/5, 1/7 through 1/14, or 1/19 through 1/28.

Dated: December 7, 2021          Respectfully submitted,

/s/ Jared Goodman
JARED GOODMAN (#1011876DC)
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90026
323.210.2266
Fax No: 213.484.1648
jaredg@petaf.org

POLSINELLI PC
JAMES P. MARTIN (#50170)
KELLY J. MUENSTERMAN (#66968)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
314.889.8000
Fax No: 314.231.1776
jmartin@polsinelli.com
*Attorneys for Defendants/Counterclaim Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on December 7, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and was served by email and was placed in the U.S. Mail to:

Tonia Haddix
12388 State Rd. CC
Festus, MO 63028
lazyjet69@yahoo.com
*Appearing Pro Se*

                                           /s/ Jared Goodman