**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **MISSOURI PRIMATE FOUNDATION,** et al., )<br>)<br>)<br>**Plaintiffs and** )<br>**Counterclaim Defendants,** )<br>)<br>v. )<br>)<br>**PEOPLE FOR THE ETHICAL** )<br>**TREATMENT OF ANIMALS, INC., et al.,** )<br>)<br>**Defendants and** )<br>**Counterclaim Plaintiffs.** ) | Case No. 4:16-cv-02163 |

**[PROPOSED] ORDER**

Before the Court is Counterclaim Plaintiffs' Motion for Leave for an Expert Witness to Testify Remotely, pursuant to Rule 43(a) of the Federal Rules of Civil Procedure.

Good cause appearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Dr. Frederick Snow may testify at the upcoming January 5, 2022, evidentiary hearing by videoconference.

Date: _____     _____
                                        CATHERINE D. PERRY
                                        UNITED STATES DISTRICT JUDGE