# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **MISSOURI PRIMATE FOUNDATION,** et al.,  )<br>)<br>**Plaintiffs and** )<br>**Counterclaim Defendants,** )<br>)<br>v.  )<br>)<br>**PEOPLE FOR THE ETHICAL** )<br>**TREATMENT OF ANIMALS, INC., et al.,** )<br>)<br>**Defendants and** )<br>**Counterclaim Plaintiffs.** ) | Case No. 4:16 CV 2163 CDP |

## ORDER

Before the Court is Counterclaim Plaintiffs' Motion for Leave for an Expert Witness to Testify Remotely, pursuant to Rule 43(a) of the Federal Rules of Civil Procedure.

Good cause appearing, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Dr. Frederick Snow may testify at the upcoming January 5, 2022, evidentiary hearing by videoconference.

Date: January 3, 2022.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE