## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MISSOURI PRIMATE FOUNDATION,
et al.,
Plaintiffs and
Counterclaim Defendants

                                                Case No. 4:16 CV 2163 CDP

VS

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC., et al.

### Prose motion to notify of COVID exposure

Defendant prose Tonia Haddix wants to notify the court that I was notified that I Was exposed to COVID at a gathering over the holidays, and am going to be tested tomorrow 1/4/2022. due to some cold-like symptoms.

**I understand that the filing of this motion does not cancel the hearing or trial scheduled for January 5 2022**

I certify that a copy of this motion was emailed to clerk Tiffani Tillman on 12/02/2021.

Tonia Haddix
1234 State Rd. CC
Festus, MO 63028
417-440-1351