UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> TONIA HADDIX, <br><br> Counterclaim Defendant. | Case No. 4:16 CV 2163 CDP |

## ORDER

**IT IS HEREBY ORDERED** that the **Wednesday, January 5, 2022, 9:30 a.m. hearing on PETA's Fourth Motion for Contempt, will be on the record and will now take place by video via Zoom.** Hearing participants will receive a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to listen by telephone: 1-669-254-5252, Meeting ID: 160 670 3965. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by telephone or video.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2022.