UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., <br><br> Counterclaim Plaintiffs, <br><br> vs. <br><br> TONIA HADDIX, <br><br> Counterclaim Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:16 CV 2163 CDP |

# ORDER

For the reasons stated on the record in the hearing held today,

**IT IS HEREBY ORDERED** that Counterclaim Plaintiff's Fourth Motion for Contempt [333] is **DENIED**.

**IT IS FURTHER ORDERED** that Tonia Haddix's Motion to Dismiss with Prejudice [356] is **DENIED**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2022.