UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) ) Case No. 4:16 CV 2163 CDP |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) ) |

**ORDER SUPPLEMENTING TEMPORARY RESTRAING ORDER**

The Court has been informed by Deputy United States Marshals on location that the Temporary Restraining Order has been served on Tonia Haddix and that Tonka is currently at Haddix's property and is alive. Haddix has been ordered to show cause why she should not be held in contempt for her false statements and many violations of the Court's orders. Given the current situation, the continuing threat of irreparable harm if Tonka is again secreted by Haddix, and the fact that it will take some time for PETA to arrange for the appropriate veterinarian's examination and the transport of Tonka, it is necessary to supplement the Temporary Restraining Order as follows:

**In addition** to the restraints ordered in the Temporary Restraining Order dated June 1, 2022 [ECF 369], which remains in full force and effect, **IT IS HEREBY ORDERED** that Tonia Haddix, her agents, servants, employees, associates, and others acting in conjunction with her, are **TEMPORARILY RESTRAINED FROM:**

1. Moving or transporting Tonka from the property.
2. Allowing any of the existing animal transport vehicles now on the property to leave the property until Tonka has been removed.
3. Permitting anyone except herself, her spouse, representatives of PETA or their designee, counsel to the parties, or Deputies or other representatives of the United States Marshals' Service or any state or local law enforcement personnel to enter the property or have any access to Tonka until PETA's representatives can examine and remove Tonka from the premises.

**IT IS FURTHER ORDERED** that:

1. Haddix must allow PETA's designated representatives to enter the property, including the room in which Tonka is held and the areas adjacent to building entries, to allow them to effectively monitor ingress

2

and egress.  This provision does not authorize PETA's representative to enter any other areas within the home located on the property.

2. If Tonka does not die naturally before PETA conducts the examination and transfer, Tonka's ownership shall transfer to PETA's designated accredited facility upon their arrival to the structure in which Tonka is held.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall serve a copy of this order on Tonia Haddix.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2022 at 4:10 p.m.