# Exhibit B



100 South Fourth Street, Suite 1000, St. Louis, MO 63102 | Phone: (314) 889-8000 www.polsinelli.com

| | |
|---|---|
| People For the Ethical Treatment of Animals<br>Jeffrey Kerr<br>General Counsel<br>501 Front Street<br>Norfolk, VA 23510 | Invoice Date:  June 10, 2022<br>Invoice No:  2122714<br>Matter No:  022927-484160 |

*For Professional Services Through* **May 31, 2022**

**Client:**  People For the Ethical Treatment of Animals
**Matter:**  Missouri Primate Foundation

| | |
|---|---|
| Current Fees | $ 297.50 |
| Professional Services Discount | $ (29.75) |
| *Total Current Fees* | *$ 267.75* |
| **Due Upon Receipt** | **$ 267.75** |

*As of the above date, we are showing the above balances are open and unpaid.*
*This may not reflect other matters with alternative billing arrangements and does not reflect any unbilled fees and expenses.*

---

Questions regarding your account, please call
**1 (877) 577-7455** or **acctbilling@polsinelli.com**.
For other inquiries, please contact **Jeffrey E. Fine at**
**(314) 889-8000** or **jfine@polsinelli.com**

*remittance detail can be sent to*
*accountingreceivables@polsinelli.com*

<span style="color:red">**ACH/Wire Instructions (preferred payment method)**</span>
US Bank
Acct: **Polsinelli PC**
Acct #: 4343953230
ABA #: 101000187
SWIFT Code – USBKUS44IMT
**Please make checks payable to**
**Polsinelli PC**
P.O. Box 878681
Kansas City, MO 64187-8681
Please reference Invoice No. 2122714



| **People For the Ethical Treatment of Animals** | Invoice Date: | June 10, 2022 |
| **Missouri Primate Foundation** | Invoice No.: | 2122714 |
| | Matter No.: | 022927-484160 |

**Time Detail**

| Date | Description | Tmkpr | Hours | Amount |
|---|---|---|---|---|
| 04/04/22 | Review revised affidavit in support of attorneys' fees and correspondence from Jared Goodman, and draft correspondence to Jared Goodman regarding same (0.2). | JPMAR | 0.20 | $119.00 |
| 05/31/22 | Phone conference with Jared Goodman regarding update on Tonka's status and location, and legal strategy for emergency temporary restraining order (0.3). | JPMAR | 0.30 | 178.50 |
| | Professional Services Discount | | | ($29.75) |
| | **Totals** | | **0.50** | **$267.75** |



100 South Fourth Street, Suite 1000, St. Louis, MO 63102 | Phone: (314) 889-8000 www.polsinelli.com

| | |
|---|---|
| People For the Ethical Treatment of Animals<br>Jeffrey Kerr<br>General Counsel<br>501 Front Street<br>Norfolk, VA 23510 | Invoice Date:    June 10, 2022<br>Invoice No:    2122714<br>Matter No:    022927-484160 |

For Professional Services Through **May 31, 2022**

**Client:**     People For the Ethical Treatment of Animals
**Matter:**    Missouri Primate Foundation

| | | |
|---|---|---|
| Current Fees | $ | 297.50 |
| Professional Services Discount | $ | (29.75) |
| *Total Current Fees* | *$* | *267.75* |
| **Due Upon Receipt** | **$** | **267.75** |

*As of the above date, we are showing the above balances are open and unpaid.*
*This may not reflect other matters with alternative billing arrangements and does not reflect any unbilled fees and expenses.*

---

Questions regarding your account, please call
**1 (877) 577-7455** or **acctbilling@polsinelli.com**.
For other inquiries, please contact **Jeffrey E. Fine at (314) 889-8000** or **jfine@polsinelli.com**

*remittance detail can be sent to*
*accountingreceivables@polsinelli.com*

**ACH/Wire Instructions (preferred payment method)**
US Bank
Acct: **Polsinelli PC**
Acct #: 4343953230
ABA #: 101000187
SWIFT Code – USBKUS44IMT
**Please make checks payable to**
**Polsinelli PC**
P.O. Box 878681
Kansas City, MO 64187-8681
Please reference Invoice No. 2122714



100 South Fourth Street, Suite 1000, St. Louis, MO 63102 | Phone: (314) 889-8000  www.polsinelli.com

| | |
|---|---|
| People For the Ethical Treatment of Animals<br>Jeffrey Kerr<br>General Counsel<br>501 Front Street<br>Norfolk, VA 23510 | Invoice Date:         June 30, 2022<br>Invoice No:                 2133062<br>Matter No:          022927-484160 |

*For Professional Services Through* **June 30, 2022**

**Client:**   People For the Ethical Treatment of Animals
**Matter:**   Missouri Primate Foundation

| | | |
|---|---|---|
| Current Fees | $ | 9,928.00 |
| Professional Services Discount | $ | (992.80) |
| *Total Current Fees* | *$* | *8,935.20* |
| **Total Current Invoice** | **$** | **8,935.20** |
| | | |
| Previous Balance Due | $ | 267.75 |
| Due Upon Receipt (Including previous balance) | $ | 9,202.95 |

*As of the above date, we are showing the above balances are open and unpaid.*
*This may not reflect other matters with alternative billing arrangements and does not reflect any unbilled fees and expenses.*

---

Questions regarding your account, please call
**1 (877) 577-7455** or **acctbilling@polsinelli.com**.
For other inquiries, please contact **Jeffrey E. Fine at**
**(314) 889-8000** or **jfine@polsinelli.com**

*remittance detail can be sent to*
*accountingreceivables@polsinelli.com*

**ACH/Wire Instructions (preferred payment method)**
US Bank
Acct: **Polsinelli PC**
Acct #: 4343953230
ABA #: 101000187
SWIFT Code – USBKUS44IMT
**Please make checks payable to**
**Polsinelli PC**
P.O. Box 878681
Kansas City, MO 64187-8681
Please reference Invoice No. 2133062



| | | |
|---|---|---|
| **People For the Ethical Treatment of Animals** | Invoice Date: | June 30, 2022 |
| **Missouri Primate Foundation** | Invoice No.: | 2133062 |
| | Matter No.: | 022927-484160 |

## Time Detail

| Date | Description | Tmkpr | Hours | Amount |
|---|---|---|---|---|
| 06/01/22 | Work on reviewing and revising motion for emergency temporary restraining order, declaration in support, and related exhibits, and correspondence with Jared Goodman regarding same (0.6). Travel to the Courthouse and meeting with the Court's judicial assistant regarding finalizing proper filing of the hard drive with the audio files and courtesy copies of the emergency pleadings, and logistics for scheduling a hearing regarding same (1.5). Conference with paralegal regarding logistics for posting a bond if one is required by the Court (0.3). Legal research regarding standards for excusing the posting of a bond in an emergency TRO setting, and correspondence with Jared Goodman regarding same (0.3)Zoom hearing with the Court regarding our motion for emergency temporary restraining order (1.3). Phone conference with the U.S. Marshal's office regarding the Court order and related logistics (0.3). | JPMAR | 4.30 | $2,924.00 |
| 06/02/22 | Review social media regarding plans for potentially obstructing the U.S. Marshals or otherwise interfering with the premises where Tonka is located (0.2). Phone conferences with Jared Goodman regarding update on Tonka, and strategy for the Court hearing (0.4). Phone conference with the Court regarding status of Tonka and the premises, and requesting a supplement to the Court order (0.5). | JPMAR | 1.10 | 748.00 |
| 06/04/22 | Review social media regarding Twitter personality's campaign to obstruct the examination and retrieval of Tonka, and correspondence with Jared Goodman regarding same (0.4). | JPMAR | 0.40 | 272.00 |
| 06/05/22 | ██████████████████████████████████████████ | JPMAR | 0.60 | 408.00 |
| 06/06/22 | ██████████████████████████████████████████ Legal research and analysis regarding contempt remedies, and draft correspondence to Jared Goodman with outline of strategy for same (1.3). ██████████████████████████████████████████ | JPMAR | 2.10 | 1,428.00 |
| 06/07/22 | Legal research and analysis regarding contempt procedures and related strategy (0.5). ██████████████████████████████████████████ | JPMAR | 0.70 | 476.00 |



**People For the Ethical Treatment of Animals**  
**Missouri Primate Foundation**

Invoice Date: **June 30, 2022**  
Invoice No.: **2133062**  
Matter No.: **022927-484160**

| Date | Description | Tmkpr | Hours | Amount |
|---|---|---|---|---|
| 06/08/22 | Review latest news articles on Tonka's rescue (0.2). Multiple correspondence with Jared Goodman regarding strategy for the show cause hearing, and latest news articles on Tonka (0.2). Review draft notice of transfer of Tonka for the Court, and correspondence with Jared Goodman regarding same (0.2). Review correspondence from new attorneys purporting to enter their appearance for Haddix and requesting a continuance, and research regarding the new attorneys (0.3). Multiple correspondence with Jared Goodman regarding same, and regarding related strategy (0.2). | JPMAR | 1.10 | 748.00 |
| 06/09/22 | Research regarding new counsel for Haddix (0.5). Legal analysis regarding procedures for criminal contempt and perjury, and related strategy (0.4). Draft correspondence to Jared Goodman regarding same (0.2). Review new counsel's correspondence regarding proposed extension, and correspondence with Jared Goodman regarding same (0.2). Brief review of transcript from January contempt hearing, and correspondence with Jared Goodman regarding same (0.3). | JPMAR | 1.60 | 1,088.00 |
| 06/10/22 | Review Court order referring the matter to the United States Attorney for perjury charges, and holding the contempt motion in abeyance (0.2). Correspondence with Jared Goodman regarding same, ▮▮▮▮▮ (0.2). ▮▮▮▮▮ and related strategy for the perjury charges ▮▮▮ (0.5). | JPMAR | 0.90 | 612.00 |
| 06/14/22 | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| 06/15/22 | Multiple correspondence with Jared Goodman regarding perjury referral regarding Haddix, and related strategy ▮▮▮▮ (0.2). Phone conference regarding ▮▮▮ strategy and procedures (0.2). | JPMAR | 0.40 | 272.00 |
| 06/20/22 | Conference regarding perjury elements, and draft correspondence to Jared Goodman regarding same (0.4). ▮▮▮▮▮ | JPMAR | 0.90 | 612.00 |
| | Professional Services Discount | | | ($992.80) |
| | **Totals** | | **14.60** | **$8,935.20** |

# POLSINELLI

| | | |
|---|---|---|
| **People For the Ethical Treatment of Animals** | Invoice Date: | June 30, 2022 |
| **Missouri Primate Foundation** | Invoice No.: | 2133062 |
| | Matter No.: | 022927-484160 |

**Outstanding Invoices**

| Invoice Date | Invoice No. | Fees | Costs | Payments | Total Balance |
|---|---|---|---|---|---|
| 06/10/22 | 2122714 | 267.75 | 0.00 | 0.00 | 267.75 |

| | |
|---|---|
| **Total Previous Balance** | **$267.75** |



**POLSINELLI**

100 South Fourth Street, Suite 1000, St. Louis, MO 63102 | Phone: (314) 889-8000  www.polsinelli.com

---

| | |
|---|---|
| People For the Ethical Treatment of Animals<br>Jeffrey Kerr<br>General Counsel<br>501 Front Street<br>Norfolk, VA 23510 | Invoice Date:  June 30, 2022<br>Invoice No:  2133062<br>Matter No:  022927-484160 |

---

*For Professional Services Through* **June 30, 2022**

**Client:**   People For the Ethical Treatment of Animals
**Matter:**  Missouri Primate Foundation

| | | |
|---|---|---:|
| | Current Fees | $   9,928.00 |
| | Professional Services Discount | $   (992.80) |
| | *Total Current Fees* | *$   8,935.20* |
| | **Total Current Invoice** | **$   8,935.20** |
| | | |
| | Previous Balance Due | $   267.75 |
| | Due Upon Receipt (Including previous balance) | $   9,202.95 |

*As of the above date, we are showing the above balances are open and unpaid.*
*This may not reflect other matters with alternative billing arrangements and does not reflect any unbilled fees and expenses.*

(Watermark: REMITTANCE)

---

| | |
|---|---|
| Questions regarding your account, please call<br>**1 (877) 577-7455** or **acctbilling@polsinelli.com**.<br>For other inquiries, please contact **Jeffrey E. Fine at (314) 889-8000** or **jfine@polsinelli.com**<br><br>*remittance detail can be sent to*<br>*accountingreceivables@polsinelli.com* | **ACH/Wire Instructions (preferred payment method)**<br>US Bank<br>Acct: **Polsinelli PC**<br>Acct #: 4343953230<br>ABA #: 101000187<br>SWIFT Code – USBKUS44IMT<br>**Please make checks payable to**<br>**Polsinelli PC**<br>P.O. Box 878681<br>Kansas City, MO 64187-8681<br>Please reference Invoice No. 2133062 |