# Exhibit C

**Summary of Expenses Supplement**

| Billing Date | Description | Amount |
|---|---|---|
| **Online Research** | | |
| 6/30/2022 | PETA Foundation Westlaw Research | $ 26.91 |
| | | $ 26.91 |
| **Meals** | | |
| 6/30/2022 | J. Goodman and B. Peet meals during travel for Tonka assessment, transfer, and arrival at sanctuary. | $ 239.98 |
| | | $ 239.98 |
| **Transcript Fees** | | |
| 6/8/2022 | Fee for January 5, 2022 hearing transcript | $ 620.80 |
| | | $ 620.80 |
| **Air Travel** | | |
| 6/2/2022 | J. Goodman flights to Tonka assessment and transfer. | $ 282.69 |
| 6/2/2022 | B. Peet flight to Tonka assessment and transfer. | $ 524.60 |
| 6/3/2022 | J. Goodman flight from assessment and transfer to sanctary. | $ 385.53 |
| 6/3/2022 | B. Peet flight from assessment and transfer to sanctary. | $ 385.53 |
| 6/3/2022 | J. Goodman return flight from sanctuary. | $ 508.56 |
| 6/3/2022 | B. Peet return flight from sanctuary. | $ 363.60 |
| | | $ 2,450.51 |
| **Local Transportation** | | |
| 6/30/2022 | J. Goodman mileage for Tonka assessment and transfer. | $ 64.05 |
| 6/30/2022 | B. Peet mileage for Tonka assessment and transfer. | $ 69.58 |
| 6/7/2022 | B. Peet airport parking for Tonka assessment and transfer. | $ 104.00 |
| 6/5/2022 | Rental car for Tonka assessment and transfer. | $ 196.17 |
| 6/5/2022 | Fuel for rental car for Tonka assessment and transfer. | $ 79.18 |
| 6/7/2022 | Rental car for Tonka arrival at sanctuary. | $ 87.19 |
| 6/7/2022 | Fuel for rental car for Tonka arrival at sanctuary. | $ 25.99 |
| | | $ 433.80 |
| **Hotels** | | |
| 6/5/2022 | J. Goodman, B. Peet, and Dr. Kirk hotel in Mo. for Tonka assessment and transfer. | $ 507.03 |
| 6/7/2022 | J. Goodman and B. Peet hotel in Fla. for Tonka arrival at sanctuary. | $ 306.42 |
| | | $ 813.45 |
| **Other** | | |
| 6/2/2022 | Private investigator fees to monitor property to ensure Tonka was not removed. | $ 5,720.00 |
| 7/6/2022 | Cost of veterinary technician to accompany Mo. veterinarian conducting Tonka assessment pro bono. | $ 314.30 |
| | Cost of PETA-purchased rescue supplies (snacks, drinks, supplies for Tonka and transport team per Save the Chimps request) | $ 127.12 |
| | Save the Chimps travel costs incurred for Tonka assessment and transport. | $ 3,458.11 |
| | Save the Chimps equipment and supply costs for assessment, transport, and to care for Tonka for four months. | $ 1,938.55 |
| | Save the Chimps staff costs for assessment, transfer, and to care for Tonka for four months. | $ 24,577.84 |
| | | $ 36,135.92 |
| | | TOTAL |
| | | $ 40,721.37 |