**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MISSOURI PRIMATE FOUNDATION, et al., ) ) ) Plaintiffs and ) Counterclaim Defendants, ) ) v. ) ) PEOPLE FOR THE ETHICAL ) TREATMENT OF ANIMALS, INC., et al., ) ) Defendants and ) Counterclaim Plaintiffs. ) | Case No. 4:16-cv-02163 |

## CERTIFICATE OF SERVICE

COME NOW Defendants/Counterclaim Plaintiffs People for the Ethical Treatment of Animals, Inc. ("PETA") and Angela Scott a/k/a Angela G. Cagnasso ("Scott") by and through their undersigned counsel, and hereby certify that on November 13, 2024, a copy of ***Counterclaim Plaintiffs' Motion to Compel Subpoena Response from Jerry Aswegan and for an Order to Show Cause Why Jerry Aswegan Should not be Held in Civil Contempt*** (which was filed with the Court on November 12, 2024) *with all exhibits referenced therein and labeled as Exhibit A through Exhibit F* were served via electronic mail in .pdf format to Jerry Aswegan at azexoticanimals@aol.com and also sent out via overnight FedEx delivery to Jerry Aswegan at 1835 State Road TT, Sunrise Beach, MO 65079.

        Respectfully submitted,

        POLSINELLI PC

        By: /s/James P. Martin
            JAMES P. MARTIN (#50170)
            7676 Forsyth Blvd., Suite 800
            St. Louis, MO 63105
            314.889.8000
            Fax No: 314.231.1776
            jmartin@polsinelli.com

            AARON FRAZIER
            (Admitted *Pro Hac Vice*)
            Foundation to Support Animal
            Protection (PETA Foundation)
            501 Front Street
            Norfolk, VA 23510
            757.622.7382
            AaronF@PetaF.org

        ATTORNEYS FOR DEFENDANTS/
        COUNTERCLAIM PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I certify that on November 13, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to counsel of record.

                                            /s/James P. Martin

I certify that on November 13, 2024, the foregoing was electronically sent in .pdf format to non-party Jerry Aswegan at azexoticanimals@aol.com with paper copies also sent out via overnight FedEx delivery to Jerry Aswegan at 1835 State Road TT, Sunrise Beach, MO 65079.

                                            /s/James P. Martin