UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) |
| Counterclaim Plaintiffs, | ) ) |
| v. | No. 4:16 CV 2163 CDP ) ) |
| TONIA HADDIX, | ) ) |
| Counterclaim Defendant. | ) ) |

### UNITED STATES ATTORNEY FOR THE EASTERN DSITRICT OF MISSOURI'S NOTICE REGARDING ACCEPTANCE OF COURT'S REQUEST TO PROSECUTE DEFENDANT TONIA HADDIX FOR CRIMINAL CONTEMT

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake and Tiffany G. Becker, Assistant United States Attorneys for said District, and for its response to the Court's November 22, 2024 Order states as follows:

In an Order dated November 22, 2024, the Court detailed repeated and flagrant violations by Tonia Haddix of the Court's written and oral orders as well as continuous public flaunting of her acknowledged disregarding of the Court's orders. The Order further referred to the Court's previous referrals to the United States Attorney for the Eastern District of Missouri of Tonia Haddix for perjury charges. At the conclusion of its order, pursuant to Federal Rule of Criminal Procedure 42(a)(2), the Court formally requested the United States Attorney for the Eastern District of Missouri to prosecute Tonia Haddix for criminal contempt.

As to the referral for perjury, the United States Attorney has accepted that referral and a criminal investigation is under way.

1

The United States Attorney for the Eastern District of Missouri further accepts the Court's request pursuant to Federal Rule of Criminal Procedure 42(a)(2) to prosecute Tonia Haddix for criminal contempt.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 */s/ Tiffany G. Becker*
TIFFANY G. BECKER
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

 */s/ Tiffany G. Becker*
TIFFANY G. BECKER
Assistant United States Attorney